



**EXHIBIT A**

**null / ALL**
**Transmittal Number: 25437673**
**Date Processed: 08/24/2022**

# Notice of Service of Process

| Primary Contact: | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>One Tower Square<br>Rm 8MS<br>Hartford, CT 06183-0001 |
|---|---|

| | |
|---|---|
| **Entity:** | Travelers Casualty and Surety Company of America<br>Entity ID Number  2319288 |
| **Entity Served:** | Travelers Casualty and Surety Company of America |
| **Title of Action:** | Herc Rentals,Inc vs. Ultimate Concrete, LLC |
| **Matter Name/ID:** | Herc Rentals Inc. vs. Ultimate Concrete, LLC (12762168) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Santa Fe County District Court, NM |
| **Case/Reference No:** | D-101-CV-2022-01470 |
| **Jurisdiction Served:** | New Mexico |
| **Date Served on CSC:** | 08/23/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | NM DOI on 08/18/2022 |
| **How Served:** | Certified Mail |
| Sender Information: | Danoff Law Firm<br>505-262-2383 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

**SUPERINTENDENT OF INSURANCE**

Russell Toal



**DEPUTY SUPERINTENDENT**

Jennifer Catechis

8/18/2022

SOP ID 2928

Travelers Casualty and Surety Company of America

110 East Broadway St

Hobbs, NM 88240

**RE: Herc Rentals, Inc V. The Travelers Companies, Inc.**

**D-101-CV-2022-01470**

Dear Sir or Madam:

In accordance with the provisions of NMSA 1978, Sections 59A-5-31 & 59A-5-32, enclosed is a copy of a Complaint and Summons on the above styled cause. Service was accepted on your behalf on 8/18/2022.

Respectfully,

Russell Toal, Superintendent

7020 0640 0002 1325 9344

FILED  1st JUDICIAL DISTRICT COURT
Santa Fe County
8/15/2022 10:02 AM
KATHLEEN VIGIL CLERK OF THE COURT
Kayla Vigil

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

HERC RENTALS, INC.

       Plaintiff,

vs.

ULTIMATE CONCRETE, LLC,
JESSE GUZMAN, Individually, and
THE TRAVELERS COMPANIES, INC.

       Defendants.

No.  D-101-CV-2022-01470
Case assigned to Wilson, Matthew Justin

## COMPLAINT FOR BREACH OF CONTRACT, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, DEBT AND MONEY DUE AND OPEN ACCOUNT, CONVERSION, UNJUST ENRICHMENT, AND DAMAGES

COMES NOW, Plaintiff Herc Rentals, by and through its attorneys, the Danoff Law Firm, (Brett J. Danoff, Esq. and Ryan P. Danoff, Esq.), and for its Complaint for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Debt and Money Due and Open Account, Conversion, Unjust Enrichment, and damages against Defendant Ultimate Concrete, LLC, Jesse Guzman, and the Travelers Companies, Inc., and states the following:

### JURISDICTION AND VENUE

1. Plaintiff Herc Rentals, Inc. (hereinafter referred to as "Herc"), is a corporation organized under the laws of the State of Delaware and authorized to do business in the State of New Mexico.

2. Herc is registered with the New Mexico Secretary of State as a Foreign Profit Corporation in good standing.

3. At all times relevant to this matter, Herc has done business in the State of New Mexico.

4. Upon information and belief, Defendant Ultimate Concrete, LLC (hereinafter referred to as "Defendant Ultimate") is a limited liability company organized under the laws of the State of Delaware.

5. Defendant Ultimate is registered with the New Mexico Secretary of State as a Foreign Limited Liability Company.

6. Defendant Ultimate has done business in the State of New Mexico at all times relevant to this matter, and has listed CT Corporation System, located in the County of Santa Fe, New Mexico, as its designated registered agent.

7. Upon information and belief, Defendant Jesse Guzman is a resident of El Paso, Texas.

8. Upon information and belief, Defendant Jesse Guzman is the President of Defendant Ultimate.

9. Defendant Jesse Guzman signed a personal Guaranty as part of a credit application in order for Herc to rent equipment to Defendant Ultimate on credit.

10. Defendant Jesse Guzman transacted business in the State of New Mexico and purposefully availed himself of the privilege of conducting activities in New Mexico such that it was foreseeable for Defendant Jesse Guzman to reasonably anticipate being sued in New Mexico.

11. The New Mexico long-arm statute allows New Mexico courts to exercise personal jurisdiction over non-residents. *See* NMSA 1978, § 38–1–16.

12. The equipment provided by Herc to Defendant Ultimate was provided to Defendant Ultimate in the State of New Mexico.

13. The equipment provided by Herc to Defendant Ultimate was used and damaged by Defendant Ultimate in the State of New Mexico.

14. Upon information and belief, the Traveler's Companies, Inc. (hereinafter referred to as "Traveler's") is a foreign for-profit corporation incorporated under the laws of the State of Minnesota.

15. Upon information and belief, the Traveler's provides insurance coverage to its clients throughout the State of New Mexico.

2

16. The events and transactions that form the basis of this Complaint between Herc and Defendants occurred in the State of New Mexico.

17. This Court has jurisdiction over the parties and subject matter herein.

18. Venue is proper before this Court.

## GENERAL ALLEGATIONS RELATIVE TO ALL CLAIMS

19. Herc offers daily, weekly, and monthly rates for equipment and tool rentals for construction and industrial applications throughout the United States of America.

20. Defendant Ultimate is a concrete foundation and structure contractor that was hired by SLSCO Ltd. and SLSCO Limited Partnership as a subcontractor to construct parts of the border wall between the United States of America and Mexico.

21. Defendant Traveler's is one of the largest business insurers in the United States, providing commercial general liability coverage to companies like Defendant Ultimate.

22. Upon information and belief, Defendant Traveler's, through its wholly owned subsidiary the Travelers Indemnity Company, provided automobile Liability, Umbrella Liability, Workers Compensation and Employers' Liability, and Leased/Rented Equipment insurance coverage to Defendant Ultimate at all times relevant to this matter.

## COUNT I: BREACH OF CONTRACT

23. Herc re-alleges and hereby incorporate by reference each and every allegation contained in this Complaint as if fully pled herein.

24. On August 14, 2019, Defendant Ultimate entered into a Credit Application in order to rent certain equipment through the extension of credit from Herc for construction projects in New Mexico. See Credit Application, attached hereto as Exhibit 1.

25. In order to induce Herc to enter into the Credit Application with Defendant Ultimate and rent equipment to Ultimate through the extension of credit, Herc required Ultimate's President,

3

Defendant Jesse Guzman, to sign a personal Guaranty unconditionally guaranteeing the payment of any and all amounts due to Herc from Defendant Ultimate. See Credit Application, attached hereto as Exhibit 1.

26. Pursuant to the signed Guaranty, Defendant Jesse Guzman agreed to reimburse Herc for all expenses, including attorney fees incurred by Herc in connection the enforcement or collection of money owed by Defendant Ultimate to Herc. See Credit Application and Guaranty, attached hereto as Exhibit 1.

27. Defendant Ultimate subsequently entered into numerous rental contracts with certain terms and conditions incorporated as part of the rental contracts (hereinafter collectively referred to as the "Rental Contracts") for rental equipment it rented from Herc. See Rental Contracts, attached hereto as Exhibit 2.

28. On or about August 15, 2019, Defendant Ultimate began renting heavy equipment from Herc for certain construction.

29. Pursuant to the Credit Application and the Rental Contracts, Herc provided the rental equipment ordered by Defendant Ultimate based on credit with the understanding that Defendant Ultimate would pay for all equipment it rented from Herc.

30. Defendant Ultimate did in fact receive the equipment it rented from Herc.

31. Defendant Ultimate used the equipment it rented from Herc.

32. Herc sent Defendant Ultimate invoices for the equipment Defendant Ultimate rented from Herc. See Invoices, attached hereto as Exhibit 3.

33. Defendant Ultimate made numerous payments towards invoices for equipment it rented from Herc.

34. However, Defendant Ultimate failed to pay all invoices for equipment it rented from Herc.

4

35. Defendant Ultimate owes Two Hundred Forty-Three Thousand Eighty-One Dollars and 62/100 ($243,081.62) for equipment it rented and used, but never paid the rental invoices issued by Herc. See Invoices, attached hereto as Exhibit 3

36. After giving Defendant Ultimate all credits due it, there is due and owing Herc the sum of Two Hundred Forty-Three Thousand Eighty-One Dollars and 62/100 ($243,081.62) for equipment it rented and used, but never paid Herc.

37. Despite demand, Defendant Ultimate has refused to pay the Two Hundred Forty-Three Thousand Eighty-One Dollars and 62/100 ($243,081.62) it owes Herc for equipment it rented from Herc.

38. As part of each Rental Contract, Defendant Ultimate agreed to certain terms and conditions. See Rental Contracts, attached hereto as Exhibit 2.

39. Paragraph 3 of the Herc Rental Terms and Conditions states the following in relevant part: "RENTAL CHARGES. Customer will pay Herc on demand at the Herc branch designated on the Front ("Branch") or to the address and by the date specified in the applicable invoice, all rental, time, mileage, service, transportation, refueling service, surcharges and other charges and sums in accordance with this Agreement, all sales and use taxes or tax reimbursement imposed with respect to the Equipment and this Agreement, and all expenses, including reasonable attorney' s fees incurred in collecting same...By executing this Agreement and accepting the Equipment pursuant to Section 12 hereof, the Customer accepts and agrees to pay all rental and other charges specified herein and on the Front hereof. Charges not paid on time, as required by this Agreement, may be subject to a late payment fee as provided in this Agreement." See Rental Contracts, ¶ 3, attached hereto as Exhibit 3.

40. Defendant Ultimate breached Paragraph 3 of the Herc Rental Terms and Conditions by failing to pay by the date specified in the applicable invoices, all rental, time, mileage, service,

transportation, refueling service, surcharges and other charges and sums in accordance with the Rental Contracts, all sales and use taxes or tax reimbursement imposed with respect to the Equipment and Rental Contracts. See Rental Contracts, ¶ 3, attached hereto as Exhibit 2.

41.  Paragraph 6 of the Herc Rental Terms and Conditions states the following in relevant part: "EVENTS OF DEFAULT. Customer shall be in default of this Agreement if Customer fails to pay any rent when due or if Customer breaches any of the other terms of this Agreement, or if the Equipment is obtained from Herc through fraud or misrepresentation or is used: (A) in violation of any law or ordinance; (B) in a reckless, negligent or abusive manner, or is intentionally damaged by Customer or with Customer' s permission; (C) in violation of Paragraph 4 above, or (D) in any fashion or manner for which the Equipment was not designed or beyond the manufacture' s rated capacity for the Equipment." See Rental Contracts, ¶ 6, attached hereto as Exhibit 2.

42.  Pursuant to Paragraph 6 of the Herc Rental Terms and Conditions, Defendant Ultimate is in default by failing to pay rental invoices when due and by breaching Paragraph 3 of the Herc Rental Terms and Conditions. See Rental Contracts, ¶ 6, attached hereto as Exhibit 2.

43.  Paragraph 13 of the Herc Rental Terms and Conditions states the following in relevant part: "LATE PAYMENT FEE. Should Customer fail to pay any invoice to Herc in accordance with the terms of such invoice, Customer will pay a late payment fee to Herc on such delinquent payment until fully paid, at the maximum rate allowed by the laws of the jurisdiction in which the Herc location specified on the Front is located." See Rental Contracts, ¶ 13, attached hereto as Exhibit 2.

44.  Pursuant to Paragraph 13 of the Herc Rental Terms and Conditions, Herc is entitled to receive a late payment fee from Defendant Ultimate for all outstanding invoices not paid. See Rental Contracts, ¶ 13, attached hereto as Exhibit 2.

45. While using Herc's equipment, Defendant Ultimate significantly damaged numerous pieces of equipment.

46. Paragraph 4 of the Herc Rental Terms and Conditions states the following in relevant part: "CUSTOMER' S RESPONSIBILITIES. Customer is responsible to Herc for all loss or damage to the Equipment, and for its return in the same condition it was received, except for ordinary wear. Such responsibility is limited to the full value of the Equipment at the time it is lost or damaged, less its salvage value, plus any administrative fees and Herc' s related expenses, such as loss of use, appraisal fees or recovery costs ("Full Value"). See Rental Contracts, ¶ 4, attached hereto as Exhibit 2."

47. While in its possession and during its use of the rental equipment, Defendant Ultimate damaged several pieces of equipment owned by Herc and rented to Defendant Ultimate.

48. Pursuant to paragraph 4 of the Herc Rental Terms and Conditions, Defendant Ultimate is responsible to Herc for all loss or damage to the equipment it rented from Herc and damaged during its use of the rented equipment. See Rental Contracts, ¶ 4, attached hereto as Exhibit 2.

49. Upon information and belief, Travelers issued Defendant Ultimate insurance policies relative to the equipment Defendant Ultimate rented from Herc.

50. After evaluating the damage cause by Defendant United to the equipment it rented from Herc, it was determined that the total amount of damage caused by Defendant Ultimate's use of Herc's equipment was Two Hundred Ninety-Six Thousand, Nine Hundred Seventy-Four Dollars and 32/100 ($296,974.32).

51. Herc made demand on Defendant Ultimate for payment for the damage to the equipment Herc rented to Defendant Ultimate.

52. Upon information and belief, Defendant Ultimate notified its insurer, Travelers, after receiving demand from Herc for the damage to the equipment rented by Defendant Ultimate.

53. Upon information and belief, Defendant Ultimate's insurer, Travelers, issued and sent numerous insurance checks to Defendant Ultimate for various pieces of equipment that were damaged by Defendant Ultimate in the amount of Two Hundred Thirty-Seven Thousand, One Hundred Thirty-Three Dollars and 55/100 ($237,133.55).

54. Upon information and belief, Defendant Ultimate's insurer, Travelers, issued the insurance checks with Herc as the only named payee.

55. Upon information and belief, Defendant Ultimate has possession of the checks issued by Travelers made payable to Herc totaling Two Hundred Thirty-Seven Thousand, One Hundred Thirty-Three Dollars and 55/100 ($237,133.55)

56. Defendant Ultimate has refused to release the insurance checks issued by Travelers to Herc.

57. Herc has requested that Travelers reissue the checks to Herc directly as a result of Defendant Ultimate refusing to send the checks to Herc when Herc is entitled to the money.

58. Defendant Travelers has refused to reissue the checks issued by Travelers to Herc for damage caused by its insured Defendant Ultimate to equipment owned by Herc.

59. After giving Defendant Ultimate all credits due it, there is due and owing Herc the sum of Five Hundred Forty Thousand Fifty-Five Dollars and 94/100 ($540,055.94), consisting of Two Hundred Forty-Three Thousand Eighty-One Dollars and 62/100 ($243,081.62) for equipment it rented and used, but never paid Herc for and Two Hundred Ninety-Six Thousand, Nine Hundred Seventy-Four Dollars and 32/100 ($296,974.32 for damage to the equipment rented by Defendant Ultimate. See Invoices, attached hereto as Exhibit 2.

60. In addition to the Five Hundred Forty Thousand Fifty-Five Dollars and 94/100 ($540,055.94), Herc should be entitled to recover its attorney's fees and costs from the Defendants pursuant to paragraph 3 of the Herc Rental Terms and Conditions.

61. Herc is entitled to compensatory damages in an amount to be proven at trial.

62. As a result of Defendant Jesse Guzman signing the Guaranty, Defendant Jesse Guzman is personally liable to Herc for Five Hundred Forty Thousand Fifty-Five Dollars and 94/100 ($540,055.94) owed by Defendant Ultimate to Herc, plus Herc's attorney's fees and costs.

63. Herc should be entitled to a judgment against Defendants Ultimate and Jesse Guzman, joint and severally, for the Five Hundred Forty Thousand Fifty-Five Dollars and 94/100 ($540,055.94), plus interest, due and owing Plaintiff, plus Plaintiff's attorney's fees and costs.

## COUNT II: BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

64. Herc re-alleges and hereby incorporate by reference each and every allegation contained in this Complaint as if fully pled herein.

65. The covenant of good faith and fair dealing is an implied term to every contract, including the contracts and agreements described herein between Herc and Defendants.

66. Defendant Ultimate breached the covenant of good faith and fair dealing by knowingly and intentionally breaching its contractual agreements with Herc and refusing to pay Herc for equipment it provided to Defendant Ultimate.

67. Defendant Ultimate breached the covenant of good faith and fair dealing by knowingly and intentionally breaching its contractual agreements with Herc and refusing to pay Herc for equipment it damaged that belonged to Herc.

68. Defendant Jesse Guzman breached the covenant of good faith and fair dealing by knowingly and intentionally breaching his contractual agreement as stated in the Guaranty he signed with Herc by refusing to pay Herc for money owed by Defendant Ultimate to Herc.

69. Herc has been deprived of benefits it reasonably expected to receive from its contracts with Defendant Ultimate and Defendant Jesse Guzman, including being paid for the equipment it rented to Defendant Ultimate and being reimbursed for the equipment Defendant Ultimate damaged.

9

70. Herc has suffered damages caused by Defendant Ultimate and Defendant Jesse Guzman breach of the covenant of good faith and fair dealing.

71. Herc entitled to all remedies and relief available under the law, including punitive damages for the bad faith acts of Defendant Ultimate and Defendant Jesse Guzman that constituted breach of the covenant of good faith and fair dealing and any other relief deemed just and proper by the Court.

72. The actions of the Defendant Ultimate and Defendant Jesse Guzman in breaching the covenant, and of good faith, and fair dealing entitles ACC to compensatory damages in an amount to be proven at trial.

## COUNT III: DEBT AND MONEY DUE AND OPEN ACCOUNT

73. Herc re-alleges and hereby incorporate by reference each and every allegation contained in this Complaint as if fully pled herein.

74. Herc provided certain rental equipment to Defendant Ultimate through the extension of credit with the understanding that Defendant Ultimate would pay for the equipment provided by Herc. See Credit Application and Guaranty, attached hereto as Exhibit 1.

75. Herc provided Defendant Ultimate with the rental equipment requested by Defendant. See Rental Contracts, attached hereto as Exhibit 2. See also Invoices, attached hereto as Exhibit 3.

76. Herc sent invoices to Defendant Ultimate for the rental equipment ordered by Defendant. Ultimate. See Invoices attached hereto as Exhibit 3.

77. After being invoiced for the products and supplies, Defendant Ultimate failed to pay Herc for the rented equipment.

78. While in possession of the equipment, Defendant Ultimate caused certain damages to the equipment.

79. After giving Defendant Ultimate all credits due it, there is due and owing Plaintiff the sum of Five Hundred Forty Thousand Fifty-Five Dollars and 94/100 ($540,055.94).

80. Herc made demand upon Defendants, but the Defendants have failed and refused to pay for the damages to the rental equipment provided by Herc.

81. Herc should be entitled to a judgment against Defendants Ultimate and Jesse Guzman for the money due and owing Herc for the equipment rented to Defendant Ultimate that Defendant Ultimate used, but did not pay for, and the damaged rental equipment provided by Herc to Defendant Ultimate for which Defendants have refused to pay Herc, plus Herc's attorney's fees, costs, and interest.

82. Defendant Ultimate made some payment to Herc for Herc providing rental equipment to Defendant Ultimate.

83. This connected series of debit and credit entries constituted an open account of which Herc kept a written record.

84. Defendant Ultimate has owed Two Hundred Forty-Three Thousand Eighty-One Dollars and 62/100 ($243,081.62) it owes Herc for equipment it rented from Herc on the open account.

85. Defendant Ultimate has failed and refused to pay Herc for the equipment it provided to Defendant Ultimate on an open account.

86. Herc has been damaged by Defendant Ultimate's actions.

87. Pursuant to NMSA 1978, § 39-2-2.1, Herc is entitled to its attorney's fees incurred in collecting the amount due.

## COUNT IV: CONVERSION

88. Herc re-alleges and hereby incorporate by reference each and every allegation contained in this Complaint as if fully pled herein.

11

89. Defendant Ultimate and Defendant Guzman have exercised unauthorized assumption and ownership of Herc's personal property in the form of insurance checks and money that is owed to Herc that Defendant Ultimate and Defendant Guzman have refused to release that are made payable to Herc.

90. Defendant Travelers has exercised unauthorized assumption and ownership of Herc's personal property in the form of insurance checks and money that is owed to Herc that Defendant Travelers has refused to reissue to Herc.

91. Despite demand from Herc to provide the insurance checks and money made payable to Herc as payee, Defendant Ultimate and Defendant Guzman have refused to provide the checks that belong to Herc.

92. Despite demand from Herc to reissue and provide the insurance checks and money made payable to Herc as payee, Defendant Travelers have refused to provide reissue and provide the insurance checks and money that belong to Herc.

93. As a result of Defendants conversion, Herc is entitled to compensatory damages in an amount to be proven at trial.

94. The actions of Defendants were willful, wanton, and in reckless disregard to the Herc, and punitive damages should be awarded in an amount to be proven at trial.

## COUNT V: UNJUST ENRICHMENT

95. Herc re-alleges and hereby incorporate by reference each and every allegation contained in this Complaint as if fully pled herein.

96. Defendant Ultimate received the benefit of the equipment provided by Herc.

97. Defendant has benefitted at the expense of Defendant Ultimate in a manner such that to allow Defendant Ultimate to retain that benefit would be unjust.

98.  Defendant has been unjustly enriched at the detriment of Herc by having the benefit and use of the equipment provided by Herc.

99.  Herc has been damaged by Defendant Ultimate's unjust enrichment and failure to pay for the equipment Herc provided Defendant Ultimate.

100. Herc should be awarded compensatory damages in an amount to be proven at trial.

WHEREFORE, Plaintiff respectfully requests that this Court enter a Judgment in favor of Herc and against Defendants, jointly and severally, for the following:

1.  Actual damages in an amount to be proven at trial;

2.  Compensatory damages in an amount to be proven at trial;

3.  Attorney's fees and costs;

4.  Pre-judgment interest in an amount to be proven at trial;

5.  Post-judgment interest; and

6.  Such other and further relief as the Court deems just and proper.

Respectfully submitted,

DANOFF LAW FIRM

/s/Brett J. Danoff
Brett J. Danoff
Ryan P. Danoff
*Attorneys for Plaintiff*
1225 Rio Grande Blvd. NW
Albuquerque, NM 87104
Telephone No.: (505) 262-2383
Facsimile No.: (505) 266-4330
Email: bdanoff@danofflaw.com
Email: rdanoff@danofflaw.com

13

# HercRentals™

## Credit Application

**For Branch Use Only:**
○ New Customer
○ Reactivation Customer No.

Return Completed Application by:
Fax to Herc Rentals Branch:
or Scan and Email to: Herc_Credit@hercrentals.com

**For Branch Use Only:**
Branch No.
Sales Rep. No.

| Business Name | Ultimate Concrete, LLC | Doing Business As (Optional) | Ultimate Concrete, LLC |
|---|---|---|---|

**Street Address** 12380 Edgemere Blvd Suite 102 PMB 136

| City | El Paso | State | Tx | Zip Code & 4 | 79938 |
|---|---|---|---|---|---|

| Primary Contact | Jesse M Guzman | Telephone (Include Area Code) 810-542-5525 | Fax (Include Area Code) |
|---|---|---|---|

| AP Contact | Mary Rodriguez | Telephone (Include Area Code) 915-540-4592 | Fax (Include Area Code) |
|---|---|---|---|

| Receive Emailed Invoices? | ◉ YES ○ NO | AP email | jesse.m.guzman@gmail.com |
|---|---|---|---|

**Business Type**
○ Corporation  ○ Government  ◉ Limited Liability Company  ○ Non-Profit  ○ Partnership  ○ Sole Proprietor

| Years in Business Under Current Ownership (if less than 1 years, please provide PERSONAL GUARANTY information and sign guaranty on reverse side) | 11 | Projected Spend? Monthly: $      Annual: $ | Date & State of Incorporated/Formed Or Filing Number 2/4/08 |
|---|---|---|---|

### Bank Reference

**Bank Name** Bank of America

| Checking Number | 48806811730 | Loan Number | |
|---|---|---|---|

| Contact Name and Address | Leticia Escapitte | | |
|---|---|---|---|

| Contact Telephone | 915-534-4128 | Contact Email | |
|---|---|---|---|

For the purpose of establishing a credit line with Herc Rentals Inc., I herewith authorize the above-named bank to furnish the requested information.

Jesse M Guzman                     ✗                                   08/14/2019
Name (printed)                    Signature                              Date

**Sole Proprietor and Partnership Authorization (Social Security Number Required)**

The undersigned individual who is either a principal of the credit applicant or a sole proprietor of the credit applicant, recognizing that his or her individual credit history may be a factor in the evaluation of the credit history of the applicant, hereby consents to and authorizes the use of a consumer credit report on the undersigned by Herc Rentals, from time to time as may be needed in the credit evaluation process.

_____          ✗          _____          _____
Name (printed)          Social Security Number          Signature          Date

| Purchase Order Required? | Tax Exempt? | Physical Damage Coverage for Rental Equipment? Email to: HercCOI@hercrentals.com | Liability Insurance Coverage? Email to: HercCOI@hercrentals.com |
|---|---|---|---|
| ◉ YES ○ NO | ◉ YES ○ NO | ◉ YES Must Attach Insurance Certificate  ○ NO Rental Protection Plan will be Charged | ○ YES Must Attach Insurance Certificate  ○ NO |

**Notes to Credit Department**

EXHIBIT 1

# ACCOUNT AGREEMENT AND TERMS

The company submitting this application (the "Undersigned") acknowledges and agrees to the following:

1 . This Account Agreement and Terms ("Agreement") supersedes, with respect to rentals made subsequent to the acceptance of this application by Herc Rentals, Incorporated ("Herc"), any prior Account Agreement and Terms governing the extension of credit by Herc to the Undersigned. Rentals by Herc to the Undersigned made subsequent to the acceptance of this application by Herc shall be governed by the Rental Contract pertaining to such rental and by this Agreement. In the event that any provisions of the Rental Contract shall conflict with any provision of this Agreement, the Rental Contract shall control.

2. The receipt of an application shall not create any obligation on the part of Herc to rent equipment to the undersigned or to extend credit to the undersigned in connection with any such rental.

3. The Undersigned warrants and represents that any credit which may be extended upon the acceptance of this application shall only be used in connection with the rental of equipment for a business purpose and not in connection with the rental of equipment for any personal or household use.

4. It is understood and agreed that the undersigned specifically consents to Herc investigating the Undersigned's credit history and the information provided on this application, for the purpose of extending credit.

5. If credit is extended, the Undersigned acknowledges that Herc credit terms are payment in full net fifteen (15) days from the date of invoice.

6. All sums are due and payable at the following address, P.O. Box 936257, ATLANTA, GA 31193-6257and/or at such other mailing address as shall be specified on the invoice.

7. In the event the Undersigned fails to timely pay any invoice, the Undersigned agrees to pay a late fee to Herc on such delinquent invoice until same is fully paid, at the rate of 1.8% per month or maximum rate allowed by the laws of the jurisdiction where the originating Herc branch stated on the invoice is located, whichever is less.

8. The Undersigned agrees that, with or without notice or demand, the Undersigned shall reimburse Herc, for all expenses (including counsel fees) incurred by Herc in connection with any indebtedness of the applicant or the collection thereof.

9. The Undersigned agrees fully and promptly to furnish to Herc information needed or requested by Herc for proper filling out and service of preliminary notices under the mechanic's lien laws.

10. Any and all obligations arising under a Rental Contract, including without limitation, the obligation to pay for all Charges associated with or arising from a rental transaction, shall be governed by the terms of the Rental Contract and the Choice of Law provision set forth therein. To the extent any rights or obligations hereunder are not addressed by the Rental Contract, this Agreement shall be governed and construed by the laws of the STATE of NEW YORK, without regard to any conflict or choice of laws principals. If any provision or part of any provision of this Agreement conflicts with any applicable law then that provision will be deemed to be modified to be consistent with such law, or to be deleted if modification is impossible, and will not affect the remainder of this Agreement, which will continue in full force and effect. If any provision of this Agreement is held to be so broad as to be unenforceable, then that provision will be interpreted to be only as broad as is necessary for it to be enforceable.

11. If the equipment rented hereunder is used in the construction of a particular private or public work of improvement, the Undersigned agrees that all monies owed to or received by the Undersigned in connection with such work or works of improvements shall be held by Undersigned in trust for the benefit of Herc, shall be segregated from other monies of the Undersigned, and shall be used only to pay Herc, to the extent that such monies are attributable to the equipment rented hereunder until Herc has been paid in full for such rentals.

12. The Undersigned recognizes that it may from time to time be owed money by Herc due to contracts or transactions between the Undersigned and Herc which are separate and distinct for the rentals contemplated by this Credit Application and Agreement. Herc shall have the right to withhold from the Undersigned any monies owed by Herc to the Undersigned in connection with any such other contracts or transactions and to offset the same against any sums owed by the Undersigned to Herc in such amounts as may be deemed by Herc to be reasonably necessary to cover such indebtedness of the Undersigned. So long as this right of withhold and offset is carried out in good faith, the Undersigned hereby waives any claims against Herc for any consequential damages coming from such withhold and offset even if it is later determined that the withhold and offset was improper.

13. THE UNDERSIGNED HEREBY WAIVES THE RIGHT TO A JURY TRIAL OF ANY OR ALL CLAIMS OR DISPUTES WHICH MAY ARISE AFTER ACCEPTANCE OF THIS APPLICATION BY Herc IN CONNECTION WITH THIS AGREEMENT OR ANY RENTAL CONTRACT BETWEEN THE UNDERSIGNED AND Herc.

14. The terms of this Agreement may be revised or supplemented from time to time by Herc sending the Undersigned notice of such changes. It will be presumed that the Undersigned has received any such notice mailed to the Undersigned at the address shown on this Application or otherwise provided to Herc. The Undersigned's making a rental from Herc using credit and the effective date of such changes will constitute the Undersigned's acceptance of such changes.

15. The Undersigned agrees to promptly notify Herc in writing of any change in the Undersigned's business ownership form or structure. If the Undersigned fails to promptly notify Herc of such change, then the Undersigned expressly assumes full responsibility for all charges and/or credit extensions made on this account subsequent to such change.

16. Herc Rentals, Inc. reserves the right to file preliminary notices for work done in the states where those notices are required by state law in order to protect our Lien Rights.

| Jesse Guzman   President | ✕ | | 08/14/2019 |
|---|---|---|---|
| Name (please print) | Title | Signature | Date |

# GUARANTY

In consideration of the extension of credit to the applicant named herein, the undersigned, jointly, severally and unconditionally guarantee and promise to pay all amounts now owing or which may hereinafter become owing by the applicant to Herc Rentals, Incorporated ("Herc"). This is a continuing guaranty and obligations arising hereunder shall not be affected by any change in terms of indebtedness, the extension of credit beyond amounts specified herein, a change in the form or time for payment, a change in the form of indebtedness or the acceptance of security or collateral. Herc shall not be required to exhaust any remedies against applicant prior to exercising rights granted hereby. The undersigned hereby waives (a) notice of acceptance of this guaranty and of extensions of credit by Herc to the applicant; (b) presentment and demand for paying of any indebtedness of the applicant; (c) protest and notice of dishonor or default to the undersigned with respect to any indebtedness of the applicant; (d) all other notices to which the undersigned might otherwise be entitled; (e) any demand for payment under this guaranty; (f) benefit of all exemptions and homestead laws; (g) all set-offs and counterclaims.

This is a guaranty of payment and not of collection and the undersigned further waives any right to require that any action be brought against the applicant or any other person or to require that resort be had to any security.

The undersigned agrees that, with or without notice or demand, the undersigned shall reimburse Herc, to the extent that such reimbursement is not made by the applicant, for all expenses (including counsel fees) incurred by Herc in connection with any indebtedness of the applicant or the collection thereof and will pay attorneys' fees if this guaranty is placed with an attorney for enforcement or collection from the undersigned.

The undersigned personal guarantor, recognizing that his or her individual credit history may be a necessary factor in the evaluation of this personal guarantee, hereby consents to and authorizes the use of a consumer credit report on the undersigned by Herc, from time to time as may be needed, in the credit evaluation process.

If any provision or part of any provision of this guaranty is in conflict with any applicable statute or rule of law then such provision, or part thereof, as the case may be, shall be deemed null and void to the extent that it may conflict therewith, but without invalidating the remaining provisions hereof or the remaining part of such.

THE UNDERSIGNED HEREBY WAIVES THE RIGHT TO A JURY TRIAL OF ANY OR ALL CLAIMS OR DISPUTES WHICH MAY ARISE IN CONNECTION WITH THIS GUARANTY. The undersigned further acknowledge and represent that any titles written near their signatures below is/are merely intended to clarify the individual's position with the customer and in no way

| Guarantor Signature ✕ _____ | Guarantor Signature ✕ _____ |
|---|---|
| Printed Guarantor Name _____ | Printed Guarantor Name _____ |
| Social Security Number (Required) _____ | Social Security Number (Required) _____ |
| Date _____ | Date _____ |
| WITNESS ✕ Witness Signature _____ | WITNESS Witness Printed Name _____ |
| Telephone Number _____ | Date _____ |

Show R.A. Number on all Correspondence

**UPDATE**

# *Herc*Rentals™

R.A. No.    **31371871**

Page 1 of 2

| HERC LOCATION:  **403** | BILL TO CUSTOMER:  **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9 :<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

| EST START:   3/26/20    8:00<br>SHIPPED BY:<br>ORDER DATE:    3/25/20 | EST RETURN:    4/22/21    12<br>ORDERED BY:    ALFONSO GARCIA<br>SALESPERSON:    463 | DROP DATE:  _____<br>DROP TIME:  _____<br>SALES COORDINATOR: |
|---|---|---|

PO#/ JOB#:                             / COLUMBUS POE

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ | 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | |

    800168308  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFE4JDJJ3507
    MI OUT: 8204.00 MIL CHG:.25
    Equipment may have telematics technology enabled.
    During the period of the rental, the carrier/customer shall identify
    the equipment in accordance with the FMCSA's requirements in 49 CFR
    and display their identification number issued by FMCSA including DOT,
    MC and State Motor Carrier Permits.
    This vehicle is registered with ProToll. If used, customer will be
    invoiced separately for toll amount plus an administrative fee.
    Customer has the option to decline this service by paying toll(s) with
    cash or transponder. Customer is responsible for all toll charges,
    parking fees, traffic citations, associated fees, and penalties.

| | | | |
|---|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 124.20 |
| VEHICLE LICENSING FEE | 3790000001 | 2.50 per day | 487.50 |

    Customer has accepted RPP at a charge of 15.00% of gross rental charges.


    TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
    unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute
    period thereafter.. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
    if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
    less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
                                              **CONTINUED**

**EXHIBIT 2**

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste material's that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $3500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name                                                                 Title

Customer Signature                                                          Date

**Terms are due upon receipt   Not valid without Barcode**

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

**UPDATE**

# *Herc*Rentals™

R.A. No.   **31371871**

Page 2 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>**830 PENDALE ROAD**<br>**EL PASO, TX 79907**<br>915-590-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **ELP 46**<br>**NM-9**<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

| | | |
|---|---|---|
| **EST START:**  3/26/20   8:00 | **EST RETURN:**  4/22/21   12 | DROP DATE: _____ |
| SHIPPED BY: | ORDERED BY:   ALFONSO GARCIA | DROP TIME: _____ |
| ORDER DATE:   3/25/20 | SALESPERSON:   463 | SALES COORDINATOR:  ADRIAN GONZALEZ |

PO#/JOB#:                                / COLUMBUS POE

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|

Customer must call the branch to get a release #.
get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tires, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____   Title _____

Customer Signature _____   Date _____

**Terms are due upon receipt  Not valid without Barcode**

Carefully read the terms and conditions that appear above and on the reverse side of this page.

Show R.A. Number on all Correspondence

**RENTAL CONTRACT**

# HERCRentals™

R.A. No.   **31387675**

Page 1 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 2-3<br>UNNAMED ROAD<br>DEMING, NM 88030<br><br>915-540-4692 |

## DESCRIPTION/CHARGES

| EST START: 4/03/20 14:00 | EST RETURN: 5/01/20 14:00 | DROP DATE: 4-8-20 |
|---|---|---|
| SHIPPED BY:<br>ORDER DATE:    4/03/20 | ORDERED BY:    JESSE GUZMAN<br>SALESPERSON:    483 | DROP TIME: 3:0<br>SALES COORDINATOR: |

PO# / JOB#:                                    / 1 - ELP 2-3

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 2000 GALLON DSL | 8/ | 640.00 | 106.67 | 640.00 | 1915.00 | 4500.00 | |

800218233  Make: HINO  Model: 338  Ser # 5PVNV8JG9K4S50558

NI OUT: 3352.00 MIL CHG: .25

Equipment may have telematics technology enabled.

This vehicle can only operate on clear (over the road) diesel fuel.

Customers that add dyed fuel will be responsible for disposal costs,

engine damage, complete re-fueling and any associated costs.

This vehicle/equipment may require DEF (Diesel Exhaust Fluid). The

renter is responsible for monitoring DEF level and replacement

of fluid consumed. See operator's manual for monitoring

and fill procedure.

During the period of the rental, the carrier/customer shall identify

the equipment in accordance with the FMCSA's requirements in 49 CFR

and display their identification number issued by FMCSA including DOT,

MC and State Motor Carrier Permits.

This vehicle is registered with ProToll. If used, customer will be

invoiced separately for toll amount plus an administrative fee.

Customer has the option to decline this service by paying toll(s) with

cash or transponder. Customer is responsible for all toll charges,

parking fees, traffic citations, associated fees, and penalties.

| | | |
|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | 124.20 |
| VEHICLE LICENSING FEE | 3790000001    2.50 per day | 67.50 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

<u>CAREFULLY READ THE TERMS AND CONDITIONS</u>
<u>THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE</u>

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER PARAGRAPH 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental Equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductable of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

**Terms are due upon receipt  Not valid without Barcode**

Customer Name _____ Title _____

Customer Signature _____ Date _____

Carefully read the terms and conditions that appear above and on reverse side of this page.



**RENTAL CONTRACT**

# HercRentals™

Show R.A. Number on all Correspondence

**R.A. No.**   31387675

Page 2 of 2

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 2-3<br>UNNAMED ROAD<br>DEMING, NM 88030<br><br>915-540-4592 |

### DESCRIPTION/CHARGES

| EST START: 4/03/20  14:00 | EST RETURN:  5/01/20  14:00 | DROP DATE: _____ |
|---|---|---|
| SHIPPED BY: | ORDERED BY:  JESSE GUZMAN | DROP TIME: _____ |
| ORDER DATE:    4/03/20 | SALESPERSON:  483 | SALES COORDINATOR:  VINCENT BETANCOURT |

PO#/JOB#:                                    / 1 - ELP 2-3

| Qty | Equipment # | | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **SALES ITEMS:** | | | | | | | | | | |
| Qty | Item number | | Unit | Price | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | | 55.000 | | | | | | 55.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | | 10.000 | | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | | |
| | DELIVERY CHARGE | | | | | | | | | 550.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

## CAREFULLY READ THE TERMS AND CONDITIONS
## THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMERS USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluids); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

**Terms are due upon receipt  Not valid without Barcode**

Customer Name _____     Title _____

Customer Signature _____     Date _____

Carefully read the terms and conditions that appear above and on reverse side of this page.



Show R.A. Number on all Correspondence

RENTAL CONTRACT
** COPY ** **HercRentals**™

R.A. No.   31394260

Page 1 of 1

| HERC LOCATION:  403 | BILL TO CUSTOMER:  2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

EST START:  4/01/20   7:00          EST RETURN:  4/29/20   7:00          DROP DATE: _____

SHIPPED BY:                          ORDERED BY:  ALFONSO GARCIA          DROP TIME: _____
ORDER DATE:   4/08/20                SALESPERSON:  483                    SALES COORDINATOR:  JAMES A. MENCHACA

PO#/ JOB#:     PO# 480-372/ COLUMBUS POE

| Qty | Equipment # | Hrs/ Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | |
| | 800263245  Make: SKYTRAK  Model: 10042  Ser #: 0160098450 | | | | | | |

HR OUT: 780.00 HR CHG:

Equipment may have telematics technology enabled.

| EMISSIONS & ENV SURCHARGE | EMISSIONS | 58.90 |
|---|---|---|
| TX SPECIAL INVENTORY TAX | 2201000001 | 7.73 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute period thereafter. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #.

For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the regulation and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per loss or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow-out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.



Digitally signed by
Cynthia Angulano
Date: 2020.04.23
19:51:40 -06'00'

_____     _____
Customer Signature                    Title

Terms are due upon receipt  Not valid without Barcode

Carefully read the terms and conditions that appear above and on reverse side of this page.

UPDATE

**HercRentals™**

Show R.A. Number on all Correspondence

R.A. No.    **31394325**

Page 1 of 2

| HERC LOCATION:  **403** | BILL TO CUSTOMER:  **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12360 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

**DESCRIPTION/CHARGES**

| EST START: | 4/01/20   7:00 | EST RETURN:  4/28/21   7:00 | DROP DATE: _____ |
|---|---|---|---|
| SHIPPED BY: | | ORDERED BY:   ALFONSO GARCIA | DROP TIME: _____ |
| ORDER DATE: | 4/08/20 | SALESPERSON:   463 | SALES COORDINATOR: |

PO#/JOB#:                          / COLUMBUS POE

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT CAB | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | |
| | 800036646 Make: GEHL Model: RS10-55 Ser #: RS1055JF0990478 | | | | | | | |
| | HR OUT: 3892.95 HR CHG: | | | | | ⟶ *pick up* | | |
| | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX     2201000001 | | | | | | | 7.74 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

*6-11-20   HOUR 4/9/.2   No HRex*

| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 73.33 | 440.00 | 1298.00 | 3073.00 | |
|---|---|---|---|---|---|---|---|---|
| | 800254291 Make: GENIE Model: GTH-1056 Ser #: GTH10E-13904 | | | | | | | |
| | HR OUT: 900.00 HR CHG: | | | | | | | |
| | Equipment may have telematics technology enabled. | | | | | | | |
| | DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED | | | | | | | |
| | CHARGE FOR RE-STARTING SYSTEM | | | | | ⟶ *Deliver* | | |
| | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | | 60.85 |
| | TX SPECIAL INVENTORY TAX     2201000001 | | | | | | | 7.99 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING
READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.
NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR
OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.
PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE
IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL,
CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT.
CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER
IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to
motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by
Herc to help offset costs and expenses, including overhead, generally associated with the following types of
activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's
business operations such as handling, managing, and/or disposing of waste materials that contain hazardous
substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green"
initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced
emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and
trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF
Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR
GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is
15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the
charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in
accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which
Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying
the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the
repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this
amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes
inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free
of any and all hazardous substances.

**Terms are due upon receipt  Not valid without Barcode**

Customer Name _____                    Title _____

Customer Signature _____                    Date _____

Carefully read the terms and conditions that appear above and on reverse side of this page.



UPDATE

**HercRentals**™

Show R.A. Number on all Correspondence

**R.A. No.** 31394325

Page 2 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

| DESCRIPTION/CHARGES |
|---|

**EST START:** 4/01/20  7:00    **EST RETURN:** 4/28/21  7:00    DROP DATE: _____

SHIPPED BY: _____    ORDERED BY: ALFONSO GARCIA    DROP TIME: _____
ORDER DATE:   4/08/20    SALESPERSON:   463    SALES COORDINATOR:  ADRIAN GONZALEZ

PO#/JOB#:    / COLUMBUS POE

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|

Customer must call the branch to get a release #.

get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at** HercRentals.com

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

**Terms are due upon receipt  Not valid without Barcode**

Customer Name _____    Title _____

Customer Signature _____    Date _____

**Carefully read the terms and conditions that appear above and on reverse side of this page.**



Show R.A. Number on all Correspondence

**UPDATE**

# HercRentals™

**R.A. No.** 31394467

Page 1 of 2

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

**EST START:** 4/01/20  7:00   **EST RETURN:** 4/29/20  7:00   DROP DATE: _____

SHIPPED BY: _____   ORDERED BY: ALFONSO GARCIA   DROP TIME: _____

ORDER DATE: 4/08/20   SALESPERSON: 483   SALES COORDINATOR: _____

PO# / JOB#: _____   / COLUMBUS POE

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | |

800210781  Make: SKYTRAK  Model: 10054  Ser #: 0160086821

HR OUT: 1380.00  HR CHG:

Equipment may have telematics technology enabled.

DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED

CHARGE FOR RE-STARTING SYSTEM



P/U

| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | | | 7.74 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | 8/ | 650.00 | 115.00 | 690.00 | 2090.00 | 2900.00 | |

800277034  Make: SKYTRAK  Model: 10042  Ser #: 0160012881

HR OUT: 88.00  HR CHG:

Equipment may have telematics technology enabled.

| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | | 102.96 |
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | | | 13.52 |

Deliver

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

**SALES ITEMS:**

| Qty | Item number | Unit | Price | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF, OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluids); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to motel vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharge may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the cost of replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

**Terms are due upon receipt**   **Not valid without Barcode**

Customer Name _____   Title _____

Customer Signature _____   Date _____

Carefully read the terms and conditions that appear above and on reverse side of this page.

RENTAL CONTRACT   ** COPY **   **HercRentals**™   R.A. No.   31394469

Show R.A. Number on all Correspondence

Page 1 of 1

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

EST START: 4/01/20  7:00          EST RETURN: 4/29/20  7:00          DROP DATE: _____

SHIPPED BY: _____                ORDERED BY:  ALFONSO GARCIA        DROP TIME: _____

ORDER DATE:   4/08/20              SALESPERSON:  483                  SALES COORDINATOR:  JAMES A. MENCHACA

PO#/ JOB#:   PO#480-364 / COLUMBUS POE

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00. | |
| | ~~800217665~~ Make: SKYTRAK Model: 10054 | Ser #: ~~0160087455~~ | | | | | | | |

*412100089   HR OUT: 1000.00 HR CHG;       *GTH101316845

Equipment may have telematics technology enabled.
DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED
CHARGE FOR RE-STARTING SYSTEM

EMISSIONS & ENV SURCHARGE      EMISSIONS                                    58.91
TX SPECIAL INVENTORY TAX       2201000001                                    7.74
Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

### For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com

#### CAREFULLY READ THE TERMS AND CONDITIONS
#### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT.
CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluids); (2) the implementation of voluntary conservation or "green" practices at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the RPP fee, Herc will limit the equipment repair or replacement cost to a deductible of $300 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow-out, bruises, cuts, punctures of other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Digitally signed by
Cynthia Angulano
Date: 2020.04.23
19:54:02 -06'00'

Customer Signature                    Title                    Date

Terms are due upon receipt   Not valid without Barcode

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

# RENTAL CONTRACT

## *HercRentals*™

R.A. No.   **31405255**

Page 1 of 2

| HERC LOCATION:  **403** | BILL TO CUSTOMER:  **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 2-3   *117 MArket*<br>UNNAMED ROAD<br>DEMING, NM 88030<br><br>915-540-4592 |

### DESCRIPTION/CHARGES

| EST START:  4/15/20  12:00 | EST RETURN:  8/21/20  12:00 | DROP DATE:  *4-15-20* |
|---|---|---|
| SHIPPED BY: | ORDERED BY:   ALFONSO GARCIA | DROP TIME:  *4:05 - 4:35* |
| ORDER DATE:   4/15/20 | SALESPERSON:   483 | SALES COORDINATOR: |

POH / JOB#:                                /  1 - ELP 2-3

| Qty. | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | | 8/ | 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | |

800205953  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC6JDJL6091
MI OUT: 12743.60 MIL CHG: .25
Equipment may have telematics technology enabled.
During the period of the rental, the carrier/customer shall identify
the equipment in accordance with the FMCSA's requirements in 49 CFR
and display their identification number issued by FMCSA including DOT,
MC and State Motor Carrier Permits.
This vehicle is registered with ProToll. If used, customer will be
invoiced separately for toll amount plus an administrative fee.
Customer has the option to decline this service by paying toll(s) with
cash or transponder. Customer is responsible for all toll charges,
parking fees, traffic citations, associated fees, and penalties.

| EMISSIONS & ENV SURCHARGE | EMISSIONS | | | 124.20 |
|---|---|---|---|---|
| VEHICLE LICENSING FEE | 3790000001 | 2.50 per day | | 320.00 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 25.000 | 25.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |

CONTINUED

### For GREAT DEALS on USED EQUIPMENT · visit us on-line at HercRentals.com

## CAREFULLY READ THE TERMS AND CONDITIONS
## THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS BLU (BU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds on Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other collision inherent in the use of the Equipment.

Customer is obligated to return the Rental Protection Plan in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

**Terms are due upon receipt   Not valid without Barcode**

Customer Name

Customer Signature                    *4-15-20*                    Date

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

**RENTAL CONTRACT**

# HercRentals™

R.A. No.   **31431596**

Page 1 of 1

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | CAMP RAMSEY<br>NM-9<br>MILE MARKER 62<br>COLUMBUS, NM 88029<br>915-540-4592 |

**DESCRIPTION/CHARGES**

| EST START: **5/01/20  10:00** | EST RETURN: **5/28/20  10:00** | DROP DATE: _____ |
|---|---|---|
| SHIPPED BY: | ORDERED BY: **ALFONZO GARCIA** | DROP TIME: _____ |
| ORDER DATE:   **5/01/20** | SALESPERSON:   **483** | SALES COORDINATOR:  JAMES A. MENCHACA |

PO#/ JOB#:     490-036                       / CAMP RAMSEY

| Qty | Equipment # | Hrs/ Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3400.00 | |

800245417 Make: GENIE Model: GTH-1056  Ser #: GTH10E-13630

HR OUT: 1439.60 HR CHG:

Equipment may have telematics technology enabled.

DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED

CHARGE FOR RE-STARTING SYSTEM

| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | 67.32 |
|---|---|---|---|---|---|---|---|
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | 8.84 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 55.000 | | 55.00 |

3710000001 - TRANS SERVICE SURCHARGE

DELIVERY CHARGE                                                        550.00

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for quality-maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING- For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com

## CAREFULLY READ THE TERMS AND CONDITIONS
## THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE THAT Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with anything else being advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow-out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Terms are due upon receipt   Not valid without Barcode

Customer Name _____        Title _____

Customer Signature _____        Date _____

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

**UPDATE**

# *Herc*Rentals™

R.A. No.   **31540850**

Page 1 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-690-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **CAMP RAMSEY**<br>NM-9<br>MILE MARKER 62<br>COLUMBUS, NM 88029<br>915-540-4592 |

**DESCRIPTION/CHARGES**

**EST START:** 7/01/20  12:00    **EST RETURN:** 7/29/20  12:00    DROP DATE: _____
SHIPPED BY:    **ORDERED BY:** ALFONSO GARCIA    DROP TIME: _____
**ORDER DATE:** 6/30/20    **SALESPERSON:** 483    SALES COORDINATOR:

PO#/ JOB#:    490115      / CAMP RAMSEY

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | |

800203124  Make: SKYTRAK  Model: 10054  Ser #: 0160085969
HR OUT: 1380.00 HR CHG:
Equipment may have telematics technology enabled.
DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED
CHARGE FOR RE-STARTING SYSTEM

| | | | | |
|---|---|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | | 63.36 |
| TX SPECIAL INVENTORY TAX | 2201000001 | | | 8.32 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

**SALES ITEMS:**

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 55.000 | 55.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |

DELIVERY CHARGE          550.00

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (b) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deduction of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____  Title _____

Customer Signature _____  Date _____

**Terms are due upon receipt  Not valid without Barcode**

Carefully read the terms and conditions that appear above and on reverse side of this page.



Show R.A. Number on all Correspondence

# RENTAL CONTRACT

## *Herc*Rentals™

**R.A. No.** 31624663

Page 1 of 1

| HERC LOCATION: **403** | BILL-TO CUSTOMER: **2B98242** | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **ANTELOPE WELLS NM**<br>NM-81<br>MAN CAMP<br>HACHITA, NM 88040<br>915-540-4592 |

### DESCRIPTION/CHARGES

| | |
|---|---|
| **EST START:** 8/14/20  12:00 | **DROP DATE:** 8-14-20 |
| **SHIPPED BY:** | **DROP TIME:** |
| **ORDER DATE:** 8/14/20 | **SALES COORDINATOR:** ADRIAN GONZALEZ |
| **EST RETURN:** 9/11/20  12:00 | |
| **ORDERED BY:** JESSE GUZMAN | |
| **SALESPERSON:** 483 | |

PO#/JOB#:     500013          / ANTELOPE WELLS NM

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | 8/ | 677.00 | 112.83 | 677.00 | 2090.00 | 3790.00 | |
| | 800276593  Make: SKYTRAK  Model: 10042  Ser #: 0160102882 | | | | | | | | |

HR OUT: 411.50 HR CHG:

Equipment may have telematics technology enabled.

| | | | Amount |
|---|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 75.04 |
| TX SPECIAL INVENTORY TAX | 2201000001 | | 9.85 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 65.000 | | 65.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| | DELIVERY CHARGE | | | | 650.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #.

### For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS EXPRESS IS IN LIEU OF ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Customer agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name: Diego Torres

Customer Signature: _____

Title: _____

Date: _____

**Terms are due upon receipt  Not valid without Barcode**

Carefully read the terms and conditions that appear above and on reverse side of this page.



Show R.A. Number on all Correspondence

UPDATE

# HercRentals™

**R.A. No.** 31660872

Page 1 of 1

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | YARBROUGH LAYDOWN<br>631 S YARBROUGH DR<br>EL PASO, TX 79915<br><br>915-540-4592 |

## DESCRIPTION/CHARGES

EST START:   9/02/20  12:00       EST RETURN:  9/30/20  12:00       DROP DATE: _____

SHIPPED BY: _____                ORDERED BY:   JESSE GUZMAN       DROP TIME: _____
ORDER DATE:      9/02/20            SALESPERSON:   476               SALES COORDINATOR:  ADRIAN GONZALEZ

PO#/ JOB#:                          / YARBROUGH LAYDOWN

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | |
| | 800280446  Make: SKYTRAK  Model: 10042  Ser #: 0160103929 | | | | | | | |
| | HR OUT: 39.10 HR CHG: | | | | | | | |
| | Equipment may have telematics technology enabled. | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | | 8.32 |
| | Customer has accepted RPP at a charge of 15.00% of gross rental charges. | | | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 12.500 | | | | | 12.50 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |
| | DELIVERY CHARGE | | | | | | | 125.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period, thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return.  REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel.  TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (1) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (i.e., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____  Title _____

Customer Signature _____  Date _____

**Carefully read the terms and conditions that appear above and on reverse side of this page.**

**Terms are due upon receipt  Not valid without Barcode**

Show R.A. Number on all Correspondence

**UPDATE**

# HERCRentals™

R.A. No.    **31689700**

Page 1 of 1

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | YARBROUGH LAYDOWN<br>631 S YARBROUGH DR<br>EL PASO, TX 79915<br><br>915-540-4592 |

### DESCRIPTION/CHARGES

| EST START: 9/17/20 14:00 | EST RETURN: 10/15/21 14:00 | DROP DATE: _____ |
|---|---|---|
| SHIPPED BY: | ORDERED BY: STEVEN | DROP TIME: _____ |
| ORDER DATE: 9/17/20 | SALESPERSON: 483 | SALES COORDINATOR: ADRIAN GONZALEZ |

PO# / JOB#:                                    / YARBROUGH LAYDOWN

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | |
| | 800275608  Make: SKYTRAK  Model: 10042  Ser #: 0160102444 | | | | | | | | |
| | HR OUT: 672.80 HR CHG: | | | | | | | | |
| | Equipment may have telematics technology enabled. | | | | | | | | |
| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | | | 8.32 |
| | Customer has accepted RPP at a charge of 15.00% of gross rental charges. | | | | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 12.500 | | | | | | 12.50 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |
| | DELIVERY CHARGE | | | | | | | | 125.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

## CAREFULLY READ THE TERMS AND CONDITIONS
## THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

| Customer Name | | Title | **Terms are due upon receipt  Not valid without Barcode** |
|---|---|---|---|
| Customer Signature | | Date | |

Carefully read the terms and conditions that appear above and on reverse side of this page.

# RENTAL CONTRACT

## HercRentals™

Show R.A. Number on all Correspondence

**R.A. No:** 31707444

Page 1 of 1

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB:15.<br>EL PASO, TX 79938 | YARBROUGH LAYDOWN<br>831 S YARBROUGH DR<br>EL PASO, TX 79915<br><br>915-540-4592 |

### DESCRIPTION/CHARGES

**EST START:** 9/28/20  10:00    **EST RETURN:** 10/26/20  10:00    **DROP DATE:** 9-29-20
**SHIPPED BY:**    **DROP TIME:** 7:00
**ORDER DATE:** 9/25/20    **ORDERED BY:** JESSE GUZMAN
**SALESPERSON:** 476    **SALES COORDINATOR:** ADRIAN GONZALEZ

**PO# / JOB#:** 520160    / YARBROUGH LAYDOWN

| Qty | Equipment: # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 690.00 | 115.00 | 690.00 | 2100.00 | 3200.00 | |
| | 800256021 Make: SKYTRAK Model: 10042 Ser #: 0160098934 | | | | | | | |
| | HR OUT: 255.80 HR CHG: | | | | | | | |
| | Equipment may have telematics technology enabled. | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX         2201000001 | | | | | | | 8.32 |
| | Customer has accepted RPP at a charge of 15.00% of gross rental charges. | | | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 12.500 | | | | | 12.50 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |
| | | | | | | | | |
| | DELIVERY CHARGE | | | | | | | 125.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute
period thereafter. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

Jeff Hufford

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY FOR A PARTICULAR PURPOSE. AND (ii) ALL OBLIGATIONS OF THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g. motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and others to help offset the costs and overhead associated with licensing such rental vehicles. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions and both herein and in the RENTAL PROTECTION PLAN GUIDE when Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and holes caused by blow-out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____    Title _____    Terms are due upon receipt  Not valid without Barcode

Customer Signature _____    Date _____

Carefully read the terms and conditions that appear above and on reverse side of this page;



**RENTAL CONTRACT**

# HercRentals™

Show R.A. Number on all Correspondence

R.A. No.   31738778

Page 1 of 2

| HERC LOCATION:  403 | BILL TO CUSTOMER:  2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | YARBROUGH LAYDOWN<br>631 S YARBROUGH DR<br>EL PASO, TX 79915<br><br>915-540-4592 |

## DESCRIPTION/CHARGES

| EST START: 10/12/20 14:00 | EST RETURN: 11/09/20 14:00 | DROP DATE: |
|---|---|---|
| SHIPPED BY: | ORDERED BY:  STEVEN | DROP TIME: |
| ORDER DATE:   10/12/20 | SALESPERSON:   483 | SALES COORDINATOR: |

PO#/JOB#:      520-252          / YARBROUGH LAYDOWN

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | |
| | 800254493  Make: GENIE  Model: GTH-1056  Ser #: GTH10E-13892 | | | | | | | | |
| | HR OUT: 1780.20 HR CHG: | | | | | | | | |
| | Equipment may have telematics technology enabled. | | | | | | | | |
| | DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED | | | | | | | | |
| | CHARGE FOR RE-STARTING SYSTEM | | | | | | | | |
| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | | | 8.32 |
| | Customer has accepted RPP at a charge of 15.00% of gross rental charges. | | | | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 12.500 | | | | | | 12.50 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |

DELIVERY CHARGE                                                            125.00

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds

CONTINUED

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

## CAREFULLY READ THE TERMS AND CONDITIONS
## THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THIS EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS OF THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as funding, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name

Customer Signature                          Title

Edgar M Rivera                              Date

**Terms are due upon receipt  Not valid without Barcode**



Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

## RENTAL CONTRACT

### HercRentals™

R.A. No.    **31738778**

Page 2 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **YARBROUGH LAYDOWN**<br>631 S YARBROUGH DR<br>EL PASO, TX 79915<br><br>915-540-4592 |

### DESCRIPTION/CHARGES

| EST START: 10/12/20  14:00<br>SHIPPED BY:<br>ORDER DATE:       10/12/20 | EST RETURN: 11/09/20  14:00<br>ORDERED BY:     STEVEN<br>SALESPERSON:   483 | DROP DATE:   _____<br>DROP TIME:   _____<br>SALES COORDINATOR:  JAMES A. MENCHACA |
|---|---|---|

PO# / JOB#:        520-252                / YARBROUGH LAYDOWN

| Qty | Equipment # | | Hrs/ | Min | . Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|

less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com

**CAREFULLY READ THE TERMS AND CONDITIONS
THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING
READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR
OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE
IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, DIRECT, INCIDENTAL,
CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT.
CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER
IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to
motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by
Herc to help offset costs and expenses, including overhead, generally associated with the following types of
activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's
business operations such as handling, managing, and/or disposing of waste materials that contain hazardous
substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green"
initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced
emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and
trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF
Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR
GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is
15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the
charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in
accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which
Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying
the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the
repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this
amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes
inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free
of any and all hazardous substances.

Customer Name                                              Title

Customer Signature                                        Date

Carefully read the terms and conditions that appear above and on reverse side of this page.

**Terms are due upon receipt  Not valid without Barcode**



**RENTAL CONTRACT**   **HercRentals**™   R.A. No.   **31753388**

Show R.A. Number on all Correspondence

Page 1 of 1

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS: |
|---|---|---|
| HERC EL PASO 830 PENDALE ROAD EL PASO, TX 79907 915-590-9399 | ULTIMATE CONCRETE LLC 12380 EDGEMERE BLVD 102 PMB 13 EL PASO, TX 79938 | ANTELOPE WELLS NM NM81 Mile marker 79 MAN CAMP HACHITA, NM 88040 915-540-4592 |

## DESCRIPTION/CHARGES:

| EST START: 10/20/20  8:00 | EST RETURN: 11/17/20  8:00 | DROP DATE: 10-19-20 |
|---|---|---|
| SHIPPED BY: ORDER DATE: 10/19/20 | ORDERED BY:  JESSE GUZMAN SALESPERSON:  463 | DROP TIME:  9:30 SALES COORDINATOR: VINCENTE S. GOMEZ |

PO#/JOB#:                    / ANTELOPE WELLS NM

| Qty | Equipment # | Hrs/ | Min. | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 12000LB 55-56FT LIFT ROPS RR4601080 | 0/ | 395.00 | 135.63 | 815.00 | 2960.00 | 6800.00 | |

Equipment may have telematics technology enabled.

| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 128.70 |
|---|---|---|---|
| TX SPECIAL INVENTORY TAX | .2201000001 | | 16.90 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

**SALES ITEMS:**

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1. | TRANS SRVC SURCHARGE | | 85.000 | 85.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| 1. | TRANS SERVICE SURCHARGE | | 10.000 | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| | DELIVERY CHARGE | | | 850.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute period thereafter. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #;

*Century rerent*

For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com

## CAREFULLY READ THE TERMS AND CONDITIONS THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE.

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE; CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE) AND (b) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, diesel, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with its following types of activities: (1) compliance with laws, rules and local environmental rules, regulations and costs relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, if Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deduction of $500 per Item or 10% of the repair or replacement cost, including list, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

| Customer Signature | Title | Terms are due upon receipt. Not valid without Barcode |
|---|---|---|
| Customer Name | Date | |

Carefully read the terms and conditions that appear above and on reverse side of this page.



Show R.A. Number on all Correspondence

RENTAL CONTRACT **HercRentals™** R.A. No. **31804474**

Page 1 of 1

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP C/D 520<br>NM-9<br>COLUMBUS, NM 88029<br>915-540-4592 |

**DESCRIPTION/CHARGES**

EST START: 11/14/20  12:00      EST RETURN: 12/12/20  12:00      DROP DATE: _____

SHIPPED BY: _____      ORDERED BY:    DONLIN      DROP TIME: _____
ORDER DATE:   11/13/20      SALESPERSON:   463      SALES COORDINATOR:  JAMES A. MENCHACA

PO# / JOB#:     480-979          / 1 - ELP C/D 520

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | |

800260263  Make: SKYTRAK  Model: 10042  Ser #: 0160097975
HR OUT: 1921.75 HR CHG:
Equipment may have telematics technology enabled.
EMISSIONS & ENV SURCHARGE      EMISSIONS                               63.36
TX SPECIAL INVENTORY TAX       2201000001                               8.32
  Customer has accepted RPP at a charge of 15.00% of gross rental charges.


SALES ITEMS:

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 65.000 | | 65.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |

  DELIVERY CHARGE                                                      650.00

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute
period thereafter. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.


**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS
THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR POSSESSION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid), (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____  Title _____

Customer Signature _____  Date _____

**Terms are due upon receipt  Not valid without Barcode**

Carefully read the terms and conditions that appear above and on reverse side of this page.



# RENTAL CONTRACT

## HercRentals™

Show R.A. Number on all Correspondence

**R.A. No.** 31841495

Page 1 of 1

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | SANTA TERESA PORT OF ENTRY<br>221 PETE V DOMENICI HWY<br>SANTA TERESA, NM 88008<br><br>915-540-4592 |

### DESCRIPTION/CHARGES

**EST START:** 12/08/20  15:00      **EST RETURN:** 1/05/21  15:00      **DROP DATE:** 12-8-20

**SHIPPED BY:**                      **ORDERED BY:**  STEVEN             **DROP TIME:** 4:25 - 4:45

**ORDER DATE:** 12/08/20             **SALESPERSON:** 463                **SALES COORDINATOR:** JAMES A. MENCHACA

**PO#/JOB#:** 520485        / 1 - SANTA TERESA POR

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ROLLER RIDE-ON PADFT 84IN SNG 11 TON | | 8/ | 695.00 | 117.33 | 704.00 | 1709.00 | 4659.00 | |

800221914  Make: VOLVO  Model: SD115B  Ser #: VCES115BE0S236475

HR OUT: 573.00 HR CHG:

Equipment may have telematics technology enabled.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | | 92.25 |
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | | | 12.11 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

**SALES ITEMS:**

| Qty | Item number | Unit | Price | | | Amount |
|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 20.000 | | | 20.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | |
| | DELIVERY CHARGE | | | | | 200.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute period thereafter. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #.

### For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING, OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluids); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.




12-8-20
Date

Terms are due upon receipt  Not valid without Barcode



Carefully read the terms and conditions that appear above and on reverse side of this page.

RENTAL CONTRACT                **HercRentals**™

Show R.A. Number on all Correspondence

R.A. No.   **31892471**

Page 1 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|

| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>916-307-5554 |

*(handwritten: MM /02   915-996-7319   746-7319)*

### DESCRIPTION/CHARGES

| EST START: 1/13/21  12:00 | EST RETURN: 2/10/21  12:00 | DROP DATE: *01/13/2021* |
|---|---|---|
| SHIPPED BY:<br>ORDER DATE:  1/13/21 | ORDERED BY:  DONLAN<br>SALESPERSON:  483 | DROP TIME: *1:15 PM*<br>SALES COORDINATOR: |

PO#/ JOB#:                              / COLUMBUS POE

| Qty | Equipment # | | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TRAILER WATER 500 GALLON | | | 8/ | 140.00 | 23.33 | 140.00 | 500.00 | 800.00 | |

```
800218263  Make: MULTIQUIP  Model: WT5C   Ser #: 5SLBM1223JL022618
Equipment may have telematics technology enabled.
Equipment may have telematics technology enabled.
This vehicle is registered with ProToll. If used, customer will be
invoiced separately for toll amount plus an administrative fee.
Customer has the option to decline this service by paying toll(s) with
cash or transponder. Customer is responsible for all toll charges,
parking fees, traffic citations, associated fees, and penalties.
```

| EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | 15.84 |
|---|---|---|---|---|---|---|---|
| VEHICLE LICENSING FEE | 3790000001 | 1.50 per day | | | | | 42.00 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 30.000 | | 30.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |

DELIVERY CHARGE                                                     300.00

                                                            CONTINUED

---

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

<u>CAREFULLY READ THE TERMS AND CONDITIONS
THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE</u>

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (1) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; and (b) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR SPECIAL DAMAGES ARISING OUT OF THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (i.e., motor oil, grease, and hydraulic fluid); (2) the implementation of various conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow-out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

*(handwritten signature)* Project Assistant

*(handwritten date)* 01/13/2021

Terms are due upon receipt   Not valid without Barcode

Carefully read the terms and conditions that appear above and on reverse side of this page.



Show R.A. Number on all Correspondence

RENTAL CONTRACT    **HercRentals**™    R.A. No.    31892471

Page 2 of 2

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

## DESCRIPTION/CHARGES

| EST START: 1/13/21 12:00 | EST RETURN: 2/10/21 12:00 | DROP DATE: _____ |
|---|---|---|
| SHIPPED BY: | ORDERED BY:  DONLAN | DROP TIME: _____ |
| ORDER DATE:  1/13/21 | SALESPERSON:  483 | SALES COORDINATOR:  ADRIAN GONZALEZ |

PO#/ JOB#:                          / COLUMBUS POE

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|

```
*** Delivery Instructions ***
Mm 102
donlan
996-7319
```

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #.

For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com

## CAREFULLY READ THE TERMS AND CONDITIONS
## THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

| PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and refers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES. | PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 12% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.<br><br>Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances. |

_Donnellow Guzman    Project Assistant_                Terms are due upon receipt  Not valid without Barcode

_[signature]    01 / 13 / 2021_
Customer                          Date

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

**RENTAL CONTRACT**

# *Herc*Rentals™

**R.A. No.**   **31900520**

Page 1 of 1

| HERC LOCATION:   403 | BILL TO CUSTOMER:   2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | YARBROUGH LAYDOWN<br>631 S YARBROUGH DR<br>EL PASO, TX 79915  *Steve*<br>330-0883<br>915-540-4592 |

**DESCRIPTION/CHARGES**

**EST START:** 1/18/21  12:00     **EST RETURN:** 2/15/21   12     DROP DATE: *1-18-21*
SHIPPED BY:                                    ORDERED BY:    STEVE                  DROP TIME: *1:50 - 2:25*
ORDER DATE:    1/18/21                      SALESPERSON:    463
RENTAL TAX CLAIM: POLLUTION CONT           TAX DOCUMENT #: B20775050600157     SALES COORDINATOR:  ADRIAN GONZALEZ
PO# / JOB#:                                  / YARBROUGH LAYDOWN

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 12000LB 55-56FT LIFT ROPS<br>RR4601080 *(ustop)* | | 8/ | 695.00 | 115.83 | 695.00 | 2500.00 | 4200.00 | |

HR OUT: HR CHG:
Equipment may have telematics technology enabled.
EMISSIONS & ENV SURCHARGE        EMISSIONS                                           83.16
TX SPECIAL INVENTORY TAX         2201000001                                         10.92
Customer has accepted RPP at a charge of 15.00% of gross rental charges.


SALES ITEMS:

| Qty | Item number | Unit | Price | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 15.000 | | | | | | 15.00 |
|  | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | | 10.00 |
|  | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | | |

DELIVERY CHARGE                                                                150.00

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute
period thereafter. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.


**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

## CAREFULLY READ THE TERMS AND CONDITIONS
## THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SOE OF THIS PAGE IS IN LIEU OF ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (B) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

*Michael Rodriguez*
Customer Name

Customer Signature       *1-18-21*       Terms are due upon receipt  Not valid without Barcode
                         Date

**Carefully read the terms and conditions that appear above and on reverse side of this page.**



**SIERRA**
MACHINERY

☐ SHIPPING   ☑ RECEIVING REPORT

☐ PARTS   ☑ SERVICE   ☐ SALES   ☐ RENTAL

CUSTOMER: _Herc Rentals_   DATE: _1/19/21_

CONTACT: _____   TIME: _8:00_

PHONE NO.: _____

FAX NO.: _____

ACCOUNT NO.: _____

☐ RETURN   ☐ NEW EQUIP.   ☐ USED EQUIP.

☐ EXCHANGE   ☐ DEMO   ☑ CUSTOMER EQUIP.

SHIP VIA:   ☐ WILL CALL   ☐ DELIVERY   ☐ OTHER

CARRIER _Herc truck_   FRT BILL _____

VEHICLE PLATE # _____

| Qty | Part No./Model No. | Unit No. | Serial No. | Hr/Odm | Description |
|-----|--------------------|----------|------------|--------|-------------|
| 1 | L110H | | 31508 | 2280 | Wheel Loader |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

COMMENTS: _Brake problems_

_____

_____

CUSTOMER SIGNATURE: X _Gerald Herd_

CUSTOMER NAME (PRINT): X _____

DRIVERS LICENSE: _____   PREPARED BY: _SOB_

UPDATE

**HERC**Rentals™

Show R.A. Number on all Correspondence

R.A. No.   **32042819**

Page 1 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

| EST START: 4/07/21 12:00 | EST RETURN: 5/05/21 8:00 | DROP DATE: |
|---|---|---|
| SHIPPED BY: | ORDERED BY:   DONLEN | DROP TIME: |
| ORDER DATE:   4/07/21 | SALESPERSON:   463 | SALES COORDINATOR: |

PO#/ JOB#:     480-1367          / COLUMBUS POE

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BOOM STRAIGHT 85FT JIB 4WD DSL HIGH CAP | | 8/ | 615.00 | 102.50 | 615.00 | 1550.00 | 3785.00 | |

800275640  Make: GENIE  Model: S-85XC  Ser #: S85XCH-2065
HR OUT: 1385.50 HR CHG:
Certification Training and/or familiarization is available upon
request. Please contact your local Herc Rentals location for more
details.

| EMISSIONS & ENV SURCHARGE | EMISSIONS | 74.94 |
|---|---|---|
| TX SPECIAL INVENTORY TAX | 2201000001 | 9.84 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 35.000 | 35.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| | DELIVERY CHARGE | | | 350.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds

CONTINUED

### For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com

#### CAREFULLY READ THE TERMS AND CONDITIONS
#### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of wastes materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluids); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charges shown above, Lessor agrees to indemnify and hold harmless and defend customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

| _Jaime Esquiva_ | | Title | Terms are due upon receipt   Not valid without Barcode |
|---|---|---|---|
| Customer Name | | | |
| _Jaime Esquiva_ | | Date | |
| Customer Signature | | | |

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

UPDATE

# **HERC**Rentals™

R.A. No.   **32042819**

Page 2 of 2

| HERC LOCATION:  **403** | BILL TO CUSTOMER:  **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **ELP 46**<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

| DESCRIPTION/CHARGES |
|---|

**EST START:**  4/07/21  12:00       **EST RETURN:**  5/05/21  8:00       DROP DATE:  _____

SHIPPED BY:                                    ORDERED BY:   **DONLEN**                 DROP TIME:  _____
ORDER DATE:   4/07/21               SALESPERSON:   463                      SALES COORDINATOR:  ADRIAN GONZALEZ

PO# / JOB#:       480-1367                    / COLUMBUS POE

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|

less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS
THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name  _____        Title  _____        **Terms are due upon receipt   Not valid without Barcode**

Customer Signature  _____        Date  _____

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

# RENTAL CONTRACT

**HERC**Rentals™

**R.A. No.** 32050450

Page 1 of 2

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

**EST START:** 4/10/21  7:00
**SHIPPED BY:**
**ORDER DATE:**  4/09/21

**EST RETURN:** 5/08/21  7:00
**ORDERED BY:**  DONELON GUZMAN
**SALESPERSON:**  463

**DROP DATE:** 4-9-21
**DROP TIME:** 10:2
**SALES COORDINATOR:**

PO# / JOB#:                    / COLUMBUS POE

| Qty | Equipment # | Hrs/ Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 473.00 | 78.83 | 473.00 | 1541.00 | 4200.00 | |

```
800199446  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC3JDJL6095
MI OUT: 19369.00 MIL CHG:.25
Equipment may have telematics technology enabled.
During the period of the rental, the carrier/customer shall identify
the equipment in accordance with the FMCSA's requirements in 49 CFR
and display their identification number issued by FMCSA including DOT,
MC and State Motor Carrier Permits.
This vehicle is registered with ProToll. If used, customer will be
invoiced separately for toll amount plus an administrative fee.
Customer has the option to decline this service by paying toll(s) with
cash or transponder. Customer is responsible for all toll charges,
parking fees, traffic citations, associated fees, and penalties.
```

| | | | |
|---|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 115.92 |
| VEHICLE LICENSING FEE | 3790000001 | 2.50 per day | 70.00 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 45.000 | 45.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (b) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities; (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow-out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____          Title _____          **Terms are due upon receipt**  Not valid without Barcode

Customer Signature _____          Date _____

**Carefully read the terms and conditions that appear above and on reverse side of this page.**

Show R.A. Number on all Correspondence

RENTAL CONTRACT

# **Herc**Rentals™

R.A. No.    32050450

Page 2 of 2

| HERC LOCATION: 403 | BILL TO CUSTOMER: 2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

### DESCRIPTION/CHARGES

EST START: 4/10/21  7:00       EST RETURN: 5/08/21  7:00      DROP DATE: _____

SHIPPED BY: _____                ORDERED BY:  DONELON GUZMAN      DROP TIME: _____

ORDER DATE:    4/09/21                 SALESPERSON:  463                 SALES COORDINATOR:  VINCENTE S. GOMEZ

PO#/JOB#:                          / COLUMBUS POE

| Qty  Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| SALES ITEMS: | | | | | | | | |
| Qty  Item number | Unit | Price | | | | | | |
| DELIVERY CHARGE | | | | | | | | 450.00 |

```
      *** Delivery Instructions ***
      Mile marker 102
```

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (1) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (b) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and overhead associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____    Title _____

Customer Signature _____    Date _____

**Terms are due upon receipt   Not valid without Barcode**

**Carefully read the terms and conditions that appear above and on reverse side of this page.**

Show R.A. Number on all Correspondence

**RENTAL CONTRACT**

# HercRentals™

R.A. No.   **32050450**

Page 1 of 2

| HERC LOCATION:  403 | BILL TO CUSTOMER:  2998242 | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

## DESCRIPTION/CHARGES

EST START:  4/10/21  7:00       EST RETURN:  5/08/21  7:00       DROP DATE: _____

SHIPPED BY:                     ORDERED BY:  DONELON GUZMAN       DROP TIME: _____

ORDER DATE:  4/09/21            SALESPERSON:  463                 SALES COORDINATOR:

PO# / JOB#:                                  / COLUMBUS POE

| Qty | Equipment # | Hrs/ Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 473.00 | 78.83 | 473.00 | 1541.00 | 4200.00 | |

800199446  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC3JDJL6095

MI OUT: 19369.00 MIL CHG: .25

Equipment may have telematics technology enabled.

During the period of the rental, the carrier/customer shall identify

the equipment in accordance with the FMCSA's requirements in 49 CFR

and display their identification number issued by FMCSA including DOT,

MC and State Motor Carrier Permits.

This vehicle is registered with ProToll. If used, customer will be

invoiced separately for toll amount plus an administrative fee.

Customer has the option to decline this service by paying toll(s) with

cash or transponder. Customer is responsible for all toll charges,

parking fees, traffic citations, associated fees, and penalties.

| | | | |
|---|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 115.92 |
| VEHICLE LICENSING FEE | 3790000001 | 2.50 per day | 70.00 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 45.000 | 45.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

## CAREFULLY READ THE TERMS AND CONDITIONS THAT APPEAR ABOVE AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (1) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help defray certain costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____          Title _____

Customer Signature _____          Date _____

**Carefully read the terms and conditions that appear above and on reverse side of this page.**

Terms are due upon receipt  Not valid without Barcode

Show R.A. Number on all Correspondence

**RENTAL CONTRACT**

# *Herc*Rentals™

**R.A. No.**   **32050450**

Page 2 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | ELP 46<br>NM-9<br>31°47'13.9"N 107°02'14.1"W<br>ANTHONY, NM 88021<br>915-307-5554 |

**DESCRIPTION/CHARGES**

**EST START:** 4/10/21  7:00    **EST RETURN:** 5/08/21  7:00    DROP DATE: _____

SHIPPED BY:    ORDERED BY: DONELON GUZMAN    DROP TIME: _____

ORDER DATE:    4/09/21    SALESPERSON: 463    SALES COORDINATOR: VINCENTE S. GOMEZ

PO# / JOB#:    / COLUMBUS POE

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SALES ITEMS: | | | | | | | | | |
| Qty | Item number | Unit | Price | | | | | | |
| | DELIVERY CHARGE | | | | | | | | 450.00 |

```
*** Delivery Instructions ***
Mile marker 102
```

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute period thereafter. Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING AND TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, drivable, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____    Title _____

Customer Signature _____    Date _____

**Terms are due upon receipt  Not valid without Barcode**

Carefully read the terms and conditions that appear above and on reverse side of this page.

Show R.A. Number on all Correspondence

# RENTAL CONTRACT

## HERC Rentals™

**R.A. No.**  32165971

Page 1 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | PORT OF ENTRY<br>NM-11<br>3 MILES WEST OF PORT<br>COLUMBUS, NM 88029<br>915-540-4592 |

### DESCRIPTION/CHARGES

**EST START:** 6/07/21 11:55   **EST RETURN:** 6/12/21 11:55   **DROP DATE:** 6-7-21
SHIPPED BY:   **ORDERED BY:** DONELLON   **DROP TIME:** 9:45 - 5:15
ORDER DATE: 6/07/21   **SALESPERSON:** 463   **SALES COORDINATOR:**
PO#/JOB#:   /PORT OF ENTRY Bad   Soft Drop

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM ARTICULATED 45FT 4WD DSL | 8/ | 282.00 | 47.00 | 282.00 | 732.00 | 1608.00 | |

468450236 Make: GENIE Model: Z-45/25  Ser #: Z452513A45771
HR OUT: 2445.60 HR CHG:
Equipment may have telematics technology enabled.
Equipment may have telematics technology enabled.
Certification Training and/or familiarization is available upon
request. Please contact your local Herc Rentals location for more
details.
Customer is responsible for all damage to baskets and rails, including
but not limited to, bends, kinks, dents, cracks and holes.

| | | | | |
|---|---|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | | 14.49 |
| TX SPECIAL INVENTORY TAX | 2201000001 | | | 1.90 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

**SALES ITEMS:**

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 45.000 | | 45.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| | DELIVERY CHARGE | | | | 450.00 |

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 OF THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF UNLESS IT IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, diesel, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name

Customer Signature      Date   Terms are due upon receipt  Not valid without Barcode

Carefully read the terms and conditions that appear above and on reverse side of this page.



**RENTAL CONTRACT**

**HERC**Rentals™

Show R.A. Number on all Correspondence

R.A. No.   **32165971**

Page 2 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | PORT OF ENTRY<br>NM-11<br>3 MILES WEST OF PORT<br>COLUMBUS, NM 88029<br>915-540-4592 |

DESCRIPTION/CHARGES

| EST START: 6/07/21 11:55 | EST RETURN: 6/12/21 11:55 | DROP DATE: |
|---|---|---|
| SHIPPED BY: | ORDERED BY: DONELLON | DROP TIME: |
| ORDER DATE: 6/07/21 | SALESPERSON: 463 | SALES COORDINATOR: VINCENTE S. GOMEZ |

PO# / JOB#:                          / PORT OF ENTRY

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES, Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name

Customer Signature

*6-7-21*

*Date*

Terms are due upon receipt  Not valid without Barcode

Carefully read the terms and conditions that appear above and on reverse side of this page.



RENTAL CONTRACT

# HERCRentals™

Show R.A. Number on all Correspondence

R.A. No.    **32165971**

Page 1 of 2

| HERC LOCATION:  403 | BILL TO CUSTOMER:  2998242 | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **PORT OF ENTRY**<br>NM-11<br>3 MILES WEST OF PORT<br>COLUMBUS, NM 88029<br>915-540-4592 |

### DESCRIPTION/CHARGES

| EST START:  6/07/21  11:55 | EST RETURN:  6/12/21  11:55 | DROP DATE: |
|---|---|---|
| SHIPPED BY:<br>ORDER DATE:        6/07/21 | ORDERED BY:      DONELLON<br>SALESPERSON:    463 | DROP TIME:<br>SALES COORDINATOR: |

PO#/JOB#:                    / PORT OF ENTRY

| Qty | Equipment # | Hrs/<br>8/ | Min<br>282.00 | Hour<br>47.00 | Day<br>282.00 | Week<br>732.00 | 4 Week<br>1608.00 | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM ARTICULATED 45FT 4WD DSL | | | | | | | |

468450236  Make: GENIE Model: Z-45/25  Ser #: Z452513A45771

HR OUT: 2445.60 HR CHG:

Equipment may have telematics technology enabled.

Equipment may have telematics technology enabled.

Certification Training and/or familiarization is available upon

request. Please contact your local Herc Rentals location for more

details.

Customer is responsible for all damage to baskets and rails, including

but not limited to, bends, kinks, dents, cracks and holes.

| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 14.49 |
|---|---|---|---|
| TX SPECIAL INVENTORY TAX | 2201000001 | | 1.90 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 45.000 | | 45.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |

DELIVERY CHARGE                                                                           450.00

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

<u>CAREFULLY READ THE TERMS AND CONDITIONS</u>
<u>THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE</u>

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds on Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to mobile vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____

Customer Signature _____

Date  6-7-21

Terms are due upon receipt  Not valid without Barcode

Carefully read the terms and conditions that appear above and on reverse side of this page.



Show R.A. Number on all Correspondence

**RENTAL CONTRACT**    **_Herc_Rentals™**    R.A. No.    **32165971**

Page 2 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **PORT OF ENTRY**<br>NM-11<br>3 MILES WEST OF PORT<br>COLUMBUS, NM 88029<br>915-540-4592 |

**DESCRIPTION/CHARGES**

| **EST START:** 6/07/21 11:55 | **EST RETURN:** 6/12/21 11:55 | DROP DATE: _6°7-21_ |
|---|---|---|
| **SHIPPED BY:** | **ORDERED BY:** DONELLON | DROP TIME: _4:15_ |
| **ORDER DATE:** 6/07/21 | **SALESPERSON:** 463 | SALES COORDINATOR: VINCENTE S. GOMEZ |

PO#/ JOB#:                           / PORT OF ENTRY

| Qty | Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|---|

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends·more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time.  Wait time is $20 for each 20-minute
period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at  HercRentals.com**

<u>CAREFULLY READ THE TERMS AND CONDITIONS</u>
<u>THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE</u>

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING
READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR
OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE
IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL,
CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT.
CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER
IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to
motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by
Herc to help offset costs and expenses, including overhead, generally associated with the following types of
activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's
business operations such as handling, managing, and/or disposing of waste materials that contain hazardous
substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green"
initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced
emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and
trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF
Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR
GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is
15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the
charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in
accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which
Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying
the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the
repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this
amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes
inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free
of any and all hazardous substances.

Customer Name _____    _6-7-21_    **Terms are due upon receipt  Not valid without Barcode**

Customer Signature _____    Date

**Carefully read the terms and conditions that appear above and on reverse side of this page.**



Show R.A. Number on all Correspondence

# RENTAL CONTRACT

** COPY ** **HERCRentals**™

**R.A. No.** 32213482

Page 1 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **BEHIND LANDFILL ALONG FENCE**<br>1000 CAMINO REAL BLVD<br>SUNLAND PARK, NM 88063<br><br>915-822-4454 |

## DESCRIPTION/CHARGES

| | | |
|---|---|---|
| **EST START:** 6/30/21  8:00 | **EST RETURN:** 7/28/21  8:00 | **DROP DATE:** 6·30·21 |
| **SHIPPED BY:** | **ORDERED BY:** DONALEN | **DROP TIME:** 8·35 8:05 |
| **ORDER DATE:** 6/29/21 | **SALESPERSON:** 463 | **SALES COORDINATOR:** |

PO# / JOB#:                    / 1 - BEHIND LANDFILL

| Qty | Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | |

800210781 Make: SKYTRAK Model: 10054  Ser #: 0160086821
HR OUT: 2809.50 HR CHG:
Equipment may have telematics technology enabled.
DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED
CHARGE FOR RE-STARTING SYSTEM
Certification Training is available for this equipment. Please contact
your local Herc Rentals location for more details.

| | | | |
|---|---|---|---|
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 63.36 |
| TX SPECIAL INVENTORY TAX | 2201000001 | | 8.32 |

Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | | Amount |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE<br>3710000001 - TRANS SERVICE SURCHARGE | | 17.500 | | 17.50 |
| 1 | TRANS SRVC SURCHARGE<br>3710000001 - TRANS SERVICE SURCHARGE | | 10.000 | | 10.00 |
| | DELIVERY CHARGE | | | | 175.00 |

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to
unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute
CONTINUED

## For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING
READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR
OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE
IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL,
CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT.
CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER
IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF THE CUSTOMERS USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of certain technology in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____

6·30·21
Date

Terms are due upon receipt  Not valid without Barcode

Customer Signature _____

Carefully read the terms and conditions that appear above and on reverse side of this page.



Show R.A. Number on all Correspondence

RENTAL CONTRACT

** COPY ** **HercRentals**™

R.A. No.  **32213482**

Page 2 of 2

| HERC LOCATION: **403** | BILL TO CUSTOMER: **2998242** | SHIPPING ADDRESS |
|---|---|---|
| HERC EL PASO<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | ULTIMATE CONCRETE LLC<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | BEHIND LANDFILL ALONG FENCE<br>1000 CAMINO REAL BLVD<br>SUNLAND PARK, NM 88063<br><br>915-822-4454 |

### DESCRIPTION/CHARGES

| EST START: 6/30/21  8:00 | EST RETURN: 7/28/21  8:00 | DROP DATE: 6-30-21 |
|---|---|---|
| SHIPPED BY:<br>ORDER DATE: 6/29/21 | ORDERED BY: DONALEN<br>SALESPERSON: 463 | DROP TIME: 7:35 - 8:05<br>SALES COORDINATOR: VINCENTE S. GOMEZ |

PO# / JOB#:                / 1 - BEHIND LANDFILL

| Qty  Equipment # | | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|---|

period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

#### CAREFULLY READ THE TERMS AND CONDITIONS
#### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THIS EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name _____

Customer Signature _____

Date: 6-30-21

Terms are due upon receipt  Not valid without Barcode

**Carefully read the terms and conditions that appear above and on reverse side of this page.**

Show R.A. Number on all Correspondence

**RENTAL CONTRACT**

\*\* COPY \*\* **HercRentals**™

R.A. No.    **32213482**

Page 1 of 2

| HERC LOCATION:  **403** | BILL TO CUSTOMER:  **2998242** | SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **BEHIND LANDFILL ALONG FENCE**<br>1000 CAMINO REAL BLVD<br>SUNLAND PARK, NM 88063<br><br>915-822-4454 |

**DESCRIPTION/CHARGES**

**EST START:** 6/30/21   8:00        **EST RETURN:** 7/28/21   8:00        DROP DATE: 6-30-21

SHIPPED BY:                        ORDERED BY:   DONALEN        DROP TIME: 6.35

ORDER DATE:   6/29/21        SALESPERSON:   463        SALES COORDINATOR:

PO#/JOB#:                    / 1 - BEHIND LANDFILL

| Qty | Equipment # | Hrs/ Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | |

800210781 Make: SKYTRAK Model: 10054 Ser #: 0160086821

HR OUT: 2809.50 HR CHG:

Equipment may have telematics technology enabled.

DO NOT RUN EQUIPMENT OUT OF DIESEL FUEL; ADDED

CHARGE FOR RE-STARTING SYSTEM

Certification Training is available for this equipment. Please contact

your local Herc Rentals location for more details.

EMISSIONS & ENV SURCHARGE       EMISSIONS                          63.36

TX SPECIAL INVENTORY TAX       2201000001                        8.32

   Customer has accepted RPP at a charge of 15.00% of gross rental charges.

SALES ITEMS:

| Qty | Item number | Unit | Price | | |
|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 17.500 | | 17.50 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | |

DELIVERY CHARGE                                            175.00

TRANSPORTATION-DRIVER WAIT TIME is charged if a driver spends more than 20 minutes waiting to

unload/load Equipment after scheduled delivery/pickup time. Wait time is $20 for each 20-minute

                                                            CONTINUED

**For GREAT DEALS on USED EQUIPMENT - visit us on-line at HercRentals.com**

**CAREFULLY READ THE TERMS AND CONDITIONS**
**THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE**

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL LIABILITIES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OWNERSHIP, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be changed from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name

6-30-21        ✓ Terms are due upon receipt  Not valid without Barcode

Date





Customer Signature

**Carefully read the terms and conditions that appear above and on reverse side of this page.**

Shown R.A. Number on all Correspondence

## RENTAL CONTRACT

** COPY ** **HercRentals**™

R.A. No.   **32213482**

Page 2 of 2

| HERC LOCATION:  **403** | BILL TO CUSTOMER:  **2998242** | · SHIPPING ADDRESS |
|---|---|---|
| **HERC EL PASO**<br>830 PENDALE ROAD<br>EL PASO, TX 79907<br>915-590-9399 | **ULTIMATE CONCRETE LLC**<br>12380 EDGEMERE BLVD 102 PMB 13<br>EL PASO, TX 79938 | **BEHIND LANDFILL ALONG FENCE**<br>1000 CAMINO REAL BLVD<br>SUNLAND PARK, NM 88063<br><br>915-822-4454 |

### DESCRIPTION/CHARGES

| **EST START:**  6/30/21   8:00<br>SHIPPED BY:<br>ORDER DATE:      6/29/21 | **EST RETURN:**  7/28/21   8:00<br>ORDERED BY:       **DONALEN**<br>SALESPERSON:      463 | DROP DATE: *6·30·21*<br>DROP TIME: *7:35*<br>SALES COORDINATOR:  VINCENTE S. GOMEZ |
|---|---|---|

PO# / JOB#:                             / 1 - BEHIND LANDFILL

| Qty   Equipment # | Hrs/ | Min | Hour | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|

period thereafter.  Customer is responsible for daily maintenance, fuel, damages, and cleaning fees
if Equipment is not cleaned before return. REFUELING-For Equipment valued less than $5,000 and holds
less than 3 GAL when full, we assume that 0.6 GAL are needed to refuel. TO END RENTAL CHARGES,
Customer must call the branch to get a release #.

**For GREAT DEALS on USED EQUIPMENT · visit us on-line at   HercRentals.com**

### CAREFULLY READ THE TERMS AND CONDITIONS
### THAT APPEAR BELOW AND ON REVERSE SIDE OF THIS PAGE

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (ii) ALL OBLIGATIONS ON THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc; and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time at Herc's discretion. THESE SURCHARGES ARE NOT TAXES OR GOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is 15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before docking whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow-out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

Customer Name

Customer Signature

Date *6-30-21*

**Terms are due upon receipt  Not valid without Barcode**

Carefully read the terms and conditions that appear above and on reverse side of this page.



## CAREFULLY READ THE TERMS AND CONDITIONS THAT APPEAR BELOW

THE EQUIPMENT (DEFINED BELOW) IS RENTED BY HERC RENTALS INC. (HERC) TO THE CUSTOMER PURSUANT TO THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF. CUSTOMER REPRESENTS HAVING READ AND AGREED TO SAME, INCLUDING THE TERMS IMMEDIATELY BELOW.

NOTWITHSTANDING PAYMENT OF THE RPP FEE, CUSTOMER IS LIABLE FOR ALL DAMAGES TO THE EQUIPMENT, AND ANY ADMINISTRATIVE FEES AND EXPENSES OF HERC, CAUSED BY THE EQUIPMENT BEING USED OR OPERATED IN VIOLATION OF THE TERMS AND CONDITIONS HEREOF, OR IN VIOLATION OF THE RENTAL PROTECTION PLAN GUIDE.

PARAGRAPH 12 ON THE REVERSE SIDE OF THIS PAGE IS IN LIEU OF (I) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; AND (II) ALL OBLIGATIONS OR THE PART OF HERC TO CUSTOMER FOR DAMAGES, INCLUDING, BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTAL, MAINTENANCE, USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT. CUSTOMER REPRESENTS THAT CUSTOMER HAS FULLY INSPECTED THE EQUIPMENT AND THAT EXCEPT FOR ANY ISSUES UNDER SECTION 12 HEREOF SAME IS IN GOOD CONDITION AND REPAIR AND THAT CUSTOMER IS LIABLE FOR ALL VIOLATIONS OF LAW ARISING OUT OF CUSTOMER'S USE, POSSESSION OR OPERATION OF THE EQUIPMENT.

PLEASE BE AWARE that Herc adds an Emissions and Environmental Surcharge ("EES") with respect to motorized, electric, hydraulic, combustion engine and pneumatic powered rental equipment. EES is a charge by Herc to help offset costs and expenses, including overhead, generally associated with the following types of activities: (1) compliance with federal, state and local environmental laws, regulations and rules relating to Herc's business operations such as handling, managing, and/or disposing of waste materials that contain hazardous substances (e.g., motor oil, grease, and hydraulic fluid); (2) the implementation of voluntary conservation or "green" initiatives at Herc and (3) the acquisition and use of vehicles in Herc's business with engines using advanced emission control technologies. Herc also adds a Vehicle Licensing Fee ("VLF") with respect to rental vehicles and trailers to help offset the costs and overhead associated with licensing and registering such items. EES and VLF Surcharges may be charged from time to time and Herc's discretion. THESE SURCHARGES ARE NOT TAXES OGOVERNMENT MANDATED CHARGES.

PLEASE BE AWARE THAT THE RENTAL PROTECTION PLAN (RPP) IS NOT INSURANCE. The Charge for RPP is15% of gross rental charges. Customer may accept or decline RPP. If Customer accepts RPP, in consideration of the charge shown above, Lessor agrees to waive certain claims against customer for loss of or damage to Equipment, in accordance with the terms and conditions set forth herein and in the RENTAL PROTECTION PLAN GUIDE which Customer should review before deciding whether to purchase RPP. By accepting the Rental Protection Plan and paying the additional fee, Herc will limit the equipment repair or replacement cost to a deductible of $500 per item or 10% of the repair or replacement cost, including tax, whichever is less. You are responsible for any loss or damage up to this amount. RPP does NOT cover damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment.

Customer is obligated to return the Equipment in a good, clean, and uncontaminated condition, free of any and all hazardous substances.

This Agreement ("Agreement") is for the rental of the equipment described on the other side of this page ("Front"), including all parts of and accessories to such equipment ("Equipment"). This Agreement is between the customer identified on the Front ("Customer" or "You") and Herc Rentals Inc. ("Herc"). Both parties acknowledge that this Agreement consists of the terms written or printed on both sides of this page.

1. NATURE OF THIS AGREEMENT. This Agreement is solely for the purpose of creating a rental transaction, which allows Customer to use the Equipment as permitted by this Agreement. CUSTOMER REPRESENTS THAT THE EQUIPMENT IS TO BE USED SOLELY AND EXCLUSIVELY FOR BUSINESS OR COMMERCIAL PURPOSES. The Equipment is owned by Herc. Customer acknowledges that no one other than Herc may transfer or assign the Equipment or any rights or obligations under this Agreement. Neither Customer nor any Additional Operators (as defined below) are agents of Herc. No one may repair or alter the Equipment without Herc's prior written approval. Customer will not suffer any liens or encumbrances to attach to the Equipment and will defend, indemnify and hold Herc harmless from all loss, liability, and expense by reason thereof.

2. WHO MAY OPERATE THE EQUIPMENT. Only Customer and the following persons with Customer's permission ("Authorized Operators") may operate the Equipment: Customer's employer, employees, fellow employees in the course of such employee's regular employment, or persons approved by Herc in writing. Customer and all Authorized Operators must: be at least 26 years old to operate a motor vehicle, 21 years old for all other Equipment; be properly qualified to operate the Equipment; and have a valid operator's license with respect to the Equipment where required by law. Customer is responsible for any person that operates, uses, stores or moves the Equipment regardless of whether that person is an Authorized Operator.

3. RENTAL CHARGES. Customer will pay Herc on demand at the Herc branch designated on the Front ("Branch") or to the address and by the date specified in the applicable invoice, all rental, time, mileage, service, transportation, refueling service, surcharges and other charges and taxes in accordance with this Agreement, all sales and use taxes or tax reimbursement imposed with respect to the Equipment and this Agreement, and all expenses, including reasonable attorney's fees incurred in collecting same. Customer will also pay to Herc on demand at the Herc Branch the VLF Surcharge described on the Front. Customer understands that such charges will reimburse Herc for a portion of the registration or licensing fees and ad valorem taxes that Herc paid in Herc's prior fiscal year to the state in which such Herc Branch is located and to local governments and other taxing authorities located in such state. Customer further understands that unless otherwise required by applicable law, such charges may be determined by Herc on the basis of the revenues Herc receives or estimates it will receive in such state and the total registration or licensing fees and ad valorem taxes that Herc pays or estimates it will pay to such state, local governments and other taxing authorities. The basic daily, weekly and 4 week rental rates will entitle Customer to a maximum of one shift use (i.e., a maximum of 8 hours per day; 40 hours per week; 160 hours per 4 weeks). Use in excess of one shift will be payable at the hourly rate of 1/16th on the daily charge (for a daily rental), 1/60th of the weekly charge (for a weekly rental) and 1/220th of the 4 week charge (for a 4 week rental), plus applicable taxes. All charges are subject to (a) final audit by Herc. Herc will have a lien as allowed by law for all charges incurred hereunder upon the premises and improvements upon which the Equipment is employed. Rentals are F.O.B. the Herc Branch unless otherwise specified. Shipping charges from such Branch to the Customer's destination and return and all loading, unloading, assembling and dismantling will be paid by Customer. All rates for rentals in excess of 4 weeks are subject to change on thirty (30) days' notice in writing to the Customer with respect to any portion of the rental period then remaining. By executing this Agreement and accepting the Equipment pursuant to Section 12 hereof, the Customer accepts and agrees to pay all rental and other charges specified herein and on the Front hereof. Charges not paid on time, as required by this Agreement, may be subject to a late payment fee as provided in this Agreement. Customer may also be charged a reasonable fee for any check used for payment hereunder that is returned unpaid.

4. CUSTOMER'S RESPONSIBILITIES. Customer is responsible to Herc for all loss or damage to the Equipment, and for its return in the same condition, less normal wear and tear, except for ordinary wear. Such responsibility is limited to the full value of the Equipment at the time it is lost or damaged, less its salvage value, plus any administrative fees and Herc's related expenses, such as loss of use, appraisal fees or recovery costs ("Full Value"). The Equipment must be returned to Herc at the renting Herc Branch by the Due Date specified on the Front, or sooner if demanded by Herc. Customer acknowledges that it must confirm Herc receipt of the Equipment by Herc at the expiration or earlier termination of this rental. Until such time as Herc receives actual possession of the Equipment, Customer agrees to hold said Equipment in a safe and secure manner. The Equipment will be used solely in Customer's business and kept only at Customer's place of business or the job site at which the Equipment is used, and will not be moved without the prior written consent of Herc. The Equipment will be used and operated in accordance with the manufacturer's instructions within its rated capacity. Customer will perform or cause to be performed and pay for all normal periodic and other basic service, adjustments and lubrication of the Equipment, including but not limited to: checking of the Equipment before each shift; checking and maintaining crankcase, transmission, cooling and fluid systems daily; and checking tire pressure and battery fluid and change levels weekly. If the Equipment fails to operate properly or becomes in need of repair, Customer will immediately cease using same and will immediately notify Herc. Customer will record and supply to Herc at expiration or earlier termination of this Agreement, fuel receipts and driver trip records containing mileage breakdown by state. Failure to comply with the foregoing fuel and mileage requirements will entitle Herc to $.05 per unrecorded mile as additional rent hereunder, which Customer hereby agrees to pay.

5. RISK OF LOSS. All loss of or damage to the Equipment from any cause whatsoever while on rental or in Customer's or Authorized Operator's care, custody or control, whether exclusive or not, and whether or not due to the fault of Customer, including, but not limited to, fire, flood, theft, comprehensive losses, collision and rollover, and Acts of God, will be the sole responsibility of Customer and will be paid to Herc promptly upon Customer's receipt of an invoice therefor. Such responsibility is limited to the full value of the Equipment at the time it is lost or damaged, less its salvage value, plus an administrative fee and Herc's related expenses, such as loss of use, appraisal fees or recovery costs. THE COST OF LABOR FOR REPAIRS WILL BE EITHER HERC'S THEN PREVAILING HOURLY RATE FOR LABOR, POSTED AT THE HERC BRANCH WHERE THE EQUIPMENT IS TO BE REPAIRED, OR THE REPAIRER'S HOURLY RATE FOR LABOR CHARGED TO HERC FOR REPAIRS AS THE CASE MAY BE. PARTS WILL BE CHARGED AT HERC'S COST PLUS A RETAIL MARKUP. Uses of the Equipment by persons other than Customer or Authorized Operators will be at Customer's sole risk.

6. EVENTS OF DEFAULT. Customer shall be in default of this Agreement if Customer fails to pay any rent when due or if Customer breaches any of the other terms of this Agreement, or if Customer becomes insolvent or ceases to do business as a going concern, or if a petition in bankruptcy is filed by or against Customer, or if Customer is in default pursuant to the provisions of any other agreement by and between Customer and Herc. Customer will further be deemed to be in default if the Equipment is obtained from Herc through fraud or misrepresentation or is used: (A) in violation of any law or ordinance; (B) in a reckless, negligent or abusive manner, or is intentionally damaged by Customer or with Customer's permission; (C) in violation of Paragraph 4 above, or (D) in any fashion or manner for which the Equipment was not designed or beyond the manufacturer's rated capacity for the Equipment.

7. REMEDIES OF HERC. In case of default by Customer, or if Herc deems itself insecure, Herc may, but is not required to, peaceably enter the premises where the Equipment is located and render it inoperative or remove same with or without process of law and without any notice or liability to Customer. Customer hereby waives any right to any hearing or to receive any notice of legal process, as a pre-condition for Herc recovering the Equipment. Customer agrees to permit such entry and action by Herc. In such case Herc may also terminate this Agreement without notice to Customer or prejudice to any remedies or claims which Herc might otherwise have for rent, expense of retaking, court costs and reasonable attorneys' fees. Customer will remain liable for the Equipment or for any loss or injury to the Equipment, notwithstanding such termination. Herc shall have the right to issue and circulate theft notices, cause warrants to be issued and take any other steps which Herc may reasonably deem necessary to recover the Equipment, if the Equipment is not returned on the date specified on the Front or sooner as permitted by the terms of this Agreement. The remedies provided herein in favor of Herc are not exclusive but shall be cumulative and in addition to all other remedies existing at law or in equity, any one or more of which may be exercised simultaneously or successively.

8. RENTAL PROTECTION PLAN. NOTE: The "Rental Protection Plan" option ("RPP") is not insurance; it is an option that Herc offers You to limit Your liability for loss or damage to the Equipment that You have rented from Herc. If You do not accept RPP when offered by Herc, You are responsible to cover the Equipment with insurance as set forth below and pay to Herc the full Value of the Equipment at the time it is lost or damaged. The benefit from this RPP is limited by the deductible and excludes the specific conditions or events shown in subparagraph (b).

(a) If You comply with this Agreement, including the provisions of paragraphs 2 and 3, and if Herc in its discretion has offered to You, and You have accepted, RPP, then Herc agrees to waive, to the extent specified in this paragraph 8, Your responsibility for loss of or damage to the Equipment to the extent that it exceeds the deductible shown on the Rental Record. You are responsible under this Agreement for the loss of or damage to the Equipment up to the amount of the "deductible" for the RPP. This may change if You extend or shorten the duration of Your rental or if You add equipment to the rental. You can only accept RPP at or prior to the beginning of the Rental Term.

NOTWITHSTANDING ANY NOTATION ON THE RENTAL RECORD, RPP IS NOT OFFERED ON OR AVAILABLE FOR THE RENTAL OF A PASSENGER MOTOR VEHICLE
(b)NOTWITHSTANDING YOUR ACCEPTANCE OF RPP, YOUR RESPONSIBILITY FOR LOSS OR DAMAGE WILL NOT BE LIMITED BY SUBPARAGRAPH (a) TO THE EXTENT SUCH
LOSS OR DAMAGE RESULTS FROM AN AUTHORIZED OPERATOR'S OR ANY PERSON'S NEGLIGENCE OR FROM:
(i) striking an overhead object with the Equipment;
(ii) vandalism, malicious mischief, theft or conversion of the Equipment, unless an Authorized Operator promptly files with the applicable public authorities (and promptly provides to
Hero) a formal written theft, vandalism or conversion report;
(iii) leaving keys, if any, in the Equipment while that Equipment is not locked or otherwise secured, regardless of whether or not a report was filed pursuant to paragraph 8(b)(ii);
(iv) exposure to corrosive materials;
(v) overloading of a boom, exceeding rated capacity of equipment;
(vi) Your failure to perform any of Your obligations under this Agreement, including those set forth in paragraphs 2 and 4.
(vii) damage for the acts of God, such as floods, wind, storms or earthquakes;
(viii)Damage to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment;
(ix) Damage to motor vehicles without a police report; or
(x) Damage to passenger vehicles such as SUV's or vans.
(c) In the event of loss or damage to the Equipment, You are required to cooperate with Hero's investigation of any incident involving the Equipment, and complete an RPP incident report.
(d) RPP IS OPTIONAL, AND YOU NEED NOT ACCEPT IT IF HERO OFFERS IT TO YOU. TO THE EXTENT HERO DOES NOT OFFER RPP TO YOU, OR YOU DO NOT ACCEPT RPP, YOU MUST
MAINTAIN THE INSURANCE COVERAGE
REQUIRED BY PARAGRAPH 9(b). If You elect to maintain insurance coverage, and the certificate of insurance you provide to Hero to evidence your insurance coverage is unacceptable to
Hero or the applicable policies expire, You agree that Hero may charge RPP for your rentals until such time as You provide an acceptable and valid certificate of insurance and such matters
are corrected to Hero's reasonable satisfaction.

9. INSURANCE. (a) Liability Insurance for Injury/Damage to Third Parties - Customer will, at its own expense and at all times during the term of this Agreement, maintain in force applicable
liability insurance policies as described below, each of which shall include, at a minimum, limits of liability written on a combined single limit basis of not less than $1,000,000 per
occurrence; (1) for Equipment rental not including motor vehicles, a Commercial General Liability Insurance Policy which must include contractual liability coverage; and (2) if the
Equipment rental includes motor vehicles, a Business Automobile Liability Insurance Policy which must include coverage for non-owned motor vehicles. In the states of Arizona, Maryland,
Massachusetts, Michigan, Minnesota and West Virginia, coverage provided by the Customer's Business Automobile Liability Insurance Policy shall be excess of owner's liability
protection as provided by Hero on a primary basis, with such protection not to exceed the minimum limits required by the automobile financial responsibility laws of the applicable state
noted above. Such protection will conform to the basic requirements of the applicable No Fault law. BUT DOES NOT INCLUDE UNINSURED/UNDERINSURED MOTORIST;
SUPPLEMENTARY NO FAULT OR ANY OTHER OPTIONAL COVERAGE. TO THE EXTENT PERMITTED BY
LAW, HERO AND CUSTOMER REJECT THE INCLUSION OF ANY SUCH COVERAGE. If such coverage is imposed by operation of law, then the limits of such coverage will be the minimum
required by the law of the applicable state noted above.
(b) Property Insurance/Physical Damage Insurance (Hero Equipment) - If RPP is not offered by Hero to You, or You do not accept RPP, You will, at Your own expense and at all times
during the term of this Agreement, maintain in force Property Insurance/Physical Damage Insurance in an amount adequate to cover any damage to, or loss of, the Equipment being
rented under this Agreement. Your policies must expressly provide coverage for non-owned Equipment, including motor vehicles (if applicable), while in Your care, custody and control.
(c) Evidence of Coverage - You will, on demand, furnish Hero with a Certificate of Insurance evidencing the applicable coverages more fully described in subparagraphs (a) and (b) just
above. Such certificate(s) shall be endorsed to provide that the applicable insurance policies may not be canceled or materially modified except on thirty (30) days prior written notice to
Hero at the Hero branch identified on the Front.

10. INDEMNIFICATION. For and in additional consideration of providing the Equipment herein, CUSTOMER WILL DEFEND, INDEMNIFY AND HOLD HARMLESS HERO, ITS SUBSIDIARIES,
PARENT COMPANY AND ITS AND THEIR OFFICERS, AGENTS AND EMPLOYEES, FROM AND AGAINST ALL LOSS, LIABILITY, CLAIM, ACTION OR EXPENSE, INCLUDING REASONABLE
ATTORNEYS' FEES, BY REASON OF BODILY INJURY, INCLUDING DEATH, AND PROPERTY DAMAGE, SUSTAINED BY ANY PERSON OR PERSONS, INCLUDING BUT NOT LIMITED TO
EMPLOYEES OF CUSTOMER, AS A RESULT OF THE MAINTENANCE, USE, POSSESSION, OPERATION, ERECTION
DISMANTLING, SERVICING OR TRANSPORTATION OF THE EQUIPMENT OR MOTOR VEHICLE OR CUSTOMER'S FAILURE TO COMPLY WITH THE TERMS OF THIS AGREEMENT, EVEN IF
SUCH LIABILITY RESULTS IN ANY PART FROM THE ORDINARY NEGLIGENCE OF HERO, ITS OFFICERS, AGENTS OR EMPLOYEES. CUSTOMER WILL, AT ITS EXPENSE, COMPLY WITH
ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS AFFECTING THE EQUIPMENT AND ITS USE, OPERATION, ERECTION, DESIGN AND TRANSPORTATION, INCLUDING
WITHOUT LIMITATION, LICENSING AND BUILDING CODE REQUIREMENTS AND WILL DEFEND, INDEMNIFY AND HOLD HERO HARMLESS FROM ALL LOSS, LIABILITY OR EXPENSE
RESULTING FROM ACTUAL OR ALLEGED VIOLATIONS OF ANY SUCH LAWS, REGULATIONS OR REQUIREMENTS.

11. NOTICE OF LOSS OR ACCIDENT. In the event of an accident, loss of, theft of, or damage to the Equipment, Customer agrees to notify Hero as soon as possible by telephone and,
thereafter, to immediately report in writing to Hero and to the public authorities (where required by law or by Hero) all necessary information relating to the loss or accident.

12. CONDITION OF THE EQUIPMENT. Customer acknowledges having examined the Equipment upon its delivery to Customer. The Equipment shall be deemed to be accepted by Customer
upon delivery and subject to the terms and conditions of this Agreement if Customer does not notify Hero in writing within 48 hours of delivery of the Equipment of any problem with the
Equipment. If, during Customer's possession of the Equipment, it is found by Customer not to be in good mechanical condition, as a result of conditions not the responsibility of Customer,
nor caused by the fault or negligence of Customer or Customer's employees or agents, Customer will so notify Hero, whereupon Hero will then, at its option and without any other liability
or responsibility to Hero to Customer; (a) repair or suitably replace the Equipment within a reasonable time during Hero's normal working hours, with the commencement or running of the
terms of this Agreement to be tolled for the period the Equipment is "down"; or (b) remove the Equipment and terminate this Agreement and refund payments of rental charges, if any, for
the unexpired term of the Agreement, less whatever is due Hero for damage to or maintenance of Equipment which is the responsibility of Customer. Customer agrees to provide full access
to the Equipment to Hero's representatives so as to enable Hero to meet its responsibilities hereunder.

THE FOREGOING IS IN LIEU OF (i) ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND
THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, AND OF (ii) ALL OBLIGATIONS OR LIABILITIES ON THE PART OF HERO TO CUSTOMER FOR DAMAGES,
INCLUDING BUT NOT LIMITED TO, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE RENTING, MAINTENANCE,
USE, OPERATION, STORAGE, ERECTION, DISMANTLING OR TRANSPORTATION OF THE EQUIPMENT.

13. LATE PAYMENT FEE. Should Customer fail to pay any invoice to Hero in accordance with the terms of such invoice, Customer will pay a late payment fee to Hero on such delinquent
payment until fully paid, at the maximum rate allowed by the laws of the jurisdiction in which the Hero location specified on the Front is located.

14. FUELING SERVICE CHARGE. Hero agrees to provide the Equipment to Customer with full fuel tanks. Customer agrees to return the Equipment with full fuel tank(s). If Customer
returns the Equipment with the fuel tank(s) less than full, Customer will pay to Hero a sum equal to Hero's then applicable refueling service charge posted at Hero's location where the
Equipment is returned for the number of gallons required to refill the tank(s) at the time of return.

15. MERGER/MODIFICATION/SEVERABILITY. This Agreement expresses the entire agreement between the parties with respect to the subject matter hereof. No modification or alteration of
the terms hereof will be effective as against Hero unless same is in writing and signed by a duly authorized officer of Hero. Customer's execution of this Agreement and acceptance of the
Equipment in accordance with Section 12 hereof shall constitute Customer's acceptance of all of the terms and conditions contained herein, and the exclusion of any terms and conditions
otherwise stated by Customer or contained in any of Customer's documents that conflict with or limit in any way any of the terms and conditions contained herein. The paragraph headings
contained in this Agreement are for convenience only and will not be used to expand or limit the actual terms and conditions hereof.

This Agreement shall be governed by and construed in accordance with the laws of the state of Delaware without regard to its rules of conflict of laws. Customer irrevocably and
unconditionally consents to submit to the sole and exclusive jurisdiction of the state and federal courts within the State of Delaware (the "Delaware Courts") for any litigation arising out of
or relating to this Agreement and the transactions contemplated hereby,and waives any objection to the laying of venue and forum in the Delaware Courts. If any provision, or any part of any
provision of this Agreement or the application thereof is thereafter held invalid or unenforceable, the remainder of this Agreement shall not be affected thereby and to that end the provisions
of this Agreement are declared severable.

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
2/02/21

Invoice Number:      31841495-002

| AMOUNT DUE: | $ | 4924.08 |
|---|---|---|

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
SANTA TERESA PORT OF ENTRY
221 PETE V DOMENICI HWY
SANTA TERESA, NM  88008

RENTAL DAYS:                          28
INVOICE FROM DATE:            1/05/21
INVOICE THRU DATE:            2/02/21

PO# :                         520485
JOB NUMBER :          1 - SANTA TERESA POR
RENTAL START DATE:      12/08/20   15:00
DELIVERED BY:
ORDERED BY:                   STEVEN
SIGNED BY:                WET SIGNATURE
SALES REP:                CASH CLARIDGE
CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4200.00 | | 4200.00 |
| OTHER CHARGES | 94.08 | | 94.08 |
| RPP 15% of Rent Chgs | 630.00 | | 630.00 |
| TOTAL CHARGES | 4924.08 | | 4924.08 |

NET DUE                                   4924.08

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ROLLER RIDE-ON PADFT 84IN SNG 11 TON | 8/ | 695.00 | 115.83 | 695.00 | 1715.00 | 4200.00 | 4200.00 |
| | 000221914  Make: VOLVO  Model: SD115B  Ser #: VCES115BE0S236475 | | | | | | | |
| | 1502600 | | | | | | | |
| | HR OUT: 573.00   HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | | 83.16 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | | 10.92 |


EXHIBIT
3

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com



Page   1

**CUSTOMER COPY**
**ORIGINAL INVOICE**
2/02/21

Invoice Number:    **31900520-001**

AMOUNT DUE:                    $    **4890.63**

AMOUNT ENCLOSED:             $ _____

Res/Quote Number: 53289952

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:               2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: |
| HERC RENTALS  ( 403 ) | YARBROUGH LAYDOWN | |
| 830 PENDALE ROAD | 631 S YARBROUGH DR | |
| EL PASO, TX  79907  . | EL PASO, TX  79915 | |
| Ph: 915-590-9399  .  . | | |
| Fax:915-590-9975 | | |

RENTAL DAYS:                                          9
INVOICE FROM DATE:    1/18/21   12:01
INVOICE THRU DATE:    1/27/21   12:00

PO# :

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3890.00 | | 3890.00 |
| OTHER CHARGES | 117.13 | | 117.13 |
| RPP 15% of Rent Chgs | 583.50 | | 583.50 |
| DELIVERY/PICK UP | 300.00 | | 300.00 |
| TOTAL CHARGES | 4890.63 | | 4890.63 |

JOB NUMBER :                  YARBROUGH LAYDOWN
RENTAL START DATE:           1/18/21   12:00
DELIVERED BY:                         HERC
ORDERED BY:                          STEVE
SIGNED BY:                           OTG
SALES REP:                  CASH CLARIDGE
CLOSED BY:             VINCENTE S. GOMEZ

NET DUE                                        4890.63

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 12000LB 55-56FT LIFT ROPS | 8/ | 695.00 | 115.83 | 695.00 | 2500.00 | 4200.00 | 3890.00 |
| | RR4601080 | | | | | | | |
| | 4601080          Hours Free: | | | | | 8 | 40 | 160 |
| | HR OUT:  HR IN: 1.000  TOTAL: 1.000 | | | | | | | |
| | FREE: 64.000    EXCESS: 0    HRS CHG: 62.500 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | | 77.02 |
| | TX SPECIAL INVENTORY TAX    2201000001 | | | | | | | 10.11 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 15.000 | | | | | 15.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 15.000 | | | | | 15.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |

Page   1

**HercRentals**™

**CUSTOMER COPY**
**PROGRESS BILLING**
2/04/21

Invoice Number:      31689700-005

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 3487.88 |

| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
| HERC RENTALS  ( 403 ) | YARBROUGH LAYDOWN | INVOICE FROM DATE: | 1/07/21 |
| 830 PENDALE ROAD | 631 S YARBROUGH DR | INVOICE THRU DATE: | 2/04/21 |
| EL PASO, TX  79907 | EL PASO, TX  79915 | | |

Ph: 915-590-9399
Fax:915-590-9975

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | | | |
| | RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| JOB NUMBER : | YARBROUGH LAYDOWN | OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| | RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| RENTAL START DATE: | 9/17/20   14:00 | TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

DELIVERED BY:

ORDERED BY:                              STEVEN
SIGNED BY:                      WET SIGNATURE
SALES REP:            LOUIE VALENZUELA
CLOSED BY:

| NET DUE | 3487.88 |

---

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
| | 800275608  Make: SKYTRAK  Model: 10042  Ser #: 0160102444 | | | | | | | | |
| | 4601060 | | | | | | | | |
| | HR OUT: 672.80  HR IN: HR CHG: | | | | | | | | |
| | EMISSIONS & ENV SURCHARGE          EMISSIONS | | | | | | | | 58.90 |
| | TX SPECIAL INVENTORY TAX          2201000001 | | | | | | | | 7.73 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



**HercRentals**™

CUSTOMER COPY
**WORK ORDER INVOICE**
2/08/21

Invoice Number:     81763071-001

AMOUNT DUE:          $      7394.84

AMOUNT ENCLOSED:     $ _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

--- To insure accurate and timely posting, detach and send top portion with your payment ---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ANTELOPE WELLS NM
NM-81
HACHITA, NM 88040

PO# :

JOB NUMBER :               ANTELOPE WELLS NM

FINISHED ON:                   2/08/21

RECEIVED ON:                   1/13/21

AUTHORIZED:                JESSE GUZMAN

SALES REP:

|  | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 6834.84 |  | 6834.84 |
| Total Labor | 500.00 |  | 500.00 |
| Total Outside Labor |  |  |  |
| Mileage Charges |  |  |  |
| Shop Supply Fee | 60.00 |  | 60.00 |
| Taxable Charges |  |  |  |
| Sales Tax |  |  |  |
| Total Charges | 7394.84 |  | 7394.84 |
| Net Due |  |  | 7394.84 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800100405 | JLG | 1255 | 0160076265 | TELEHANDLER 12000LB 55-56FT LIFT CAB |
|  |  | New Meter: | 3,523.800 |  |

Work to be Done:
Work Completed:
    RETURNED WITH DAMAGES. FORK CARRIAGE AND FORKS ARE
    BENT, DRIVERS DOOR IS BENT, WINDOW BROKEN, FRONT
    WINDSHIELD CRACKED, PANEL BEHIND CAB MISSING.
    MG#SS9601042

Labor
| 1 | 10012115168 | CARRIAGE ASSY, 72" S | EA | 2872.155 | 2872.16 |
|---|---|---|---|---|---|
| 2 | 1001170601J | HINGE LUG | EA | 32.544 | 65.09 |
| 1 | 1001179548 | COVER,REAR TANK | EA | 171.472 | 171.47 |
| 1 | 1001213791 | HINGE PIN | EA | 3.780 | 3.78 |
| 4 | 1001107192 | HINGE SLEEVE | EA | 1.456 | 5.82 |
| 1 | 1001154419 | FRONT GLASS CAB | EA | 408.624 | 408.62 |
| 1 | 1001205532 | CAB, WINDOW GP | EA | 693.550 | 693.55 |
| 1 | 1001169881J | CAB, DOOR GP, SERVIC | EA | 1945.171 | 1945.17 |

CONTINUED



**CUSTOMER COPY**
# WORK ORDER INVOICE
2/08/21
Customer Number: 2998242



Invoice Number: 81763071-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description | | |
|---------|------|-------|----------|-------------|---|---|
| 800100405 | JLG | 1255 | 0160076265 | TELEHANDLER 12000LB 55-56FT LIFT CAB | | |
| 1 | REPAIR BILLING - OWN Alamo Glass Pros | | 4010000001 - REVENUE | EA | 192.500 | 192.50 |
| 1 | FREIGHT Oversize Freight | | 4230000001 - EXPENSE | EA | 450.000 | 450.00 |
| 5 | 3900379 | | SPEC SCREW,M6X24MM L | EA | 1.980 | 9.90 |
| 6 | 1001097540 | | WASHER-SPEC,NYLON M6 | EA | 2.430 | 14.58 |
| 2 | 0498748 . | | LOCKING WASHER, A3C | EA | 1.100 | 2.20 |

|  |  |
|---|---|
| Total Parts & Materials | 6834.84 |
| Total Labor Hrs: 4.00 | 500.00 |
| Shop Supply Fee | 60.00 |
| Total Amount | 7394.84 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1

 **HERC**Rentals™

CUSTOMER COPY
**PROGRESS BILLING**
2/15/21



Invoice Number:    31707444-005

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 3487.88 |
|---|---|---|

| AMOUNT ENCLOSED: | $ |
|---|---|

CUSTOMER NUMBER:              2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:

HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax: 915-590-9975

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX  79915

| | RENTAL DAYS: | 28 |
|---|---|---|
| | INVOICE FROM DATE: | 1/18/21 |
| | INVOICE THRU DATE: | 2/15/21 |

PO# :                              520160

JOB NUMBER :            YARBROUGH LAYDOWN

RENTAL START DATE:       9/28/20   10:00

DELIVERED BY:

ORDERED BY:              JESSE GUZMAN

SIGNED BY:              WET SIGNATURE

SALES REP:            LOUIE VALENZUELA

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| OTHER CHARGES | 72.68 | 5.05- | 66.63 |
| RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

| NET DUE | 3487.88 |
|---|---|

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK · 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 690.00 | 115.00 | 690.00 | 2100.00    3200.00 | 2975.00 |
| | 800266021  Make: SKYTRAK  Model: 10042  Ser #: 0160098934 | | | | | | |
| | 4601060 | | | | | | |
| | HR OUT: 255.80  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 58.90 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | 7.73 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1

 HercRentals™

CUSTOMER COPY
PROGRESS BILLING
2/17/21

Invoice Number:     31660872-006

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
LATE CHARGES MAY APPLY
**Customer is responsible for FUEL, FLATS,**
DAMAGE and CLEANUP FEES.

| AMOUNT DUE: | $ | 3487.88 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12360 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938'

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

PO# :

JOB NUMBER :

RENTAL START DATE:          9/02/20   12:00

DELIVERED BY:

ORDERED BY:                         JESSE GUZMAN

SIGNED BY:                          WET SIGNATURE

SALES REP:                          LOUIE VALENZUELA

CLOSED BY:

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX  79915

YARBROUGH LAYDOWN

RENTAL DAYS:                      28
INVOICE FROM DATE:          1/20/21
INVOICE THRU DATE:          2/17/21

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

NET DUE                                        3487.88

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
|  | 800280446  Make: SKYTRAK  Model: 10042  Ser #: 0160103929 | | | | | | |
|  | 4601060 | | | | | | |
|  | HR OUT: 39.10  HR IN: HR CHG: | | | | | | |
|  | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | 58.90 |
|  | TX SPECIAL INVENTORY TAX    2201000001 | | | | | | 7.73 |

Customer Number:   2998242     Res/Quote Number:          Invoice Number:   31660872-006     Invoice Date:   2/17/21
For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1

# HERC*Rentals*™

CUSTOMER COPY
## WORK ORDER INVOICE
2/18/21

Invoice Number:    81600301-001

| | |
|---|---|
| AMOUNT DUE: | $      6204.83 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
NM-9
COLUMBUS, NM 88029

PO# :                    490114
JOB NUMBER :             CAMP RAMSEY
FINISHED ON:             2/18/21
RECEIVED ON:             10/13/20
AUTHORIZED:              ALFONSO GARCIA

SALES REP:

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 5832.33 | | 5832.33 |
| Total Labor | 312.50 | | 312.50 |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 6204.83 | | 6204.83 |
| Net Due | | | 6204.83 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800253843 | GENIE | GTH-1056<br>New Meter: | GTH10E-13886<br>2,136.200 | TELEHANDLER 10000LB 50-56FT LIFT ROPS |

Work Completed:
    REPLACE CARRIAGE ASSEMBLY & FORKS
    RETURNED MISSING CARRIAGE & FORKS

Labor
MF#SS9601018

| Qty | Part # | Description | | Price | Total |
|---|---|---|---|---|---|
| 2 | 1256106GT | NUT,TL,1/2-13,C,ZAG | EA | 1.410 | 2.82 |
| 2 | 1254525GT | COLLAR, FORK TINE PI | EA | 197.584 | 395.17 |
| 2 | 1256107GT | SCREW,HHC,1/2-13X4.5 | EA | 8.080 | 16.16 |
| 1 | 141004GT | PIN,FORK,72" FORK FR | EA | 607.692 | 607.69 |
| 1 | 2-5-96A19012 | SET OF SHAFT MOUNT F | SE | 2568.742 | 2568.74 |
| 1 | 1273767GT | ASSY,CRG WLDMT,LABEL | EA | 1891.747 | 1891.75 |
| 1 | FREIGHT | 4230000001 - EXPENSE | EA | 350.000 | 350.00 |
| | | Oversize/Overweight Freight | | | |

CONTINUED

Page    2



**CUSTOMER COPY**
## WORK ORDER INVOICE
2/18/21
Customer Number: 2998242



Invoice Number:      81600301-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description |
|---------|------|-------|----------|-------------|
| 800253843 | GENIE | GTH-1056 | GTH10E-13886 | TELEHANDLER 10000LB 50-56FT LIFT ROPS |

| | |
|---|---|
| Total Parts & Materials | 5832.33 |
| Total Labor Hrs: 2.50 | 312.50 |
| Shop Supply Fee | 60.00 |
| Total Amount | 6204.83 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1



**CUSTOMER COPY**
# WORK ORDER INVOICE
2/18/21

Invoice Number:    81769806-001

AMOUNT DUE:    $    5204.27

AMOUNT ENCLOSED:    $ _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

PO# : ·                        490-036

JOB NUMBER :                   CAMP RAMSEY

FINISHED ON:                   2/18/21

RECEIVED ON:                   1/15/21

AUTHORIZED:                    ALFONZO GARCIA

SALES REP:

SHIPPING ADDRESS:
CAMP RAMSEY
NM-9
COLUMBUS, NM 88029

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 4488.02 | | 4488.02 |
| Total Labor | 656.25 | | 656.25 |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 5204.27 | | 5204.27 |
| Net Due | | | 5204.27 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800280521 | SKYTRAK | 10042 New Meter: | 0160103935 848.600 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |

Work to be Done:
Work Completed:
   REPLACED REAR DOOR/LATCH,RIGHT REAR LIGHT BRACKET,
   FORK CARRAIGE & FORKS
   RETURNED WITH DAMAGED CARRAIGE,BENT FORKS,REAR
   DOOR DAMAGED & RIGHT REAR LIGHT BRACKET

Labor
| 1 | 1001190341 | LATCH,ADJUSTABLE TRI EA | 28.448 | 28.45 |
|---|---|---|---|---|
| 1 | 1001156283 | REAR DOOR ASSEMBLY    EA | 650.635 | 650.64 |
| 1 | 1001097079 | WORKLIGHT MOUNTING B EA | 32.064 | 32.06 |
| 1 | 1170024S | TILT CARRIAGE ASSY,   EA | 1885.812 | 1885.81 |
| 1 | FREIGHT | 4230000001  EXPENSE EA | 350.000 | 350.00 |
| | Oversize/Overweight Freight | | | |
| 1 | 2-5-72A25003 | SET SHAFT MNT FORKS, SE | 1541.056 | 1541.06 |

CONTINUED

Page    2

 

CUSTOMER COPY
**WORK ORDER INVOICE**
2/18/21
Customer Number: 2998242

Invoice Number:   81769806-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description |
|---------|------|-------|----------|-------------|
| 800280521 | SKYTRAK | 10042 | 0160103935 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |

| | |
|---|---|
| Total Parts & Materials | 4488.02 |
| Total Labor Hrs: 5.25 | 656.25 |
| Shop Supply Fee | 60.00 |
| Total Amount | 5204.27 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1

 **_HercRentals_**™

CUSTOMER COPY
## ORIGINAL INVOICE
2/22/21

| | |
|---|---|
| Invoice Number: | 31707444-006 |

| | | |
|---|---|---|
| AMOUNT DUE: | $ | 2447.66 |
| AMOUNT ENCLOSED: | $ | _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax: 915-590-9975

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX  79915

| | | |
|---|---|---|
| RENTAL DAYS/HOURS: | | 2/ 1.85 |
| INVOICE FROM DATE: | 2/15/21 | 10:01 |
| INVOICE THRU DATE: | 2/17/21 | 11:51 |

PO# :                                    520160
JOB NUMBER :            YARBROUGH LAYDOWN
RENTAL START DATE:        9/28/20  10:00
DELIVERED BY:                         HERC
ORDERED BY:              JESSE GUZMAN
SIGNED BY:               WET SIGNATURE
SALES REP:               LOUIE VALENZUELA
CLOSED BY:               JAMES A. MENCHACA

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 1380.00 | | 1380.00 |
| OTHER CHARGES | 110.91 | | 110.91 |
| RPP 15% of Rent Chgs | 207.00 | | 207.00 |
| FUEL CHARGES | 99.75 | | 99.75 |
| DELIVERY/PICK UP | 650.00 | | 650.00 |
| TOTAL CHARGES | 2447.66 | | 2447.66 |

NET DUE                                        2447.66

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 690.00 | 115.00 | 690.00 | 2100.00 | 3200.00 | 510.00 |
| | 800266021  Make: SKYTRAK  Model: 10042  Ser #: 0160098934 | | | | | | |
| | 4601060        Hours Free: | | | 8 | 40 | 160 | |
| | HR OUT: 255.800  HR IN: 901.300  TOTAL: 645.500 | | | | | | |
| | FREE: 824.000  EXCESS: 0  HRS CHG: 20.000 | | | | | | |
| | UNIT RETURNED WITH BENT AND NOT WORKING | | | | | | |
| | RT SIDE REAR FUEL TANK, PLASTIC CAP | | | | | | |
| | COVER IS BROKEN OFF. | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 10.09 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | 1.33 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | KEYS MISNG | EA | 15.000 | | | | 15.00 |
| | 4090000001 - MISSING KEYS - REVENUE | | | | | | |
| 13.3 | REFUEL | EA | 7.500 | | | | 99.75 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 65.000 | | | | 65.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | |

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - Visit us at** HercRentals.com

Page    2



**CUSTOMER COPY**
## ORIGINAL INVOICE
2/22/21
Customer Number: 2998242

Invoice Number:    31707444-006

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

**Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.**

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|--|------|-----|------|-----|------|--------|--------|

| DATE | TYPE | AMOUNT |
|------|------|--------|
| 9/25/20 | DEPOSIT RECEIVED | |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
2/25/21

Invoice Number:   31371871-015

Res/Quote Number: 52786574

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
  DAMAGE and CLEANUP FEES.

AMOUNT DUE:                    $    2130.80

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:            2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX  79915

RENTAL DAYS:                      28
INVOICE FROM DATE:          1/28/21
INVOICE THRU DATE:          2/25/21

PO#:

JOB NUMBER :            YARBROUGH LAYDOWN

RENTAL START DATE:       3/26/20    8:00

DELIVERED BY:

ORDERED BY:              ALFONSO GARCIA

SIGNED BY:               WET SIGNATURE

SALES REP:               LOUIE VALENZUELA

CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | 2750.00- | 1750.00 |
| OTHER CHARGES | 194.20 | 75.90- | 118.30 |
| RPP 15% of Rent Chgs | 675.00 | 412.50- | 262.50 |
| TOTAL CHARGES | 5369.20 | 3238.40- | 2130.80 |

NET DUE                                     2130.80

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 1750.00 |
|  | 800066316  Make: FREIGHTLIN  Model: M2-106  Ser #: 1FVHCYCY8GHGY9802 | | | | | | |
|  | LICENSE:  OK 2WK644 | | | | | | |
|  | 6596050 | | | | | | |
|  | MI OUT: 47721.00  MI IN: MIL  CHG:.25 | | | | | | |
|  | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 48.30 |
|  | VEHICLE LICENSING FEE        3790000001   2.50 per day | | | | | | 70.00 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
3/01/21

Invoice Number:        31738778-005

| AMOUNT DUE: | $ | 3487.88 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

CUSTOMER NUMBER:        2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax: 915-590-9975

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX  79915

RENTAL DAYS:                   28
INVOICE FROM DATE:        2/01/21
INVOICE THRU DATE:        3/01/21

PO# :                        520-252
JOB NUMBER :     YARBROUGH LAYDOWN
RENTAL START DATE:   10/12/20   14:00
DELIVERED BY:
ORDERED BY:                    STEVEN
SIGNED BY:             WET SIGNATURE
SALES REP:          LOUIE VALENZUELA
CLOSED BY:

| | Original | Adjustments | Total |
| --- | --- | --- | --- |
| RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

NET DUE                                        3487.88

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
| | 800254493  Make: GENIE  Model: GTH-1056 | | Ser #: GTH10E-13892 | | | | | |
| | 4601070 | | | | | | | |
| | HR OUT: 1780.20  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | | 58.90 |
| | TX SPECIAL INVENTORY TAX         2201000001 | | | | | | | 7.73 |

Customer Number:   2998242        Res/Quote Number:          Invoice Number:   31738778-005        Invoice Date:   3/01/21

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page    1



CUSTOMER COPY
**PROGRESS BILLING**
3/02/21

Invoice Number:     31841495-003

| | |
|---|---|
| AMOUNT DUE: | $.      4924.08 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
   DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:            2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
SANTA TERESA PORT OF ENTRY
221 PETE V DOMENICI HWY
SANTA TERESA, NM  88008

RENTAL DAYS:                    28
INVOICE FROM DATE:         2/02/21
INVOICE THRU DATE:         3/02/21

PO# :                        520485
JOB NUMBER :          1 - SANTA TERESA POR
RENTAL START DATE:       12/08/20   15:00
DELIVERED BY:
ORDERED BY:                    STEVEN
SIGNED BY:                 WET SIGNATURE
SALES REP:                 CASH CLARIDGE
CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4200.00 | | 4200.00 |
| OTHER CHARGES | 94.08 | | 94.08 |
| RPP 15% of Rent Chgs | 630.00 | | 630.00 |
| TOTAL CHARGES | 4924.08 | | 4924.08 |
| | | | |
| NET DUE | | | 4924.08 |

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ROLLER RIDE-ON PAD67 84IN SNG 11 TON | 8/ | 695.00 | 115.83 | 695.00 | 1715.00 | 4200.00 | 4200.00 |
| | 800221914  Make: VOLVO  Model: SD115B  Ser #: VCES115BE0S236475 | | | | | | | |
| | 1502600 | | | | | | | |
| | HR OUT: 573.00  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 83.16 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | | 10.92 |

Customer Number:    2998242        Res/Quote Number:         Invoice Number:   31841495-003        Invoice Date:   3/02/21
**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1



CUSTOMER COPY
## SALES RECEIPT
3/08/21

Invoice Number:   **31983565-001**

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT DUE:   $   **99995.00**

AMOUNT ENCLOSED:   $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:   2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax: 915-590-9975

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX  79915

INVOICE FROM DATE:    3/08/21   10:30
INVOICE THRU DATE:    3/08/21    9:46

PO# :                          520-252
JOB NUMBER :            YARBROUGH LAYDOWN
RENTAL START DATE:
DELIVERED BY:            CUSTOMER
ORDERED BY:              STEVEN
SIGNED BY:                STEVEN
SALES REP:                 CASH CLARIDGE
CLOSED BY:                JAMES A. MENCHACA

|  | Original | Adjustments | Total |
|---|---|---|---|
| OTHER CHARGES | 99995.00 |  | 99995.00 |
| TOTAL CHARGES | 99995.00 |  | 99995.00 |
| NET DUE |  |  | 99995.00 |

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 1525000002 - ASSET | EA | 99995.000 | 99995.00 |
|  | DAMAGE/TOTAL LOSS |  |  |  |
|  | IC 800254493 TELEHANDLER 10000LB |  |  |  |
|  | SERIAL# GTH10E-13892 |  |  |  |
|  | UNIT DAMAGED BEYOND REPAIR |  |  |  |
|  | UNIT HIT BRIDGE |  |  |  |

Print Customer Name                    Title                    Customer Signature                    Date

Customer Number:   2998242      Res/Quote Number:         Invoice Number:   31983565-001      Invoice Date:   3/08/21

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

 **HercRentals**™

CUSTOMER COPY
**WORK ORDER INVOICE**
3/22/21

Invoice Number:     81811768-001

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

| AMOUNT DUE: | $ | 4424.91 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
NN-9
COLUMBUS, NM 88029

| | | | Original | Adjustments | Total |
|---|---|---|---|---|---|
| PO# : | 490-036 | Total Parts&Material | 3677.41 | | 3677.41 |
| JOB NUMBER : | CAMP RAMSEY | Total Labor | 687.50 | | 687.50 |
| FINISHED ON: | 3/22/21 | Total Outside Labor | | | |
| RECEIVED ON: | 1/28/21 | Mileage Charges | | | |
| AUTHORIZED: | ALFONZO GARCIA | Shop Supply Fee | 60.00 | | 60.00 |
| | | Taxable Charges | | | |
| SALES REP: | | Sales Tax | | | |
| | | Total Charges | 4424.91 | | 4424.91 |
| | | Net Due | | | 4424.91 |

| Equip #     | Make     | Model                    | Serial #   | Description |
|---|---|---|---|---|
| 800210360 JLG | | 400S<br>New Meter: | 0300244869<br>990.200 | BOOM STRAIGHT 40FT 4WD DSL |

Work to be Done:
Work Completed:
    REPLACED HOOD,SAFETY BAR & DOCUMENT BOX
    RETURNED WITH CRACKED HOOD, BROKEN SAFETY CABLE
    ASSEMBLY IN BASKET & DOCUMENT BOX

Labor

| | | | | | |
|---|---|---|---|---|---|
| 1 | SM9000-08 | DOCUMENT HOLDER, WEA | EA | 15.552 | 15.55 |
| 1 | 1001170552 | TANK SIDE HOOD, BOND | EA | 2833.888 | 2833.89 |
| 2 | 1001209664 | SHEAR BLOCK SUPPORT | EA | 12.048 | 24.10 |
| 1 | 1703798 | $ECAL | EA | 9.824 | 9.82 |
| 1 | 1001174313 | DECAL,LEGEND (MTB) | EA | 11.664 | 11.66 |
| 2 | 3931408 | SCR CAP SOC HD .25- | EA | 2.040 | 4.08 |
| 1 | 1701504 | DECAL | EA | .624 | .62 |
| 1 | 1001171336 | DECAL,WARNING DUAL C | EA | 20.736 | 20.74 |
| 2 | 1001186517 | PLATFORM SENSOR COVE | EA | 12.128 | 24.26 |

CONTINUED

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com



Page   2

**CUSTOMER COPY**
# WORK ORDER INVOICE
3/22/21

Invoice Number:   81811768-001

Res/Quote Number:

Customer Number: 2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

**Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.**

| Equip # | Make | Model | Serial # | Description | | |
|---------|------|-------|----------|-------------|---|---|
| 800210360 | JLG | 400S | 0300244869 | BOOM STRAIGHT 40FT 4WD DSL | | |
| 2 | 0641414 | | SCREW CAP HH 5,.2502 | EA | 1.960 | 3.92 |
| 1 | 1703953 | | DECAL,CRUSH WARNING | EA | 3.424 | 3.42 |
| 1 | 1703805 | | DECAL, DANGER ELECTR | EA | 2.816 | 2.82 |
| 2 | 3300430 | | ACORN NUT, SPEC | EA | 1.760 | 3.52 |
| 1 | 1701505 | | DECAL, DIESEL | EA | 1.440 | 1.44 |
| 2 | 1704472 | | DECAL, 400S | EA | 4.320 | 8.64 |
| 1 | 1001137673 | | PLATFORM SENSOR ELEC | EA | 458.929 | 458.93 |
| 1 | FREIGHT | | 4230000001 - EXPENSE | EA | 250.000 | 250.00 |
| | Oversize Freight | | | | | |

|  |  |
|--|--|
| Total Parts & Materials | 3677.41 |
| Total Labor Hrs: 5.50 | 687.50 |
| Shop Supply Fee | 60.00 |
| Total Amount | 4424.91 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1

 **HercRentals**™

CUSTOMER COPY
**WORK ORDER INVOICE**
3/22/21

Invoice Number:      81881675-001

| | |
|---|---|
| **AMOUNT DUE:** | $      4999.68 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT
LATE CHARGES MAY APPLY.
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:      2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

PO# :

JOB NUMBER :

FINISHED ON:

RECEIVED ON:

AUTHORIZED:

SALES REP:

SHIPPING ADDRESS:
CAMP RAMSEY
NM-9
COLUMBUS, NM 88029

CAMP RAMSEY

3/22/21

2/19/21

ALFONSO GARCIA

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 4439.68 | | 4439.68 |
| Total Labor | 500.00 | | 500.00 |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 4999.68 | | 4999.68 |
| Net Due | | | 4999.68 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800212607 | JLG | 1255 New Meter: | 0160086871 2,558.200 | TELEHANDLER 12000LB 55-56FT LIFT ROPS |

Work to be Done:
Work Completed:
    REPLACED HOOD, FRONT LIGHT,FORKS & SEAT
    RETURNED WITH BROKEN HOOD,TORN SEAT,BROKEN LIGHT
    & BENT FORKS

Labor
| | | | | | |
|---|---|---|---|---|---|
| 1 | 1001207287 | WORK LAMP | EA | 41.104 | 41.10 |
| 1 | 70027028 | SEAT CUSHION ASSY KI | EA | 169.392 | 169.39 |
| 1 | 1001235963S | HOOD ASSY, JLG | EA | 2307.319 | 2307.32 |
| 1 | 1001139578 | DECAL,HOT FLUID WARN | EA | 2.608 | 2.61 |
| 1 | 1001160775 | DECAL,JLG LOGO | EA | 9.984 | 9.98 |
| 1 | 1001169624 | DECAL,JLG 1255 | EA | 6.704 | 6.70 |
| 1 | 1001109053 | DECAL,COOLANT FILL | EA | 2.580 | 2.58 |
| 1 | SALE OF NON-INVENTOR | 3840000001 - REVENUE | EA | 1550.000 | 1550.00 |
| | 1 set of 48" Class IV, 12000 lb forks | | | | |

CONTINUED



Page  2

**CUSTOMER COPY**
**WORK ORDER INVOICE**
3/22/21
Customer Number: 2998242

Invoice Number:    81881675-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

**Customer Is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.**

| Equip # | Make | Model | Serial # | Description | | |
|---------|------|-------|----------|-------------|---|---|
| 800212607 | JLG | 1255 | 0160086871 | TELEHANDLER 12000LB 55-56FT LIFT ROPS | | |
| 350 | FREIGHT | | 4230000001 - EXPENSE EA | | 1.000 | 350.00 |
| | | | Oversize/Overweight freight | | | |

|  |  |
|---|---|
| Total Parts & Materials | 4439.68 |
| Total Labor Hrs: 4.00 | 500.00 |
| Shop Supply Fee | 60.00 |
| Total Amount | 4999.68 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com



Page   1

**CUSTOMER COPY**
**ORIGINAL INVOICE**
3/24/21

Invoice Number:    31753388-007

AMOUNT DUE:                                $       620.00

AMOUNT ENCLOSED:            $ _____

Res/Quote Number:
**PAYMENT TERMS ARE DUE UPON RECEIPT**
  **LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
  DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:                2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ANTELOPE WELLS NM
NM-81
HACHITA, NM  88040

RENTAL DAYS/HOURS:          10/ 3.57
INVOICE FROM DATE:    3/09/21   8:01
INVOICE THRU DATE:    3/19/21  11:34

|                      | Original | Adjustments | Total   |
|----------------------|----------|-------------|---------|
| RENTAL CHARGES       | 3200.00  | 3200.00-    |         |
| OTHER CHARGES        | 141.68   | 71.68-      | 70.00   |
| RPP 15% of Rent Chgs | 480.00   | 480.00-     |         |
| DELIVERY/PICK UP     | 550.00   |             | 550.00  |
| TOTAL CHARGES        | 4371.68  | 3751.68-    | 620.00  |

PO# :
JOB NUMBER :              ANTELOPE WELLS NM
RENTAL START DATE:       10/20/20   8:00
DELIVERED BY:                           HERC
ORDERED BY:                 JESSE GUZMAN
SIGNED BY:                    WET SIGNATURE
SALES REP:                    CASH CLARIDGE
CLOSED BY:                 JAMES A. MENCHACA

NET DUE                                         620.00

| QTY | EQUIPMENT # |  | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|--|------|-----|------|-----|------|--------|--------|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 |  |  |
|   | 800263241  Make: SKYTRAK  Model: 10042  Ser #: 0160098453 |  |  |  |  |  |  |  |  |
|   | 4601060           Hours Free: |  |  |  |  | 8 | 40 | 160 |  |

HR OUT: 1354.650  HR IN: 1843.500  TOTAL: 488.850
11/25/20 Total Hours from Prior Exchange
     TOTAL: 488.850   FREE: 880.000    EXCESS: 0
                                        HRS CHG: 20.000

UNIT RETURNED WITH CARRIAGE BENT AND
MISSING BOLT TO TILT CYLINDER, REAR DOOR
BENT 3 TIRES DAMAGED AND DAMAGED
FORK TILY CYLINDER
EMISSIONS & ENV SURCHARGE        EMISSIONS
TX SPECIAL INVENTORY TAX        2201000001

SALES ITEMS:
| QTY | ITEM NUMBER | UNIT | PRICE |  | AMOUNT |
|-----|-------------|------|-------|--|--------|
| 1 | KEYS MISNG | EA | 15.000 |  | 15.00 |
|   | 4090000001 - MISSING KEYS - REVENUE |  |  |  |  |
| 1 | TRANS SRVC SURCHARGE |  | 55.000 |  | 55.00 |
|   | 3710000001 - TRANS SERVICE SURCHARGE |  |  |  |  |

Customer Number:   2998242      Res/Quote Number:              Invoice Number:   31753388-007      Invoice Date:   3/24/21
**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

 **HERCRentals**™

**CUSTOMER COPY**
**PROGRESS BILLING**
3/31/21

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Invoice Number:    31394325-015

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $     3487.90 |
|---|---|
| AMOUNT ENCLOSED: | $ _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:               2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS   ( 403 ) | ELF 46 | INVOICE FROM DATE: | 3/03/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 3/31/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |

PO# :
JOB NUMBER :                     COLUMBUS POE
RENTAL START DATE:      4/01/20    7:00
DELIVERED BY:
ORDERED BY:                      ALFONSO GARCIA
SIGNED BY:                 RA REWRITE - VOID TSS
SALES REP:                       CASH CLARIDGE
CLOSED BY:

NET DUE                                          3487.90

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800254291  Make: GENIE  Model: GTH-1056  Ser #: GTH10K-13904 | | | | | | |
| | 4601070 | | | | | | |
| | HR OUT: 900.00  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE       EMISSIONS | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | 7.74 |

Customer Number:   2998242      Res/Quote Number:          Invoice Number:   31394325-015      Invoice Date:   3/31/21
**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

# HercRentals™

### CUSTOMER COPY
## WORK ORDER INVOICE
4/02/21

Invoice Number:   **81855785-001**

| AMOUNT DUE: | $ | 6676.12 |
|---|---|---|

| AMOUNT ENCLOSED: | $ | |
|---|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM 88021

PO# :                    480-362
JOB NUMBER :       COLUMBUS POE
FINISHED ON:             4/02/21
RECEIVED ON:            2/10/21
AUTHORIZED:     ALFONSO GARCIA

SALES REP:

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 5866.12 | | 5866.12 |
| Total Labor | 750.00 | | 750.00 |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 6676.12 | | 6676.12 |
| Net Due | | | 6676.12 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800230693 | SKYTRAK | 10054<br>New Meter: | 0160089990<br>2,071.100 | TELEHANDLER 10000LB 50-56FT LIFT ROPS |

Work to be Done:
Work Completed:
    RETURNED WITH DAMAGES. FIVE (5) LIGHTS BROKEN,
    THREE (3) LIGHT BRACKETS BENT, REAR DOOR BENT, TWO
    (2) LATCHES BROKEN, BATTERY HOLD DOWN MISSING,
    CARRIAGE BENT, TILT CYLINDER LEAKING, SEAT TORN.

Labor
| | | | | | |
|---|---|---|---|---|---|
| 1 | 8310266 | EYEBOLT, 1/213 NC1.5 | EA | 5.460 | 5.46 |
| 1 | 70027028 | SEAT CUSHION ASSY KI | EA | 169.392 | 169.39 |
| 2 | 7095312 | QUICK ATTACH PIVOT B | EA | 32.464 | 64.93 |
| 1 | 7095352 | PIN TILT CYLINDER | EA | 93.248 | 93.25 |
| 5 | 1001096314 | WORKLIGHT LAMP | EA | 29.104 | 145.52 |
| 1 | 1001258991 | PLATE,BATTERY HOLD D | EA | 52.560 | 52.56 |
| 2 | 1001097080 | WORKLIGHT MOUNTING B | EA | 32.064 | 64.13 |
| 1 | 1001097079 | WORKLIGHT MOUNTING B | EA | 32.064 | 32.06 |

CONTINUED

Page   2



CUSTOMER COPY
**WORK ORDER INVOICE**
4/02/21
Customer Number: 2998242

Invoice Number:    81855785-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

**Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.**

| Equip # | Make | Model | Serial # | | Description | |
|---|---|---|---|---|---|---|
| 800230693 | SKYTRAK | 10054 | 0160089990 | | TELEHANDLER 10000LB 50-56FT LIFT ROPS | |
| 2 | 77143006 | | WHIZ LOCK NUT | EA | 1.180 | 2.36 |
| 2 | 1001190341 | | LATCH,ADJUSTABLE TRI | EA | 28.448 | 56.90 |
| 1 | 1001156283 | | REAR DOOR ASSEMBLY | EA | 650.635 | 650.64 |
| 2 | 91081640 | | HOLD DOWN STUD | EA | 1.820 | 3.64 |
| 1 | 1001180763S | | CYL, FORK TILT | EA | 2389.472 | 2389.47 |
| 1 | 1170024S | | TILT CARRIAGE ASSY, | EA | 1885.812 | 1885.81 |
| 1 | FREIGHT | | 4230000001 - EXPENSE | EA | 250.000 | 250.00 |
| | Overweight freight | | | | | |

| | | |
|---|---|---|
| Total Parts & Materials | | 5866.12 |
| Total Labor Hrs: 6.00 | | 750.00 |
| Shop Supply Fee | | 60.00 |
| Total Amount | | 6676.12 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



CUSTOMER COPY
## WORK ORDER INVOICE
4/06/21

Invoice Number:   81864434-001

| AMOUNT DUE: | $ | 5325.13 |
|---|---|---|

| AMOUNT ENCLOSED: | $ | _____ |
|---|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

PO# :

JOB NUMBER :                COLUMBUS POE

FINISHED ON:                      4/06/21

RECEIVED ON:                      2/12/21

AUTHORIZED:                ALFONSO GARCIA

SALES REP:

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM 88021

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 5265.13 | | 5265.13 |
| Total Labor | | | |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 5325.13 | | 5325.13 |
| Net Due | | | 5325.13 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800259464 | SKYTRAK | 10042 | 0160097470 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |
| | | New Meter: | 1,470.050 | |

Work to be Done:
Work Completed:
      REPLACED RADIATOR,REAR DOOR,LATCH,AIR & FUEL
      COOLERS,SEAT,CAPACITY CHARTS,HOLD DOWN
      RETURNED WITH DAMAGED COOLERS & RADIATOR,REAR DOOR
      CAPACITY CHARTS & SEAT

| | | | | |
|---|---|---|---|---|
| 1 | 1001156283 | REAR DOOR ASSEMBLY | EA | 650.635 | 650.64 |
| 1 | 70027028 | SEAT CUSHION ASSY KI | EA | 169.392 | 169.39 |
| 2 | 77143006 | WHIZ LOCK NUT | EA | 1.180 | 2.36 |
| 2 | 91081640 | HOLD DOWN STUD | EA | 1.820 | 3.64 |
| 1 | 1001190341 | LATCH,ADJUSTABLE TRI | EA | 28.448 | 28.45 |
| 1 | 1001211873 | LOAD,BOOKLET 10042, | EA | 157.648 | 157.65 |
| 1 | 70026078 | CHARGE AIR COOLER | EA | 666.608 | 666.61 |
| 1 | 1001258991 | PLATE,BATTERY HOLD D | EA | 52.560 | 52.56 |
| 1 | 70026079 | FUEL COOLER | EA | 362.288 | 362.29 |
| 1 | 70026076 | RADIATOR | EA | 1169.539 | 1169.54 |

CONTINUED



Page   2



**CUSTOMER COPY**
## WORK ORDER INVOICE
4/06/21
Customer Number: 2998242

Invoice Number:      81864434-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description | | |
|---------|------|-------|----------|-------------|---|---|
| 800258464 | SKYTRAK | 10042 | 0160097470 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | |
| 1 | REPAIR BILLING - OWN 4010000001 - REVENUE EA | | | | 2002.000 | 2002.00 |
| | Stokes Service | | | | | |
| | | | | Total Parts & Materials | | 5265.13 |
| | | | | Shop Supply Fee | | 60.00 |
| | | | | Total Amount | | 5325.13 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1



**CUSTOMER COPY**
# WORK ORDER INVOICE
4/12/21

Invoice Number:   81828177-001

AMOUNT DUE:   $   3956.50

AMOUNT ENCLOSED:   $ _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT
LATE CHARGES MAY APPLY
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:   2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

--------------------------------------------------------------------------------

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

POf :

JOB NUMBER :   COLUMBUS POE

FINISHED ON:   4/12/21

RECEIVED ON:   2/02/21

AUTHORIZED:   SERGIO ESTRADA

SALES REP:

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM 88021

|  | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 3146.50 |  | 3146.50 |
| Total Labor | 750.00 |  | 750.00 |
| Total Outside Labor |  |  |  |
| Mileage Charges |  |  |  |
| Shop Supply Fee | 60.00 |  | 60.00 |
| Taxable Charges |  |  |  |
| Sales Tax |  |  |  |
| Total Charges | 3956.50 |  | 3956.50 |
| Net Due |  |  | 3956.50 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 006182692 | DOOSAN | C185WJD  New Meter: | 438493UCWD95  1,817.500 | COMPRESSOR TOWABLE 175-195 CFM DSL |

Work to be Done:
Work Completed:
    RETURNED WITH DAMAGES. ENTIRE HOOD BROKE FROM
    FRAME.REAR LIGHT HOUSINGS MISSING,TONGUE BENT,
    HITCH BROKE,LANDING LEG MISSING, ALL REAR LIGHTS
    MISSING, LICENSE PLATE LIGHT MISSING.

Labor
    1    SALE OF NON-INVENTOR 3840000001 - REVENUE EA    3146.500    3146.50

                    Total Parts & Materials            3146.50
                    Total Labor Hrs: 6.00               750.00
                    Shop Supply Fee                      60.00

                    Total Amount                       3956.50

Customer Number:   2998242      Res/Quote Number:      Invoice Number:   81828177-001      Invoice Date:   4/12/21
**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



CUSTOMER COPY
**WORK ORDER INVOICE**
4/23/21

Invoice Number:   81793886-001

AMOUNT DUE:              $    8924.00

AMOUNT ENCLOSED:         $ _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

CUSTOMER NUMBER:         2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX 79915

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 8899.50 | | 8899.50 |
| Total Labor | | | |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 24.50 | | 24.50 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 8924.00 | | 8924.00 |
| Net Due | | | 8924.00 |

PO# :

JOB NUMBER :        YARBROUGH LAYDOWN

FINISHED ON:        4/23/21

RECEIVED ON:        12/21/20

AUTHORIZED:         JESSE GUZMAN

SALES REP:

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800259359 | SKYTRAK | 10042 | 0160097659 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |
| | | New Meter: | 2,081.100 | |

Work Completed:
REPLACED THIRD BOOM SECTION
OPERATOR OVERLOADED & TURNED WITH BOOM EXTENDED

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1001210808S | BOOM,WELDMENT, FLY B EA | 7119.498 | 7119.50 |
| 1 | REPAIR BILLING - OWN 4010000001 - REVENUE EA | 1430.000 | 1430.00 |
| | Do Rite | | | |
| 1 | FREIGHT | 4230000001 - EXPENSE EA | 350.000 | 350.00 |
| | Oversize/Overweight | | | |

Total Parts & Materials          8899.50
Shop Supply Fee                    24.50

Total Amount                     8924.00

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1



CUSTOMER COPY
WORK ORDER INVOICE

4/23/21                                              Invoice Number:     81989306-001

| AMOUNT DUE: | $ | 17249.77 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

Res/Quote Number:
**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM 88021

PO# :
JOB NUMBER :                    COLUMBUS POE
FINISHED ON:                    4/23/21
RECEIVED ON:                    3/24/21
AUTHORIZED:                     ALFONSO GARCIA

SALES REP:

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 17002.27 | | 17002.27 |
| Total Labor | 187.50 | | 187.50 |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 17249.77 | | 17249.77 |
| Net Due | | | 17249.77 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800209369 | SKYTRAK | 10054 | 0160086699 | TELEHANDLER 10000LB 50-56FT LIFT ROPS |
| | | New Meter: | 2,837.200 | |

Work to be Done:
Work Completed:
   REPLACED CARRAIGE,REAR DOOR,SIDE DOOR,BATTERY
   HOLD DOWN, LIGHT BRACKET,TILT CYLINDER,REAR COVER
   PANEL, 3 TIRES

Labor
Returned with damaged tilt cylinder, carraige, rear door assembly,light
bracket,step,side door,3 tires

| | | | | |
|---|---|---|---|---|
| 1 | 1001256519 | MOUNT,CAB STEP | EA | 149.376 | 149.38 |
| 1 | 1001171384 | PANEL,ENGINE ACCESS | EA | 92.976 | 92.98 |
| 1 | 3460383 | EXTEND PIPE | EA | 89.616 | 89.62 |
| 3 | 8278020 | RUBBER MOUNT | EA | 22.784 | 68.35 |
| 2 | 8305906 | NUT RETAINER CAGE NU | EA | 1.720 | 3.44 |
| 1 | 8305008 | HEX NUT, .375162ZINC | EA | 1.180 | 1.18 |
| 1 | 8303697 | HEX HEAD CAP SCREW, | EA | 1.200 | 1.20 |

CONTINUED

---

Customer Number:   2998242      Res/Quote Number:            Invoice Number:   81989306-001      Invoice Date:   4/23/21

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**



Page    2

CUSTOMER COPY
**WORK ORDER INVOICE**
4/23/21
Customer Number: 2998242

Invoice Number:    **81989306-001**

Res/Quote Number: .

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

**Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.**

| Equip # | Make | Model | Serial # | Description | | |
|---|---|---|---|---|---|---|
| 800209369 | SKYTRAK | 10054 | 0160086699 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | | |
| 1 | 7116792 | | OUTER BOOM COVER, 80 | EA | 180.864 | 180.86 |
| 3 | 7057141 | | WASHER REBOUND | EA | 1.340 | 4.02 |
| 1 | 8310281 | | BOLT-CARRIAGE-.375-1. | EA | 2.040 | 2.04 |
| 1 | 1706301 | | DECAL, MOVING PARTS | EA | 7.720 | 7.72 |
| 1 | 1001191996 | | DECAL,LUBRICATION CH | EA | 28.032 | 28.03 |
| 1 | 1001169059 | | COOLER BRACKET MOUNT | EA | 19.808 | 19.81 |
| 1 | 1001202626 | | DECAL,74HP | EA | 4.192 | 4.19 |
| 1 | 1001202627 | | DECAL,MAINTENANCE CH | EA | 10.432 | 10.43 |
| 1 | 1001156283 | | REAR DOOR ASSEMBLY | EA | 650.635 | 650.64 |
| 2 | 91081640 | | HOLD DOWN STUD | EA | 1.820 | 3.64 |
| 2 | 77143006 | | WHIZ LOCK NUT | EA | 1.180 | 2.36 |
| 1 | 1001097079 | | WORKLIGHT MOUNTING B | EA | 32.064 | 32.06 |
| 1 | 1001258991 | | PLATE,BATTERY HOLD D | EA | 52.560 | 52.56 |
| 1 | 70026076 | | RADIATOR | EA | 1169.539 | 1169.54 |
| 1 | 3460384 | | RETRACT PIPE | EA | 89.616 | 89.62 |
| 1 | 7095352 | | PIN TILT CYLINDER | EA | 93.248 | 93.25 |
| 1 | 7095522 | | PIN TILT CYLINDER | EA | 67.856 | 67.86 |
| 1 | 1001180763S | | CYL, FORK TILT | EA | 2389.472 | 2389.47 |
| 1 | 7083992 | | ROD END FORK CYL PIN | EA | 82.064 | 82.06 |
| 1 | 1001242996S | | COUPLING,QUICK ATTAC | EA | 517.408 | 517.41 |
| 2 | 7095312 | | QUICK ATTACH PIVOT B | EA | 32.464 | 64.93 |
| 1 | 70011167 | | SOLID TIRE/WHL 400-2 | EA | 3114.540 | 3114.54 |
| 2 | 70011168 | | SOLID TIRE/WHL 1400- | EA | 3114.540 | 6229.08 |
| 1 | REPAIR BILLING - OWN Stokes Service | | 4010000001 - REVENUE | EA | 1430.000 | 1430.00 |
| 1 | FREIGHT Oversize/Overweight | | 4230000001 - EXPENSE | EA | 350.000 | 350.00 |

Total Parts & Materials          17002.27
Total Labor Hrs: 1.50               187.50
Shop Supply Fee                      60.00

Total Amount                       17249.77

Page  1

# HercRentals™

**CUSTOMER COPY**
## WORK ORDER INVOICE
4/23/21

Invoice Number:     81991017-001

AMOUNT DUE:         $     15600.13

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT
LATE CHARGES MAY APPLY
Customer Is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.**

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:         2998242

MAIL PAYMENT TO:
HERC RENTALS INC. ·
PO BOX 936257
ATLANTA, GA 31193

To Insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ANTELOPE WELLS NM
NM-81
HACHITA, NM 88040

PO# :

JOB NUMBER :             ANTELOPE WELLS NM '
FINISHED ON:                    4/23/21
RECEIVED ON:                    3/24/21
AUTHORIZED:              JESSE GUZMAN

SALES REP:

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 15540.13 | | 15540.13 |
| Total Labor | | | |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 15600.13 | | 15600.13 |
| Net Due | | | 15600.13 |

| Equip # | Make | Model | Serial # | Description | | |
|---|---|---|---|---|---|---|
| 800263241 | SKYTRAK | 10042 | 0160098453 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | |
| | | New Meter: | 454.700 | | | |

Work to be Done:
Work Completed:
    REPLACED CARRIAGE,TILT CYLINDER,3 TIRES,FIRE
    EXTINGUISHER,REAR DOOR & LATCH
    RETURNED WITH DAMAGED CARRIAGE,REAR DOOR,TIRES,
    & FORK TILT CYLINDER

| | | | Description | | Original | Total |
|---|---|---|---|---|---|---|
| 1 | 1001156283 | | REAR DOOR ASSEMBLY | EA | 650.635 | 650.64 |
| 1 | 1001190341 | | LATCH,ADJUSTABLE TRI | EA | 28.448 | 28.45 |
| 1 | 11700248 | | TILT CARRIAGE ASSY, | EA | 1885.812 | 1885.81 |
| 1 | BI13315 | | FIRE EXTINGUISHER, A | EA | 34.144 | 34.14 |
| 1 | 10011807638 | | CYL, FORK TILT | EA | 2389.472 | 2389.47 |
| 3 | 70011168 | | SOLID TIRE/WHL 1400- | EA | 3114.540 | 9343.62 |
| 1 | REPAIR BILLING - OWN | 4010000001 - REVENUE | | EA | 858.000 | 858.00 |
| | Stokes Service | | | | | |
| 1 | FREIGHT | 4230000001 - EXPENSE | | EA | 350.000 | 350.00 |
| | Oversize/Overweight | | | | | |

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   2



**CUSTOMER COPY**
## WORK ORDER INVOICE
4/23/21



Invoice Number:      81991017-001

Customer Number: 2998242

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description |
|---------|------|-------|----------|-------------|
| 800263241 | SKYTRAK | 10042 | 0160098453 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |

| | |
|---|---|
| Total Parts & Materials | 15540.13 |
| Shop Supply Fee | 60.00 |
| Total Amount | 15600.13 |

Page   1

# HercRentals™



**CUSTOMER COPY**
## PROGRESS BILLING
4/28/21

Invoice Number:     31394325-016

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT DUE:          $     3487.90

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS:                        28
INVOICE FROM DATE:           3/31/21
INVOICE THRU DATE:           4/28/21

PO# :

JOB NUMBER :                  COLUMBUS POE

RENTAL START DATE:        4/01/20      7:00

DELIVERED BY:

ORDERED BY:            ALFONSO GARCIA

SIGNED BY:        RA REWRITE - VOID TSS

SALES REP:              CASH CLARIDGE

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |
| | | | |
| NET DUE | | | 3487.90 |

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800254291  Make: GENIE Model: GTH-1056  Ser #: GTH10E-13904 | | | | | | | |
| | 4601070 | | | | | | | |
| | HR OUT: 900.00  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | | 7.74 |

---

Customer Number:   2998242      Res/Quote Number:          Invoice Number:   31394325-016      Invoice Date:   4/28/21
**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1

**HercRentals**™ 

**CUSTOMER COPY**
**PROGRESS BILLING**
5/01/21

Invoice Number:    31804474-006

Res/Quote Number:

AMOUNT DUE:                    $     3487.88

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT ENCLOSED:        $ _____

CUSTOMER NUMBER:                    2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | | | 28 |
|---|---|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP C/D 520 | INVOICE FROM DATE: | | | 4/03/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | | | 5/01/21 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | | | |
| Ph: 915-590-9399 | | | | | |
| Fax: 915-590-9975 | | Original | Adjustments | Total | |

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | 480-979 | RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| JOB NUMBER : | 1 - ELP C/D 520 | OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RENTAL START DATE: | 11/14/20   12:00 | RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| DELIVERED BY: | | TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |
| ORDERED BY: | DONLIN | | | | |
| SIGNED BY: | PHYSICAL PO | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | | | | | |

NET DUE                                  3487.88

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
| | 800260263  Make: SKYTRAK  Model: 10042  Ser #: 0160097975 | | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 1921.75  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | | 58.90 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | | 7.73 |

---

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
5/05/21

Invoice Number:   31540850-011

AMOUNT DUE:   $   3751.68

AMOUNT ENCLOSED:   $ _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:   2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

- - - - - - - - - - - To insure accurate and timely posting, detach and send top portion with your payment - - - - - - - - - - -

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS   ( 403 ) | CAMP RAMSEY | INVOICE FROM DATE: | 4/07/21 |
| 830 FRNDALE ROAD | NM-9 | INVOICE THRU DATE: | 5/05/21 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | |

Ph: 915-590-9399
Fax:915-590-9975

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | | 3200.00 |
| OTHER CHARGES | 71.68 | | 71.68 |
| RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| TOTAL CHARGES | 3751.68 | | 3751.68 |

PO# :   490115
JOB NUMBER :   CAMP RAMSEY
RENTAL START DATE:   7/01/20   12:00
DELIVERED BY:
ORDERED BY:   ALFONSO GARCIA
SIGNED BY:   PHYSICAL PO
SALES REP:   CASH CLARIDGE
CLOSED BY:

NET DUE   3751.68

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800203124   Make: SKYTRAK   Model: 10054   Ser #: 0160085969 | | | | | | | |
| | 4601070 | | | | | | | |
| | HR OUT: 1523.20   HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE       EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | | 8.32 |

Page  1



CUSTOMER COPY
**PROGRESS BILLING**
5/05/21

Invoice Number:  31892471-004

| | |
|---|---|
| AMOUNT DUE: | $ 977.84 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
LATE CHARGES MAY APPLY
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

--------------------- To insure accurate and timely posting, detach and send top portion with your payment ---------------------

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP 46 | INVOICE FROM DATE: | 4/07/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 5/05/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

|  |  | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | | | |
| JOB NUMBER : | COLUMBUS POE | RENTAL CHARGES | 800.00 | | 800.00 |
| RENTAL START DATE: | 1/13/21   12:00 | OTHER CHARGES | 57.84 | | 57.84 |
| DELIVERED BY: | | RPP 15% of Rent Chgs | 120.00 | | 120.00 |
| ORDERED BY: | DONLAN | TOTAL CHARGES | 977.84 | | 977.84 |
| SIGNED BY: | WET SIGNATURE | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | | | | | |

NET DUE                                                        977.84

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRAILER WATER 500 GALLON | 8/ | 140.00 | 23.33 | 140.00 | 500.00 | 800.00 | 800.00 |
| | 800218263  Make: MULTIQUIP  Model: WT5C  Ser #: 5SLBM1223JL022618 | | | | | | | |
| | 6102420 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | 15.84 |
| | VEHICLE LICENSING FEE | 3790000001 | | 1.50 per day | | | | 42.00 |

Page   1

 **Herc**Rentals™

CUSTOMER COPY
**PROGRESS BILLING**
5/05/21

Invoice Number:    32042819-001

Res/Quote Number: 53431399

AMOUNT DUE:                    $      4832.53

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

AMOUNT ENCLOSED:         $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:                  2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

| | |
|---|---|
| RENTED FROM: | |
| HERC RENTALS ( 403 ) | |
| 830 PENDALE ROAD | |
| EL PASO, TX 79907 | |
| Ph: 915-590-9399 | |
| Fax:915-590-9975 | |

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM 88021

| | |
|---|---|
| RENTAL DAYS: | 28 |
| INVOICE FROM DATE: | 4/07/21 |
| INVOICE THRU DATE: | 5/05/21 |

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | 480-1367 | | | |
| JOB NUMBER : | COLUMBUS POE | | | |
| RENTAL START DATE: | 4/07/21  12:00 | | | |
| DELIVERED BY: | | | | |
| ORDERED BY: | DONLEN | | | |
| SIGNED BY: | WET SIGNATURE | | | |
| SALES REP: | CASH CLARIDGE | | | |
| CLOSED BY: | | | | |

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3785.00 | | 3785.00 |
| OTHER CHARGES | 129.78 | | 129.78 |
| RPP 15% of Rent Chgs | 567.75 | | 567.75 |
| DELIVERY/PICK UP | 350.00 | | 350.00 |
| TOTAL CHARGES | 4832.53 | | 4832.53 |
| NET DUE | | | 4832.53 |

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM STRAIGHT 85FT JIB 4WD DSL HIGH CAP | 8/ | 615.00 | 102.50 | 615.00 | 1550.00 | 3785.00 | 3785.00 |
| | 800275640  Make: GENIE  Model: S-85XC  Ser #: S85XCH-2065 | | | | | | | |
| | 4104305 | | | | | | | |
| | HR OUT: 1385.50  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 74.94 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | | 9.84 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 35.000 | | | | | 35.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |

Page   1

 **HercRentals**™

CUSTOMER COPY
**WORK ORDER INVOICE**
5/05/21

Invoice Number:   82043038-001

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
Customer is responsible for **FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

| AMOUNT DUE: | $ | 6032.17 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:                    SHIPPING ADDRESS:
HERC RENTALS  ( 403 )           ANTELOPE WELLS NM
830 PENDALE ROAD                NM-81
EL PASO, TX 79907               HACHITA, NM 88040
Ph: 915-590-9399
Fax:915-590-9975

POB :                    500014
JOB NUMBER :             ANTELOPE WELLS NM
FINISHED ON:             5/05/21
RECEIVED ON:             4/08/21
AUTHORIZED:              JESSE GUZMAN

SALES REP:

|  | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 5784.67 |  | 5784.67 |
| Total Labor | 187.50 |  | 187.50 |
| Total Outside Labor |  |  |  |
| Mileage Charges |  |  |  |
| Shop Supply Fee | 60.00 |  | 60.00 |
| Taxable Charges |  |  |  |
| Sales Tax |  |  |  |
| Total Charges | 6032.17 |  | 6032.17 |
| Net Due |  |  | 6032.17 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800276197 | SKYTRAK | 10042 | 0160102638 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |
|  |  | New Meter: | 1,209.700 |  |

Work to be Done:
Work Completed:
   RETURNED WITH DAMAGES. TILT CYLINDER LEAKING,REAR
   DOOR AND LATCH BENT, RADIATOR GOUGED, BATTERY
   HOLD DOWN MISSING, SIDE MIRROR MISSING, FORKS BENT
   FIRE EXT. MISSING. CARRIAGE BENT

Labor
Replaced tilt cylinder,rear door,& latch battery hold down,side mirror,forks,
fire extinguisher & carraige

| 1 | BI13315 | FIRE EXTINGUISHER, A EA | 34.144 | 34.14 |
|---|---|---|---|---|
| 1 | 1001156283 | REAR DOOR ASSEMBLY EA | 650.635 | 650.64 |
| 1 | 1001190341 | LATCH,ADJUSTABLE TRI EA | 28.448 | 28.45 |
| 2 | 1001159319 | REAR DOOR MOUNT EA | 45.584 | 91.17 |
| 2 | 77143006 | WHIZ LOCK NUT EA | 1.180 | 2.36 |
| 2 | 91081640 | HOLD DOWN STUD EA | 1.820 | 3.64 |

CONTINUED

Page   2



CUSTOMER COPY
**WORK ORDER INVOICE**
5/05/21
Customer Number: 2998242



Invoice Number:     82043038-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description | | |
|---------|------|-------|----------|-------------|--|--|
| 800276197 | SKYTRAK | 10042 | 0160102638 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | |
| 1 | 1001258991 | | PLATE,BATTERY HOLD D | EA | 52.560 | 52.56 |
| 1 | 70026076 | | RADIATOR | EA | 1169.539 | 1169.54 |
| 1 | 11700248 | | TILT CARRIAGE ASSY, | EA | 1885.812 | 1885.81 |
| 1 | 1001210351S | | FAN,SUCKER, CCW ACS | EA | 191.536 | 191.54 |
| 1 | 1001191635 | | MIRROR ASSY | EA | 57.120 | 57.12 |
| 1 | 3423242 | | FORK PIN | EA | 224.000 | 224.00 |
| 1 | REPAIR BILLING - OWN Stokes Service | | 4010000001 - REVENUE | EA | 1393.700 | 1393.70 |

| | | |
|--|--|--|
| Total Parts & Materials | | 5784.67 |
| Total Labor Hrs: 1.50 | | 187.50 |
| Shop Supply Fee | | 60.00 |
| Total Amount | | 6032.17 |

Page   1

# HercRentals™

**CUSTOMER COPY**
## WORK ORDER INVOICE
5/05/21

Invoice Number:   82043048-001

**AMOUNT DUE:**   $   8541.09

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT ENCLOSED:   $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:   2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907.
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
NM-9
COLUMBUS, NM 88029

PO# :

JOB NUMBER :                    CAMP RAMSEY

FINISHED ON:                    5/05/21

RECEIVED ON:                    4/08/21

AUTHORIZED:                     JESSE GUZMAN

SALES REP:

|  | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 8293.59 |  | 8293.59 |
| Total Labor | 187.50 |  | 187.50 |
| Total Outside Labor |  |  |  |
| Mileage Charges |  |  |  |
| Shop Supply Fee | 60.00 |  | 60.00 |
| Taxable Charges |  |  |  |
| Sales Tax |  |  |  |
| Total Charges | 8541.09 |  | 8541.09 |
| Net Due |  |  | 8541.09 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800278724 | SKYTRAK | 10042<br>New Meter: | 0160103426<br>482.900 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |

Work to be Done:
Work Completed:
REPLACED CARRIAGE,FORKS,REAR DOOR 2 LIGHTS,TILT
CYLINDER, PIN FOR CARRIAGE
RETURNED WITH DAMAGED CARRAIGE,FORKS,DOOR,BROKEN
LIGHTS & SCRATCHED TILT CYLINDER

| Labor | | | | | |
|---|---|---|---|---|---|
| 1 | 1001156283 | REAR DOOR ASSEMBLY | EA | 650.635 | 650.64 |
| 1 | 1001190341 | LATCH,ADJUSTABLE TRI | EA | 28.448 | 28.45 |
| 2 | 1001176337 | LAMP,LED WORK LIGHT | EA | 53.888 | 107.78 |
| 1 | 1170024S | TILT CARRIAGE ASSY, | EA | 1885.812 | 1885.81 |
| 1 | 2-5-72A25003 | SET SHAFT MNT FORKS, | SE | 1541.056 | 1541.06 |
| 1 | FREIGHT<br>Oversize/Overweight freight | 4230000001 - EXPENSE | EA | 350.000 | 350.00 |
| 1 | 7118892 | QUICK ATTACH LOCKING | EA | 53.376 | 53.38 |

CONTINUED

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com



Page   2

CUSTOMER COPY
## WORK ORDER INVOICE
5/05/21
Customer Number: 2998242

Invoice Number:    82043048-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | | Description | | |
|---------|------|-------|----------|---|-------------|---|---|
| 800278724 | SKYTRAK | 10042 | 0160103426 | | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | |
| 1 | REPAIR BILLING - OWN 4010000001 - REVENUE | | | EA | 1287.000 | 1287.00 | |
| | Stokes Service | | | | | | |
| 1 | 1001180763S | | CYL, FORK TILT | EA | 2389.472 | 2389.47 | |

|  |  |
|---|---|
| Total Parts & Materials | 8293.59 |
| Total Labor Hrs: 1.50 | 187.50 |
| Shop Supply Fee | 60.00 |
| Total Amount | 8541.09 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1



CUSTOMER COPY
**PROGRESS BILLING**
5/08/21

Invoice Number:    32050450-001

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| | |
|---|---|
| AMOUNT DUE: | $    5520.92 |
| AMOUNT ENCLOSED: | $ _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP 46 | INVOICE FROM DATE: | 4/10/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 5/08/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

|  |  | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | RENTAL CHARGES | 4200.00 | | 4200.00 |
| JOB NUMBER : | OTHER CHARGES | 240.92 | | 240.92 |
|  COLUMBUS POE | RPP 15% of Rent Chgs | 630.00 | | 630.00 |
| RENTAL START DATE:  4/10/21  7:00 | DELIVERY/PICK UP | 450.00 | | 450.00 |
| DELIVERED BY: | TOTAL CHARGES | 5520.92 | | 5520.92 |
| ORDERED BY:  DONELON GUZMAN | | | | |
| SIGNED BY:  EMAIL CONFIRMATION | | | | |
| SALES REP:  CASH CLARIDGE | | | | |
| CLOSED BY: | | | | |

NET DUE                                    5520.92

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ | 473.00 | 78.83 | 473.00 | 1541.00 | 4200.00 | 4200.00 |

800199446  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC3JDJL6095
LICENSE:  OK 3BU386
6596050

MI OUT: 19369.00  MI IN: MIL CHG:.25
EMISSIONS & ENV SURCHARGE        EMISSIONS                                     115.92
VEHICLE LICENSING FEE            3790000001    2.50 per day                    70.00

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 45.000 | | | 45.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com



Page  1

**CUSTOMER COPY**
**PROGRESS BILLING**
5/12/21

Invoice Number:       31405255-017

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**  DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 5369.20 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:             2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

--- To insure accurate and timely posting, detach and send top portion with your payment ---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP 46 | INVOICE FROM DATE: | 4/14/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 5/12/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | RENTAL CHARGES | 4500.00 | | 4500.00 |
| JOB NUMBER : | COLUMBUS POE | OTHER CHARGES | 194.20 | | 194.20 |
| RENTAL START DATE: | 4/15/20    12:00 | RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| DELIVERED BY: | | TOTAL CHARGES | 5369.20 | | 5369.20 |
| ORDERED BY: | ALFONSO GARCIA | | | | |
| SIGNED BY: | WET SIGNATURE | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | | | | | |

NET DUE                                                    5369.20

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ | 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |
| | 800205953  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC6JDJL6091 | | | | | | | |
| | LICENSE:  OK 3BW794 | | | | | | | |
| | 6596050 | | | | | | | |
| | MI OUT: 34817.30  MI IN: MIL  CHG:.25 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE         EMISSIONS | | | | | | | 124.20 |
| | VEHICLE LICENSING FEE             3790000001 | | | 2.50 per day | | | | 70.00 |



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
5/21/21

Invoice Number:      31624663-010

| AMOUNT DUE: | $ | 3751.68 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ANTELOPE WELLS NM
NM-81
HACHITA, NM  88040

RENTAL DAYS:                           28
INVOICE FROM DATE:              4/23/21
INVOICE THRU DATE:              5/21/21

PO# :                           500013
JOB NUMBER :          ANTELOPE WELLS NM
RENTAL START DATE:        8/14/20   12:00
DELIVERED BY:
ORDERED BY:              JESSE GUZMAN
SIGNED BY:               WET SIGNATURE
SALES REP:               CASH CLARIDGE
CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | | 3200.00 |
| OTHER CHARGES | 71.68 | | 71.68 |
| RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| TOTAL CHARGES | 3751.68 | | 3751.68 |

NET DUE                                3751.68

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800276593  Make: SKYTRAK  Model: 10042  Ser #: 0160102882 | | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 411.50  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | | 8.32 |

Page   1

# HercRentals™

**CUSTOMER COPY**
## WORK ORDER INVOICE
5/21/21

Invoice Number:   81949748-001

AMOUNT DUE:   $   1347.00

AMOUNT ENCLOSED:   $   _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
.Customer is responsible for FUEL, FLATS,
   DAMAGE and CLEANUP FEES.

CUSTOMER NUMBER:   2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
SANTA TERESA PORT OF ENTRY
221 PETE V DOMENICI HWY
SANTA TERESA, NM 88008

PO# :
JOB NUMBER :            1 - SANTA TERESA POR
FINISHED ON:                        5/21/21
RECEIVED ON:                        3/11/21
AUTHORIZED:                         STEVEN

SALES REP:

|  | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 1287.00 | | 1287.00 |
| Total Labor | | | |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 1347.00 | | 1347.00 |
| Net Due | | | 1347.00 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800221914 | VOLVO | SD115B  New Meter: | VCES115BE0S236475.  675.200 | ROLLER RIDE-ON PADFT 84IN SNG 11 TON |

Work Completed:
   CLEANED CONCRETE FROM INSIDE DRUM & ON DRUM
   OPERATOR USED ON WET CONCRETE
      1     REPAIR BILLING - OWN 4010000001 - REVENUE EA   1287.000   1287.00
            Stokes Service

                        Total Parts & Materials              1287.00
                        Shop Supply Fee                        60.00

                        Total Amount                         1347.00

# HercRentals™

Page   1

**CUSTOMER COPY**
## WORK ORDER INVOICE
5/21/21

| | |
|---|---|
| Invoice Number: | 81990602-001 |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
  **LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
  DAMAGE and CLEANUP FEES. .

| AMOUNT DUE: | $ | 10315.11 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
UNNAMED ROAD
DEMING, NM 88030

PO# :

JOB NUMBER :             1 - ELP 2-3

FINISHED ON:             5/21/21

RECEIVED ON:             3/24/21

AUTHORIZED:              ALFONSO GARCIA

SALES REP:

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 9942.61 | | 9942.61 |
| Total Labor | 312.50 | | 312.50 |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 10315.11 | | 10315.11 |
| Net Due | | | 10315.11 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800276592 | SKYTRAK | 10042 | 0160102880 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |
| | | New Meter: | 1,517.350 | |

Work to be Done:
Work Completed:
    RETURNED WITH DAMAGES.CARRIAGE BENT, TILT CYLINDER
    SCRATCHED,REAR DOOR AND LATCH BENT,MISSING BATTERY
    HOLD DOWN, MAIN HYDRAULIC HOSE CRUSHED, PIVOT PIN
    BENT. SEAT BOTTOM BROKEN.

Labor
| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1001227508 | HOSE ASSY, 2.00" 30D | EA | 181.040 | 181.04 | |
| 2 | 77143006 | WHIZ LOCK NUT | EA | 1.180 | 2.36 | |
| 1 | 1001190341 | LATCH,ADJUSTABLE TRI | EA | 28.448 | 28.45 | |
| 2 | 91081640 | HOLD DOWN STUD | EA | 1.820 | 3.64 | |
| 1 | 1001156283 | REAR DOOR ASSEMBLY | EA | 650.635 | 650.64 | |
| 1 | 1001258991 | PLATE,BATTERY HOLD D | EA | 52.560 | 52.56 | |
| 1 | 7095352 | PIN TILT CYLINDER | EA | 93.248 | 93.25 | |
| 1 | 70027028 | SEAT CUSHION ASSY KI | EA | 169.392 | 169.39 | CONTINUED |

| Customer Number: | 2998242 | Res/Quote Number: | | Invoice Number: | 81990602-001 | Invoice Date: | 5/21/21 |
|---|---|---|---|---|---|---|---|

**For GREAT DEALS on USED EQUIPMENT -** Visit us at HercRentals.com



**CUSTOMER COPY**
## WORK ORDER INVOICE
5/21/21
Customer Number: 2998242



**Invoice Number:**   81990602-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

### Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description | | |
|---|---|---|---|---|---|---|
| 800276592 | SKYTRAK | 10042 | 0160102880 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | |
| 1 | 1170024S | | TILT CARRIAGE ASSY, EA | 1885.812 | 1885.81 | |
| 1 | 1001180763S | | CYL, FORK TILT EA | 2389.472 | 2389.47 | |
| 1 | 70013088 | | TIRE,SOLID 360/85-28 EA | 4200.000 | 4200.00 | |
| 1 | REPAIR BILLING - OWN | | 4010000001 - REVENUE EA | 286.000 | 286.00 | |
| | Stokes Service | | | | | |

```
                          Total Parts & Materials          9942.61
                          Total Labor Hrs: 2.50             312.50
                          Shop Supply Fee                    60.00

                          Total Amount                    10315.11
```

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page   1

# HERC Rentals™

**CUSTOMER COPY**
## WORK ORDER INVOICE
5/21/21

| | |
|---|---|
| Invoice Number: | 82083708-001 |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 1004.55 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER: 2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM 88021

PO# :

JOB NUMBER :        COLUMBUS POE

FINISHED ON:          5/21/21

RECEIVED ON:          4/20/21

AUTHORIZED:          ALFONSO GARCIA

SALES REP:

| | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 69.55 | | 69.55 |
| Total Labor | 875.00 | | 875.00 |
| Total Outside Labor | | | |
| Mileage Charges | | | |
| Shop Supply Fee | 60.00 | | 60.00 |
| Taxable Charges | | | |
| Sales Tax | | | |
| Total Charges | 1004.55 | | 1004.55 |
| | | | |
| Net Due | | | 1004.55 |

---

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800208461 | FREIGHTLIN | M2-106 | 3ALHCYFC6JDJL7399 | TRUCK WATER 4000 GALLON DSL |
| | | New Meter: | 26,988.000 | LICENSE:  OK 3CA414 |

Work to be Done:
Work Completed:
    REPLACED LITE, REPAIRED GRILL, BUMPER, AIR LEAK,
    REPLACED PUMP,
    RETUNED WITH DAMAGES, RIGHT REAR TAIL LITE MISSING

| | | | | | |
|---|---|---|---|---|---|
| 1 | 53702 | STT LAMP | EA | 69.552 | 69.55 |

| | |
|---|---|
| Total Parts & Materials | 69.55 |
| Total Labor Hrs: 7.00 | 875.00 |
| Shop Supply Fee | 60.00 |
| Total Amount | 1004.55 |

Page   1

 **HercRentals™**

CUSTOMER COPY
## PROGRESS BILLING
5/26/21

Invoice Number:   31394260-015

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 3487.90 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

| RENTED FROM: | SHIPPING ADDRESS: | | | RENTAL DAYS: | | 28 |
|---|---|---|---|---|---|---|
| HERC RENTALS ( 403 ) | ELP 46 | | | INVOICE FROM DATE: | | 4/28/21 |
| 830 PENDALE ROAD | NM-9 | | | INVOICE THRU DATE: | | 5/26/21 |
| EL PASO, TX 79907 | ANTHONY, NM 88021 | | | | | |
| Ph: 915-590-9399 | | | | | | |
| Fax:915-590-9975 | | | | | | |

|  |  | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | RENTAL CHARGES | 2975.00 | | 2975.00 |
| JOB NUMBER : | COLUMBUS POE | OTHER CHARGES | 66.65 | | 66.65 |
| RENTAL START DATE: | 4/01/20   7:00 | RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| DELIVERED BY: | | TOTAL CHARGES | 3487.90 | | 3487.90 |
| ORDERED BY: | ALFONSO GARCIA | | | | |
| SIGNED BY: | RA REWRITE - VOID TSS | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | | | | | |

NET DUE                                3487.90

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800263245  Make: SKYTRAK  Model: 10042  Ser #: 0160098450 | | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 780.00  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | | 7.74 |

---

| Customer Number:   2998242 | Res/Quote Number: | Invoice Number:   31394260-015 | Invoice Date:   5/26/21 |
|---|---|---|---|

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page 1

**HercRentals**™

CUSTOMER COPY
**PROGRESS BILLING**
5/26/21

Invoice Number: 31394325-017

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 3487.90 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS ( 403 ) | ELP 46 | INVOICE FROM DATE: | 4/28/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 5/26/21 |
| EL PASO, TX 79907 | ANTHONY, NM 88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | | | |
| | RENTAL CHARGES | 2975.00 | | 2975.00 |
| JOB NUMBER : COLUMBUS POE | OTHER CHARGES | 66.65 | | 66.65 |
| RENTAL START DATE: 4/01/20   7:00 | RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| DELIVERED BY: | TOTAL CHARGES | 3487.90 | | 3487.90 |
| ORDERED BY: ALFONSO GARCIA | | | | |
| SIGNED BY: RA REWRITE - VOID TSS | | | | |
| SALES REP: CASH CLARIDGE | | | | |
| CLOSED BY: | | | | |
| | NET DUE | | | 3487.90 |

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800254291  Make: GENIE  Model: GTH-1056  Ser #: GTH10E-13904 | | | | | | |
| | 4601070 | | | | | | |
| | HR OUT: 900.00  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | 7.74 |

---

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page    1

**HercRentals**™

**CUSTOMER COPY**
**PROGRESS BILLING**
5/26/21

| | | |
|---|---|---|
| **Invoice Number:** | | 31394467-016 |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

**AMOUNT DUE:**            $      3487.90

AMOUNT ENCLOSED:        $ _____

**CUSTOMER NUMBER:**            2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

-----------------------------------------------------------------------------
To insure accurate and timely posting, detach and send top portion with your payment
-----------------------------------------------------------------------------

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | BLP 46 | INVOICE FROM DATE: | 4/28/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 5/26/21 |
| EL PASO, TX  79907 | ANTHONY, NM 88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | | | |
| | RENTAL CHARGES | 2975.00 | | 2975.00 |
| JOB NUMBER : | COLUMBUS POE | OTHER CHARGES | 66.65 | | 66.65 |
| RENTAL START DATE: | 4/01/20    7:00 | RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| DELIVERED BY: | | TOTAL CHARGES | 3487.90 | | 3487.90 |
| ORDERED BY: | ALFONSO GARCIA | | | |
| SIGNED BY: | RA REWRITE - VOID TSS | | | |
| SALES REP: | CASH CLARIDGE | | | |
| CLOSED BY: | | | | |

NET DUE                                    3487.90

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800277034  Make: SKYTRAK  Model: 10042  Ser #: 0160102881 | | | | | | |
| | 4601060 | | | | | | |
| | HR OUT: 88.00  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE       EMISSIONS | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | 7.74 |



Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
5/26/21

Invoice Number:   31394469-018

AMOUNT DUE:                 $      3487.90

AMOUNT ENCLOSED:           $ _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

CUSTOMER NUMBER:               2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
· EL PASO, TX  79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

----------------------------------------------------------------------

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP 46 | INVOICE FROM DATE: | 4/28/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 5/26/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |

PO# :

JOB NUMBER :                    COLUMBUS POE

RENTAL START DATE:     4/01/20    7:00

DELIVERED BY:               ·

ORDERED BY:                   ·      ALFONSO GARCIA

SIGNED BY:                              RA REWRITE

SALES REP:                             CASH CLARIDGE

CLOSED BY:

NET DUE                                          3487.90

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800262673  Make: SKYTRAK  Model: 10042  Ser #: 0160098439 | | | | | | | | |
| | 4601060 | | | | | | | | |
| | HR OUT: 124.90  HR IN: HR CHG: | | | | | | | | |
| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | | | 7.74 |

*1*

Customer Number:    2998242    Res/Quote Number:        Invoice Number:    31394469-018    Invoice Date:    5/26/21
**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1



**CUSTOMER COPY**
**PROGRESS BILLING**
5/28/21

Invoice Number:      31387675-017

AMOUNT DUE:                    $      5369.20

AMOUNT ENCLOSED:           $ _____

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

------------------------------------------------------------------
To insure accurate and timely posting, detach and send top portion with your payment
------------------------------------------------------------------

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | CAMP RAMSEY | INVOICE FROM DATE: | 4/30/21 |
| 830 PENDALE ROAD | UNNAMED ROAD | INVOICE THRU DATE: | 5/28/21 |
| EL PASO, TX  79907 | DEMING, NM  88030 | | |

Ph: 915-590-9399
Fax:915-590-9975

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | | 4500.00 |
| OTHER CHARGES | 194.20 | | 194.20 |
| RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| TOTAL CHARGES | 5369.20 | | 5369.20 |

PO# :

JOB NUMBER :                          1 - ELP 2-3

RENTAL START DATE:          4/03/20  14:00

DELIVERED BY:

ORDERED BY:                    JESSE GUZMAN

SIGNED BY:          RA REWRITE - VOID TSS

SALES REP:                    CASH CLARIDGE

CLOSED BY:

NET DUE                                          5369.20

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | | 8/ | 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |

800259654  Make: FREIGHTLIN  Model: M2-106  Ser #: 1FVHCYD20KHKX1640
LICENSE:  OK 3DQ974
6596050
MI OUT: 12158.70  MI IN: MIL  CHG:.25

| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 124.20 |
|---|---|---|---|
| VEHICLE LICENSING FEE | 3790000001 | 2.50 per day | 70.00 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



CUSTOMER COPY
**PROGRESS BILLING**
5/28/21

Invoice Number:      31431596-016

Res/Quote Number: 52840274

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 3751.68 |
|---|---|---|

AMOUNT ENCLOSED:          $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
NM-9
COLUMBUS, NM  88029

RENTAL DAYS:                              28
INVOICE FROM DATE:                  4/30/21
INVOICE THRU DATE:                  5/28/21

PO# :                          490-036
JOB NUMBER :                  CAMP RAMSEY
RENTAL START DATE:       5/01/20   10:00
DELIVERED BY:
ORDERED BY:               ALFONZO GARCIA
SIGNED BY:                WET SIGNATURE
SALES REP:                CASH CLARIDGE
CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | | 3200.00 |
| OTHER CHARGES | 71.68 | | 71.68 |
| RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| TOTAL CHARGES | 3751.68 | | 3751.68 |

NET DUE                                          3751.68

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 600.00 | 100.00 | 600.00 | 2100.00 | 3200.00 | 3200.00 |
|   | 800277840  Make: SKYTRAK  Model: 10042  Ser #: 0160103244 | | | | | | | |
|   | 4601060 | | | | | | | |
|   | HR OUT: 925.15  HR IN:  HR CHG: | | | | | | | |
|   | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | | 63.36 |
|   | TX SPECIAL INVENTORY TAX         2201000001 | | | | | | | 8.32 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
5/29/21

Invoice Number:    31804474-007

AMOUNT DUE:              $      3487.88

| AMOUNT ENCLOSED: | $ |
|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
  **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
  **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP C/D 520
NM-9
COLUMBUS, NM  88029

RENTAL DAYS:                        28
INVOICE FROM DATE:          5/01/21
INVOICE THRU DATE:          5/29/21

PO# :                                  480-979
JOB NUMBER :               1 - ELP C/D 520
RENTAL START DATE:      11/14/20   12:00
DELIVERED BY:
ORDERED BY:                         DONLIN
SIGNED BY:                     PHYSICAL PO
SALES REP:                    CASH CLARIDGE
CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

NET DUE                                              3487.88

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
|  | 800260263  Make: SKYTRAK  Model: 10042  Ser #: 0160097975 | | | | | | |
|  | 4601060 | | | | | | |
|  | HR OUT: 1921.75  HR IN: HR CHG: | | | | | | |
|  | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | 58.90 |
|  | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | 7.73 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

 **HercRentals™**

**CUSTOMER COPY**
**PROGRESS BILLING**
6/02/21

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

| Invoice Number: | 31540850-012 |
|---|---|
| AMOUNT DUE: | $      3751.68 |
| AMOUNT ENCLOSED: | $ |

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | CAMP RAMSEY | INVOICE FROM DATE: | 5/05/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 6/02/21 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

|  |  | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | 490115 | RENTAL CHARGES | 3200.00 | 3200.00 |
| JOB NUMBER : | CAMP RAMSEY | OTHER CHARGES | 71.68 | 71.68 |
| RENTAL START DATE: | 7/01/20   12:00 | RPP 15% of Rent Chgs | 480.00 | 480.00 |
| DELIVERED BY: | | TOTAL CHARGES | 3751.68 | 3751.68 |
| ORDERED BY: | ALFONSO GARCIA | | | |
| SIGNED BY: | PHYSICAL PO | | | |
| SALES REP: | CASH CLARIDGE | | | |
| CLOSED BY: | | | | |

NET DUE                                                    3751.68

---

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800203124  Make: SKYTRAK  Model: 10054  Ser #: 0160085969 | | | | | | | | |
| | 4601070 | | | | | | | | |
| | HR OUT: 1523.20  HR IN: HR CHG: | | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | | | 8.32 |

Page   1

**HercRentals**™

**CUSTOMER COPY**
**PROGRESS BILLING**
6/02/21

Invoice Number:      32042819-002

Res/Quote Number: 53431399

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

| AMOUNT DUE: | $ | 4437.53 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

---------------------------------------------------------------------

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP 46 | INVOICE FROM DATE: | 5/05/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 6/02/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3785.00 | | 3785.00 |
| OTHER CHARGES | 84.78 | | 84.78 |
| RPP 15% of Rent Chgs | 567.75 | | 567.75 |
| TOTAL CHARGES | 4437.53 | | 4437.53 |

PO# :                          480-1367
JOB NUMBER :             COLUMBUS POE
RENTAL START DATE:      4/07/21   12:00
DELIVERED BY:
ORDERED BY:                      DONLEN
SIGNED BY:               WET SIGNATURE
SALES REP:               CASH CLARIDGE
CLOSED BY:

NET DUE                                    4437.53

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM STRAIGHT 85FT JIB 4WD DSL HIGH CAP | 8/ | 615.00 | 102.50 | 615.00 | 1550.00 | 3785.00 | 3785.00 |

800275640  Make: GENIE  Model: S-85XC  Ser #: S85XCH-2065
4104305
HR OUT: 1385.50  HR IN: HR CHG:
EMISSIONS & ENV SURCHARGE        EMISSIONS                                    74.94
TX SPECIAL INVENTORY TAX         2201000001                                    9.84



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
6/05/21

Invoice Number:   32050450-002

| AMOUNT DUE: | $ | 5015.92 |
|---|---|---|

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:                2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

- - - - - To insure accurate and timely posting, detach and send top portion with your payment - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

| | RENTAL DAYS: | 28 |
|---|---|---|
| | INVOICE FROM DATE: | 5/08/21 |
| | INVOICE THRU DATE: | 6/05/21 |

PO# :

JOB NUMBER :                COLUMBUS POE

RENTAL START DATE:        4/10/21   7:00

DELIVERED BY:

ORDERED BY:                DONELON GUZMAN

SIGNED BY:                EMAIL CONFIRMATION

SALES REP:                CASH CLARIDGE

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4200.00 | | 4200.00 |
| OTHER CHARGES | 185.92 | | 185.92 |
| RPP 15% of Rent Chgs | 630.00 | | 630.00 |
| TOTAL CHARGES | 5015.92 | | 5015.92 |

NET DUE                                5015.92

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ | 473.00 | 78.83 | 473.00 | 1541.00 | 4200.00 | 4200.00 |

800199446  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC3JDJL6095
LICENSE:  OK 3BU386
6596050
MI OUT: 19369.00  MI IN: MIL CHG:.25
EMISSIONS & ENV SURCHARGE        EMISSIONS                                    115.92
VEHICLE LICENSING FEE        3790000001        2.50 per day                    70.00

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1

# **HERC**Rentals™

### CUSTOMER COPY
## WORK ORDER INVOICE
6/07/21                    Invoice Number:      81927292-001

| AMOUNT DUE: | $ | 912.67 |
|---|---|---|

| AMOUNT ENCLOSED: | $ | _____ |
|---|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
· **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
YARBROUGH LAYDOWN
631 S YARBROUGH DR
EL PASO, TX 79915

PO# :                          ***PENDING***

JOB NUMBER :              YARBROUGH LAYDOWN

FINISHED ON:                        6/07/21

RECEIVED ON:                        3/05/21

AUTHORIZED:                          STEVEN

SALES REP:

|  | Original | Adjustments | Total |
|---|---|---|---|
| Total Parts&Material | 477.57 |  | 477.57 |
| Total Labor | 375.40 |  | 375.40 |
| Total Outside Labor |  |  |  |
| Mileage Charges |  |  |  |
| Shop Supply Fee | 59.70 |  | 59.70 |
| Taxable Charges |  |  |  |
| Sales Tax |  |  |  |
| Total Charges | 912.67 |  | 912.67 |
| Net Due |  |  | 912.67 |

| Equip # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 800275608 | SKYTRAK | 10042 | 0160102444 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |
|  |  | New Meter: | 1,034.400 |  |

Work Completed:
REPLACE SEAT BOTTOM, MISSING BATTERY HOLD DOWN, RH
MIRROR IS DAMAGED.
ALL ISSUES CORRECTED.

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1001148177 | RECTANGULAR MIRROR | EA | 125.200 | 125.20 |
| 1 | 1001258991 | PLATE,BATTERY HOLD D | EA | 52.560 | 52.56 |
| 1 | 70027028 | SEAT CUSHION ASSY KI | EA | 169.392 | 169.39 |
| 2 | 91081640 | HOLD DOWN STUD | EA | 1.820 | 3.64 |
| 2 | 77143006 | WHIZ LOCK NUT | EA | 1.180 | 2.36 |
| 9 | 0682648 | CAP SCREW HH1"-8X6" | EA | 5.344 | 48.10 |
| 12 | 80241137 | SPECIAL WASHER ZINC | EA | 6.360 | 76.32 |

CONTINUED

Page    2

 **HERC**Rentals™

CUSTOMER COPY
**WORK ORDER INVOICE**
6/07/21
Customer Number: 2998242



Invoice Number:    81927292-001

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| Equip # | Make | Model | Serial # | Description |
|---------|------|-------|----------|-------------|
| 800275608 | SKYTRAK | 10042 | 0160102444 | TELEHANDLER 10000LB 42-44FT LIFT ROPS |

| | | |
|---|---|---|
| Total Parts & Materials | | 477.57 |
| Total Labor Hrs: 3.00 | | 375.40 |
| Shop Supply Fee | | 59.70 |
| Total Amount | | 912.67 |

Page   1

 **HercRentals**™

**CUSTOMER COPY**
**ORIGINAL INVOICE**
6/08/21

Invoice Number:      31892471-005

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

AMOUNT DUE:             $      1355.34

AMOUNT ENCLOSED:    $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

- - - - - - - - - - To insure accurate and timely posting, detach and send top portion with your payment - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS:                              23
INVOICE FROM DATE:      5/05/21   12:01
INVOICE THRU DATE:      5/28/21   12:00

PO# :

JOB NUMBER :                    COLUMBUS POE

RENTAL START DATE:        1/13/21   12:00

DELIVERED BY:                       HERC

ORDERED BY:                         DONLAN

SIGNED BY:                        NET SIGNATURE

SALES REP:                        CASH CLARIDGE

CLOSED BY:              JAMES A. MENCHACA

|                        | Original | Adjustments | Total |
|------------------------|----------|-------------|-------|
| RENTAL CHARGES         | 800.00   |             | 800.00 |
| OTHER CHARGES          | 85.34    |             | 85.34 |
| RPP 15% of Rent Chgs   | 120.00   |             | 120.00 |
| DELIVERY/PICK UP       | 350.00   |             | 350.00 |
| TOTAL CHARGES          | 1355.34  |             | 1355.34 |

NET DUE                                                   1355.34

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|----------|------|-----|------|--------|--------|
| 1 | TRAILER WATER 500 GALLON | 8/ 140.00 | 23.33 | 140.00 | 500.00 | 800.00 | 800.00 |

   800218263  Make: MULTIQUIP   Model: WT5C  Ser #: 5SLBM1223JL022618
   6102420
   RETURNED WITH OUT FILL HOSE
   EMISSIONS & ENV SURCHARGE         EMISSIONS                                                     15.84
   VEHICLE LICENSING FEE             3790000001      1.50 per day                                   34.50

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|-----|-------------|------|-------|--------|
| 1 | TRANS SRVC SURCHARGE | | 35.000 | 35.00 |

   3710000001 - TRANS SERVICE SURCHARGE

| DATE | TYPE | AMOUNT |
|------|------|--------|
| 1/13/21 | DEPOSIT RECEIVED | |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

# HercRentals™

### CUSTOMER COPY
## PROGRESS BILLING
6/09/21

**Invoice Number:**   31405255-018

| | |
|---|---|
| **AMOUNT DUE:** | $   5369.20 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

**CUSTOMER NUMBER:**   2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX 79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM 88021

| | |
|---|---|
| RENTAL DAYS: | 28 |
| INVOICE FROM DATE: | 5/12/21 |
| INVOICE THRU DATE: | 6/09/21 |

PO# :

JOB NUMBER :                COLUMBUS POE

RENTAL START DATE:     4/15/20   12:00

DELIVERED BY:

ORDERED BY:              ALFONSO GARCIA

SIGNED BY:               WET SIGNATURE

SALES REP:               CASH CLARIDGE

CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | | 4500.00 |
| OTHER CHARGES | 194.20 | | 194.20 |
| RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| TOTAL CHARGES | 5369.20 | | 5369.20 |

NET DUE                                                5369.20

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |
| | 800205953  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC6JDJL6091 | | | | | | |
| | LICENSE:  OK 3BW794 | | | | | | |
| | 6596050 | | | | | | |
| | MI OUT: 34817.30  MI IN: MIL CHG:.25 | | | | | | |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | 124.20 |
| | VEHICLE LICENSING FEE    3790000001 | 2.50 per day | | | | | 70.00 |

---

Customer Number:  2998242      Res/Quote Number:      Invoice Number:  31405255-018      Invoice Date:  6/09/21

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
6/18/21

Invoice Number:    31624663-011

| | |
|---|---|
| AMOUNT DUE: | $      3751.68 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ANTELOPE WELLS NM
NM-81
HACHITA, NM  88040

| | | |
|---|---|---|
| RENTAL DAYS: | | 28 |
| INVOICE FROM DATE: | | 5/21/21 |
| INVOICE THRU DATE: | | 6/18/21 |

| | | |
|---|---|---|
| PO# : | | 500013 |
| JOB NUMBER : | | ANTELOPE WELLS NM |
| RENTAL START DATE: | 8/14/20 | 12:00 |
| DELIVERED BY: | | |
| ORDERED BY: | | JESSE GUZMAN |
| SIGNED BY: | | WET SIGNATURE |
| SALES REP: | | CASH CLARIDGE |
| CLOSED BY: | | |

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | | 3200.00 |
| OTHER CHARGES | 71.68 | | 71.68 |
| RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| TOTAL CHARGES | 3751.68 | | 3751.68 |
| | | | |
| NET DUE | | | 3751.68 |

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800276593  Make: SKYTRAK  Model: 10042  Ser #: 0160102882 | | | | | | |
| | 4601060 | | | | | | |
| | HR OUT: 411.50  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX     2201000001 | | | | | | 8.32 |

---

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



**HercRentals**™

CUSTOMER COPY
**PROGRESS BILLING**
6/23/21

Invoice Number:   31394260-016

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

AMOUNT DUE:                        $      3487.90

AMOUNT ENCLOSED:          $ _____

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

FO# :
JOB NUMBER :
RENTAL START DATE:
DELIVERED BY:
ORDERED BY:
SIGNED BY:
SALES REP:
CLOSED BY:

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

COLUMBUS FOE

4/01/20     7:00

ALFONSO GARCIA
RA REWRITE - VOID TSS
CASH CLARIDGE

RENTAL DAYS:                              28
INVOICE FROM DATE:                 5/26/21
INVOICE THRU DATE:                 6/23/21

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |

NET DUE                                    3487.90

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800263245  Make: SKYTRAK  Model: 10042  Ser #: 0160098450 | | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 780.00  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE       EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX         2201000001 | | | | | | | 7.74 |

Customer Number:   2998242        Res/Quote Number:              Invoice Number:   31394260-016        Invoice Date:   6/23/21

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1



**CUSTOMER COPY**
**PROGRESS BILLING**
6/23/21

Invoice Number:  **31394325-018**

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
 **LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
 **DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 3487.90 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

POH :

JOB NUMBER :                    COLUMBUS POE

RENTAL START DATE:          4/01/20    7:00

DELIVERED BY:

ORDERED BY:                     ALFONSO GARCIA

SIGNED BY:            RA REWRITE - VOID TSS

SALES REP:                      CASH CLARIDGE

CLOSED BY:

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS:                          28
INVOICE FROM DATE:            5/26/21
INVOICE THRU DATE:            6/23/21

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |

NET DUE                                   3487.90

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800254291  Make: GENIE  Model: GTH-1056   Ser #: GTH10E-13904 | | | | | | | |
| | 4601070 | | | | | | | |
| | HR OUT: 900.00  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | | 7.74 |

---

Page 1

# HercRentals™

**CUSTOMER COPY**
**PROGRESS BILLING**
6/23/21

Invoice Number:  **31394467-017**

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT DUE:  $  **3487.90**

| AMOUNT ENCLOSED: | $ |
|---|---|

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:  2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP 46 | INVOICE FROM DATE: | 5/26/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 6/23/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |

Ph: 915-590-9399
Fax:915-590-9975

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | RENTAL CHARGES | 2975.00 | | 2975.00 |
| JOB NUMBER : | COLUMBUS POE | OTHER CHARGES | 66.65 | | 66.65 |
| RENTAL START DATE: | 4/01/20    7:00 | RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| DELIVERED BY: | | TOTAL CHARGES | 3487.90 | | 3487.90 |
| ORDERED BY: | ALFONSO GARCIA | | | | |
| SIGNED BY: | RA REWRITE - VOID TSS | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | | | | | |
| | | NET DUE | | | 3487.90 |

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800277034  Make: SKYTRAK  Model: 10042  Ser #: 0160102881 | | | | | | |
| | 4601060 | | | | | | |
| | HR OUT: 88.00  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | 7.74 |

---

| Customer Number: 2998242 | Res/Quote Number: | Invoice Number: 31394467-017 | Invoice Date: 6/23/21 |
|---|---|---|---|

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

 **HercRentals™**

CUSTOMER COPY
**PROGRESS BILLING**
6/23/21

Invoice Number:   31394469-019

Res/Quote Number:

AMOUNT DUE:   $   3487.90

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT ENCLOSED:   $ _____

CUSTOMER NUMBER:   2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax: 915-590-9975

SHIPPING ADDRESS:
XLP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS:                    28
INVOICE FROM DATE:      5/26/21
INVOICE THRU DATE:      6/23/21

PO# :

JOB NUMBER :                    COLUMBUS POE

RENTAL START DATE:      4/01/20     7:00

DELIVERED BY:

ORDERED BY:                      ALFONSO GARCIA

SIGNED BY:                          RA REWRITE

SALES REP:                          CASH CLARIDGE

CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 |  | 2975.00 |
| OTHER CHARGES | 66.65 |  | 66.65 |
| RPP 15% of Rent Chgs | 446.25 |  | 446.25 |
| TOTAL CHARGES | 3487.90 |  | 3487.90 |

NET DUE                                    3487.90

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
|  | 800262673  Make: SKYTRAK  Model: 10042  Ser #: 0160098439 | | | | | | |
|  | 4601060 | | | | | | |
|  | HR OUT: 124.90  HR IN: HR CHG: | | | | | | |
|  | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | 58.91 |
|  | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | 7.74 |

Customer Number:   2998242        Res/Quote Number:          Invoice Number:   31394469-019        Invoice Date:   6/23/21
**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

 **HercRentals**™

**CUSTOMER COPY**
**PROGRESS BILLING**
6/25/21

Invoice Number:   31387675-019

AMOUNT DUE:         $      5369.20

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

CUSTOMER NUMBER:                    2998242

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

---

| | | |
|---|---|---|
| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS:            28 |
| HERC RENTALS   ( 403 ) | CAMP RAMSEY | INVOICE FROM DATE:    5/28/21 |
| 830 PENDALE ROAD | UNNAMED ROAD | INVOICE THRU DATE:    6/25/21 |
| EL PASO, TX  79907 | DEMING, NM  88030 | |
| Ph: 915-590-9399 | | |
| Fax: 915-590-9975 | | |

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | | 4500.00 |
| OTHER CHARGES | 194.20 | | 194.20 |
| RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| TOTAL CHARGES | 5369.20 | | 5369.20 |

PO# :
JOB NUMBER :                 1 - ELP 2-3
RENTAL START DATE:      4/03/20   14:00
DELIVERED BY:
ORDERED BY:               JESSE GUZMAN
SIGNED BY:         RA REWRITE - VOID TSS
SALES REP:             CASH CLARIDGE
CLOSED BY:

NET DUE                                          5369.20

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |
| | 800168308  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFE4JDJJ3507 | | | | | | |
| | LICENSE:  OK 3GF575 | | | | | | |
| | 6596050 | | | | | | |
| | MI OUT: 21982.70  MI IN: MIL  CHG:.25 | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 124.20 |
| | VEHICLE LICENSING FEE        3790000001       2.50 per day | | | | | | 70.00 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1

 **HercRentals**™

**CUSTOMER COPY**
**PROGRESS BILLING**
6/25/21

Res/Quote Number: 52840274

**PAYMENT TERMS ARE DUE UPON RECEIPT**
  **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
  **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

Invoice Number:   **31431596-017**

AMOUNT DUE:        $       **3751.68**

AMOUNT ENCLOSED:      $ _____

CUSTOMER NUMBER:            2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

--------------------------------------------------------------------

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
NM-9
COLUMBUS, NM  88029

RENTAL DAYS:                28
INVOICE FROM DATE:      5/28/21
INVOICE THRU DATE:      6/25/21

PO#:                      490-036
JOB NUMBER :          CAMP RAMSEY
RENTAL START DATE:   5/01/20   10:00
DELIVERED BY:
ORDERED BY:         ALFONZO GARCIA
SIGNED BY:            WET SIGNATURE
SALES REP:           CASH CLARIDGE
CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | | 3200.00 |
| OTHER CHARGES | 71.68 | | 71.68 |
| RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| TOTAL CHARGES | 3751.68 | | 3751.68 |

NET DUE                                3751.68

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 600.00 | 100.00 | 600.00 | 2100.00 | 3200.00 | 3200.00 |
|  | 800277840  Make: SKYTRAK  Model: 10042  Ser #: 0160103244 | | | | | | |
|  | 4601060 | | | | | | |
|  | HR OUT: 925.15  HR IN: HR CHG: | | | | | | |
|  | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | 63.36 |
|  | TX SPECIAL INVENTORY TAX         2201000001 | | | | | | 8.32 |

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
6/26/21

Invoice Number:   31804474-008

| AMOUNT DUE: | $ | 3487.88 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
  **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
· **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | | SHIPPING ADDRESS: | | RENTAL DAYS: | 28 |
|---|---|---|---|---|---|
| HERC RENTALS  ( 403 ) | | ELP C/D 520 | | INVOICE FROM DATE: | 5/29/21 |
| 830 PENDALE ROAD | | NM-9 | | INVOICE THRU DATE: | 6/26/21 |
| EL PASO, TX  79907 | | COLUMBUS, NM  88029 | | | |

Ph: 915-590-9399
Fax:915-590-9975

|  |  | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | 480-979 | RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| JOB NUMBER : | 1 - ELP C/D 520 | OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RENTAL START DATE: | 11/14/20   12:00 | RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| DELIVERED BY: | | TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

ORDERED BY:                 DONLIN
SIGNED BY:            PHYSICAL PO
SALES REP:           CASH CLARIDGE
CLOSED BY:

NET DUE                               3487.88

---

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
| | 800260263  Make: SKYTRAK  Model: 10042  Ser #: 0160097975 | | | | | | |
| | 4601060 | | | | | | |
| | HR OUT: 1921.75  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 58.90 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | 7.73 |

---

Page   1



CUSTOMER COPY
**PROGRESS BILLING**
6/30/21

Invoice Number:   31540850-013

Res/Quote Number:

AMOUNT DUE:   $   3751.68

**PAYMENT TERMS ARE DUE UPON RECEIPT**
  LATE CHARGES MAY APPLY
**Customer is responsible for FUEL, FLATS,**
  DAMAGE and CLEANUP FEES.

AMOUNT ENCLOSED:   $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:   2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9359
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
NM-9
COLUMBUS, NM  88029

RENTAL DAYS:                          28
INVOICE FROM DATE:            6/02/21
INVOICE THRU DATE:            6/30/21

PO# :                              490115
JOB NUMBER :              CAMP RAMSEY
RENTAL START DATE:      7/01/20   12:00
DELIVERED BY:
ORDERED BY:          ALFONSO GARCIA
SIGNED BY:              PHYSICAL PO
SALES REP:              CASH CLARIDGE
CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | | 3200.00 |
| OTHER CHARGES | 71.68 | | 71.68 |
| RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| TOTAL CHARGES | 3751.68 | | 3751.68 |

NET DUE                                          3751.68

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800203124  Make: SKYTRAK  Model: 10054  Ser #: 0160085969 | | | | | | |
| | 4601070 | | | | | | |
| | HR OUT: 1523.20  HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | 8.32 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page    1


**HERC** Rentals™

CUSTOMER COPY
**PROGRESS BILLING**
6/30/21

Invoice Number:    32042819-004

Res/Quote Number: 53431399
**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
   DAMAGE and CLEANUP FEES.

| AMOUNT DUE: | $ | 4500.01 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

| | RENTAL DAYS: | | 28 |
|---|---|---|---|
| | INVOICE FROM DATE: | | 6/02/21 |
| | INVOICE THRU DATE: | | 6/30/21 |

PO# :                    480-1367
JOB NUMBER :        COLUMBUS POE
RENTAL START DATE:    4/07/21   12:00
DELIVERED BY:
ORDERED BY:                DONLEN
SIGNED BY:            WET SIGNATURE
SALES REP:           CASH CLARIDGE
CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3785.00 | | 3785.00 |
| OTHER CHARGES | 84.78 | | 84.78 |
| RPP 15% of Rent Chgs | 567.75 | | 567.75 |
| FUEL CHARGES | 62.48 | | 62.48 |
| TOTAL CHARGES | 4500.01 | | 4500.01 |

NET DUE                                    4500.01

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM STRAIGHT 80FT 4WD DSL HIGH CAP | 8/ | 615.00 | 102.50 | 615.00 | 1550.00 | 3785.00 | 3785.00 |
| | 800218662  Make: GENIE  Model: S-80XC  Ser #: S80XCH-528 | | | | | | | |
| | 4104242 | | | | | | | |
| | HR OUT: 1792.30  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 74.94 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | | 9.84 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8.33 | REFUEL | EA | 7.500 | | | | | 62.48 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | | | | | |
| | Fuel on exchanged boom 6/9 | | | | | | | |

---



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
7/03/21

Invoice Number:   32050450-003

| AMOUNT DUE: | $ | 5015.92 |
|---|---|---|

| AMOUNT ENCLOSED: | $ | _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:           2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---
To insure accurate and timely posting, detach and send top portion with your payment
---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS:                      28
INVOICE FROM DATE:          6/05/21
INVOICE THRU DATE:          7/03/21

PO# :

JOB NUMBER :                    COLUMBUS POE

RENTAL START DATE:      4/10/21    7:00

DELIVERED BY:

ORDERED BY:             DONELON GUZMAN

SIGNED BY:          EMAIL CONFIRMATION

SALES REP:               CASH CLARIDGE

CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4200.00 | | 4200.00 |
| OTHER CHARGES | 185.92 | | 185.92 |
| RPP 15% of Rent Chgs | 630.00 | | 630.00 |
| TOTAL CHARGES | 5015.92 | | 5015.92 |

NET DUE                                    5015.92

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 473.00 | 78.83 | 473.00 | 1541.00 | 4200.00 | 4200.00 |

800199446  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC3JDJL6095
LICENSE:  OK 3BU386
6596050
MI OUT: 19369.00  MI IN: MIL  CHG:.25
EMISSIONS & ENV SURCHARGE      EMISSIONS                                    115.92
VEHICLE LICENSING FEE          3790000001      2.50 per day                  70.00

| Customer Number: | 2998242 | Res/Quote Number: | | Invoice Number: | 32050450-003 | Invoice Date: | 7/03/21 |
|---|---|---|---|---|---|---|---|

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



CUSTOMER COPY
**PROGRESS BILLING**
7/05/21

Invoice Number:   **32165971-001**

Res/Quote Number:

PAYMENT TERMS ARE DUE UPON RECEIPT
 LATE CHARGES MAY APPLY
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

AMOUNT DUE:                           $    **2390.22**

AMOUNT ENCLOSED:          $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | PORT OF ENTRY | INVOICE FROM DATE: | 6/07/21 |
| 830 PENDALE ROAD | NM-11 | INVOICE THRU DATE: | 7/05/21 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | |

Ph: 915-590-9399
Fax:915-590-9975

PO# :

JOB NUMBER :                    PORT OF ENTRY

RENTAL START DATE:        6/07/21   11:55

DELIVERED BY:

ORDERED BY:                        DONELLON

SIGNED BY:              ON RENT CONFIRMATION

SALES REP:                       CASH CLARIDGE

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 1608.00 | | 1608.00 |
| OTHER CHARGES | 91.02 | | 91.02 |
| RPP 15% of Rent Chgs | 241.20 | | 241.20 |
| DELIVERY/PICK UP | 450.00 | | 450.00 |
| TOTAL CHARGES | 2390.22 | | 2390.22 |

NET DUE                                                    2390.22

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM ARTICULATED 45FT 4WD DSL | 8/ | 282.00 | 47.00 | 282.00 | 732.00 | 1608.00 | 1608.00 |

468450236  Make: GENIE  Model: Z-45/25  Ser #: Z452513A45771
4103110
HR OUT: 2445.60  HR IN: HR CHG:

| EMISSIONS & ENV SURCHARGE | EMISSIONS | 31.84 |
|---|---|---|
| TX SPECIAL INVENTORY TAX | 2201000001 | 4.18 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 45.000 | 45.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1



CUSTOMER COPY
**PROGRESS BILLING**
7/07/21

Invoice Number:   31405255-019

| | |
|---|---|
| AMOUNT DUE: | $     5369.20 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
  DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment .

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

| RENTAL DAYS: | 28 |
|---|---|
| INVOICE FROM DATE: | 6/09/21 |
| INVOICE THRU DATE: | 7/07/21 |

PO# :

JOB NUMBER :              COLUMBUS POE

RENTAL START DATE:        4/15/20   12:00

DELIVERED BY:

ORDERED BY:               ALFONSO GARCIA

SIGNED BY:                WET SIGNATURE

SALES REP:                CASH CLARIDGE

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | | 4500.00 |
| OTHER CHARGES | 194.20 | | 194.20 |
| RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| TOTAL CHARGES | 5369.20 | | 5369.20 |

NET DUE                                          5369.20

---

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ | 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |

800205953  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC6JDJL6091
LICENSE:  OK 3BW794
6596050
MI OUT: 34817.30  MI IN: MIL CHG: .25
EMISSIONS & ENV SURCHARGE        EMISSIONS                          124.20
VEHICLE LICENSING FEE            3790000001    2.50 per day          70.00

---

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**



Page   1

**CUSTOMER COPY**
**ORIGINAL INVOICE**
7/13/21

Invoice Number:      31431596-018

AMOUNT DUE:                    $      4473.76

AMOUNT ENCLOSED:            $ _____

Res/Quote Number: 52840274
**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | RENTAL DAYS: | 13 |
|---|---|---|---|---|
| RENTED FROM: | SHIPPING ADDRESS: | | INVOICE FROM DATE: | 6/25/21  10:01 |
| HERC RENTALS  ( 403 ) | CAMP RAMSEY | | INVOICE THRU DATE: | 7/08/21  10:00 |
| 830 PENDALE ROAD | NM-9 | | | |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | | |
| Ph: 915-590-9399 | | | | |
| Fax:915-590-9975 | | | | |

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | 490-036 | | | |
| | | RENTAL CHARGES | 3200.00 | | 3200.00 |
| JOB NUMBER : | CAMP RAMSEY | OTHER CHARGES | 126.68 | | 126.68 |
| RENTAL START DATE: | 5/01/20   10:00 | RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| DELIVERED BY: | HERC | FUEL CHARGES | 117.08 | | 117.08 |
| ORDERED BY: | ALFONZO GARCIA | DELIVERY/PICK UP | 550.00 | | 550.00 |
| SIGNED BY: | WET SIGNATURE | TOTAL CHARGES | 4473.76 | | 4473.76 |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | VINCENTE S. GOMEZ | | | | |

NET DUE                                                        4473.76

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 600.00 | 100.00 | 600.00 | 600.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800277840  Make: SKYTRAK  Model: 10042  Ser #: 0160103244 | | | | | | | |
| | 4601060          Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 925.150  HR IN: 1254.800  TOTAL: 329.650 | | | | | | | |
| | 03/03/21 Total Hours from Prior Exchange | | | | | | | |
| | TOTAL: 329.650   FREE: 2488.000   EXCESS: 0 | | | | | | | |
| | HRS CHG: 20.000 | | | | | | | |

Unit returned with bent forks, chgs pend
ing
EMISSIONS & ENV SURCHARGE          EMISSIONS                                63.36
TX SPECIAL INVENTORY TAX ,          2201000001                              8.32
SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| 15.61 | REFUEL | EA | 7.500 | 117.08 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 1 | TRANS SRVC SURCHARGE | | 55.000 | 55.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | |

| DATE | TYPE | | AMOUNT CONTINUED |
|---|---|---|---|



Page   2

**CUSTOMER COPY**
## ORIGINAL INVOICE
7/13/21
Customer Number: 2998242

Invoice Number:       31431596-018

Res/Quote Number: 52840274

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

**Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.**

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|---|------|-----|------|-----|------|--------|--------|
| 5/01/20 | | DEPOSIT RECEIVED | | | | | | | |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



**CUSTOMER COPY**
**ORIGINAL INVOICE**
7/16/21

Invoice Number:    31394325-019

AMOUNT DUE:                          $    4050.40

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | | 13 |
|---|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP 46 | INVOICE FROM DATE: | 6/23/21 | 7:01 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 7/06/21 | 7:31 |
| EL PASO, TX . 79907 | ANTHONY, NM  88021 | | | |
| Ph: 915-590-9399 | | | | |
| Fax:915-590-9975 | | | | |

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| FUEL CHARGES | 112.50 | | 112.50 |
| DELIVERY/PICK UP | 450.00 | | 450.00 |
| TOTAL CHARGES | 4050.40 | | 4050.40 |

PO# :
JOB NUMBER :                    COLUMBUS POE
RENTAL START DATE:        4/01/20      7:00
DELIVERED BY:                              HERC
ORDERED BY:                  ALFONSO GARCIA
SIGNED BY:            RA REWRITE - VOID TSS
SALES REP:                        CASH CLARIDGE
CLOSED BY:              VINCENTE S. GOMEZ

NET DUE                                        4050.40

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800254291  Make: GENIE  Model: GTH-1056   Ser #: GTH10E-13904 | | | | | | |
| | 4601070                Hours Free: | | | 8 | 40 | 160 | |
| | HR OUT: 900.000   HR IN: 2600.000   TOTAL: 1700.000 | | | | | | |
| | FREE: 2328.000     EXCESS: 0     HRS CHG: 18.594 | | | | | | |
| | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | 7.74 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| 15 | REFUEL | EA | 7.500 | 112.50 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
7/21/21

Invoice Number:   31394467-018

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT DUE:                $    3487.90

AMOUNT ENCLOSED:        $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:            2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

| | | | |
|---|---|---|---|
| RENTED FROM:<br>HERC RENTALS   ( 403 )<br>830 PENDALE ROAD<br>EL PASO, TX  79907<br>Ph: 915-590-9399<br>Fax:915-590-9975 | SHIPPING ADDRESS:<br>ELP 46<br>NM-9<br>ANTHONY, NM  88021 | RENTAL DAYS:<br>INVOICE FROM DATE:<br>INVOICE THRU DATE: | 28<br>6/23/21<br>7/21/21 |

PO# :

JOB NUMBER :                    COLUMBUS POE

RENTAL START DATE:          4/01/20      7:00

DELIVERED BY:

ORDERED BY:                      ALFONSO GARCIA

SIGNED BY:                        RA REWRITE - VOID TSS

SALES REP:                        CASH CLARIDGE

CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |

NET DUE                                          3487.90

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800277034  Make: SKYTRAK  Model: 10042  Ser #: 0160102881 | | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 88.00  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | | 7.74 |

---

Customer Number:   2998242        Res/Quote Number:                Invoice Number:   31394467-018        Invoice Date:   7/21/21

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**



Page  1

### CUSTOMER COPY
### PROGRESS BILLING
7/21/21

Invoice Number:    31394469-020

| AMOUNT DUE: | $ | 3487.90 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

| | | | RENTAL DAYS: | 28 |
|---|---|---|---|---|
| | | | INVOICE FROM DATE: | 6/23/21 |
| | | | INVOICE THRU DATE: | 7/21/21 |

POH :

JOB NUMBER :            COLUMBUS POE

RENTAL START DATE:     4/01/20    7:00

DELIVERED BY:

ORDERED BY:            ALFONSO GARCIA

SIGNED BY:             RA REWRITE

SALES REP:             CASH CLARIDGE

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |

NET DUE                                3487.90

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800262673  Make: SKYTRAK  Model: 10042  Ser #: 0160098439 | | | | | | |
| | 4601060 | | | | | | |
| | HR OUT: 124.90   HR IN: HR CHG: | | | | | | |
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | 7.74 |

Customer Number:   2998242    Res/Quote Number:    Invoice Number:   31394469-020    Invoice Date:   7/21/21

Page  1



**CUSTOMER COPY**
**ORIGINAL INVOICE**
7/22/21

Invoice Number:    31624663-012

AMOUNT DUE:                    $      4246.68

| AMOUNT ENCLOSED:              $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

--------------------------------------------------------------------------------

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ANTELOPE WELLS NM
NM-81
HACHITA, NM  88040

RENTAL DAYS:                        19
INVOICE FROM DATE:    6/18/21   12:01
INVOICE THRU DATE:    7/07/21   12:00

PO# :                        500013
JOB NUMBER :            ANTELOPE WELLS NM
RENTAL START DATE:    8/14/20   12:00
DELIVERED BY:                    HERC
ORDERED BY:              JESSE GUZMAN
SIGNED BY:               WET SIGNATURE
SALES REP:               CASH CLARIDGE
CLOSED BY:               JAMES A. MENCHACA

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 |  | 3200.00 |
| OTHER CHARGES | 116.68 |  | 116.68 |
| RPP 15% of Rent Chgs | 480.00 |  | 480.00 |
| DELIVERY/PICK UP | 450.00 |  | 450.00 |
| TOTAL CHARGES | 4246.68 |  | 4246.68 |

NET DUE                                4246.68

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
|  | 800276593 Make: SKYTRAK  Model: 10042  Ser #: 0160102882 |  |  | 8 | 40 | 1.60 |  |
|  | 4601060                Hours Free: |  |  |  |  |  |  |

HR OUT: 411.500  HR IN: 1743.400  TOTAL: 1331.900
FREE: 1920.000    EXCESS: 0      HRS CHG: 20.000
EMISSIONS & ENV SURCHARGE        EMISSIONS                                    63.36
TX SPECIAL INVENTORY TAX         2201000001                                    8.32

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE |  | 45.000 | 45.00 |
|  | 3710000001 - TRANS SERVICE SURCHARGE |  |  |  |

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
7/23/21

Invoice Number:         31387675-020

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
  **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
  **DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 5369.20 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:         2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

- - - - - - - - - - - - To insure accurate and timely posting, detach and send top portion with your payment - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
 Ph: 915-590-9399
 Fax: 915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
UNNAMED ROAD
DEMING, NM  88030

| RENTAL DAYS: | 28 |
|---|---|
| INVOICE FROM DATE: | 6/25/21 |
| INVOICE THRU DATE: | 7/23/21 |

PO# :

JOB NUMBER :                     1 - ELP 2-3

RENTAL START DATE:        4/03/20   14:00

DELIVERED BY:

ORDERED BY:                  JESSE GUZMAN

SIGNED BY:          RA REWRITE - VOID TSS

SALES REP:                    CASH CLARIDGE

CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | | 4500.00 |
| OTHER CHARGES | 194.20 | | 194.20 |
| RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| TOTAL CHARGES | 5369.20 | | 5369.20 |

NET DUE                                              5369.20

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |
| | 800168308  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFE4JDJJ3507 | | | | | | |
| | LICENSE:  OK 3GF575 | | | | | | |
| | 6596050 | | | | | | |
| | MI OUT: 21982.70  MI IN: MIL  CHG:.25 | | | | | | |
| | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | 124.20 |
| | VEHICLE LICENSING FEE          3790000001 | 2.50 per day | | | | | 70.00 |



Page   1

CUSTOMER COPY
**PROGRESS BILLING**
7/24/21

Invoice Number:   31804474-009

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

| AMOUNT DUE: | $ | 3487.88 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP C/D 520 | INVOICE FROM DATE: | 6/26/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 7/24/21 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | |

Ph: 915-590-9399
Fax:915-590-9975

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | 480-979 | RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| JOB NUMBER : | 1 - ELP C/D 520 | OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RENTAL START DATE: | 11/14/20   12:00 | RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| DELIVERED BY: | | TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

ORDERED BY:          DONNELLON,P.GUZMAN
SIGNED BY:           PHYSICAL PO
SALES REP:           CASH CLARIDGE
CLOSED BY:

NET DUE                                              3487.88

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
| | 800260263  Make: SKYTRAK  Model: 10042 | Ser #: 0160097975 | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 1921.75  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | | 58.90 |
| | TX SPECIAL INVENTORY TAX     2201000001 | | | | | | | 7.73 |

Page  1



**CUSTOMER COPY**
**PROGRESS BILLING**
7/28/21

Invoice Number:    32042819-005

Res/Quote Number: 53431399

**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

AMOUNT DUE:                    $      4437.53

AMOUNT ENCLOSED:          $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

- - - - - - - - - - - - - - - - To insure accurate and timely posting, detach and send top portion with your payment - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| **RENTED FROM:** | **SHIPPING ADDRESS:** | **RENTAL DAYS:** | 28 |
| HERC RENTALS  ( 403 ) | ELP 46 | **INVOICE FROM DATE:** | 6/30/21 |
| 830 PENDALE ROAD | NM-9 | **INVOICE THRU DATE:** | 7/28/21 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

|  | **Original** | **Adjustments** | **Total** |
|---|---|---|---|
| RENTAL CHARGES | 3785.00 | | 3785.00 |
| OTHER CHARGES | 84.78 | | 84.78 |
| RPP 15% of Rent Chgs | 567.75 | | 567.75 |
| TOTAL CHARGES | 4437.53 | | 4437.53 |

| | |
|---|---|
| PO#  : | 480-1367 |
| JOB NUMBER : | COLUMBUS POE |
| RENTAL START DATE: | 4/07/21   12:00 |
| DELIVERED BY: | |
| ORDERED BY: | DONNELLON.P.GUZMAN |
| SIGNED BY: | WET SIGNATURE |
| SALES REP: | CASH CLARIDGE |
| CLOSED BY: | |

NET DUE                                    4437.53

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM STRAIGHT 80FT 4WD DSL HIGH CAP | 8/ | 615.00 | 102.50 | 615.00 | 1550.00 | 3785.00 | 3785.00 |
| | 800218662  Make: GENIE  Model: S-80XC  Ser #: S80XCH-528 | | | | | | | |
| | 4104242 | | | | | | | |
| | HR OUT: 1792.30  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | | 74.94 |
| | TX SPECIAL INVENTORY TAX         2201000001 | | | | | | | 9.84 |

Page  1



CUSTOMER COPY
**PROGRESS BILLING**
7/28/21

Invoice Number:       32213482-002

| AMOUNT DUE: | $ | 3690.38 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

Res/Quote Number: 53597430
**PAYMENT TERMS ARE DUE UPON RECEIPT**
  **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
  **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

PO# :

JOB NUMBER :              1 - BEHIND LANDFILL

RENTAL START DATE:        6/30/21      8:00

DELIVERED BY:

ORDERED BY:               DONNELLON.P.GUZMAN

SIGNED BY:                ON RENT CONFIRMATION

SALES REP:                CASH CLARIDGE

CLOSED BY:

SHIPPING ADDRESS:
BEHIND LANDFILL ALONG FENCE
1000 CAMINO REAL BLVD
SUNLAND PARK, NM  88063

RENTAL DAYS:                          28
INVOICE FROM DATE:                6/30/21
INVOICE THRU DATE:                7/28/21

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| OTHER CHARGES | 99.18 | 5.05- | 94.13 |
| RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| DELIVERY/PICK UP | 175.00 | | 175.00 |
| TOTAL CHARGES | 3954.18 | 263.80- | 3690.38 |

NET DUE                                    3690.38

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
| | 800210781  Make: SKYTRAK  Model: 10054  Ser #: 0160086821 | | | | | | | |
| | 4601070 | | | | | | | |
| | HR OUT: 2809.50  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | | 58.90 |
| | TX SPECIAL INVENTORY TAX    2201000001 | | | | | | | 7.73 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE | | 17.500 | | | | | 17.50 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |
| 1 | TRANS SRVC SURCHARGE | | 10.000 | | | | | 10.00 |
| | 3710000001 - TRANS SERVICE SURCHARGE | | | | | | | |

Page   1



CUSTOMER COPY
**PROGRESS BILLING**
7/31/21

Invoice Number:   32050450-004

| AMOUNT DUE: | $ | 5015.92 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

- - - - - - - - - - - To insure accurate and timely posting, detach and send top portion with your payment - - - - - - - - - - -

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

PO# :

JOB NUMBER :

RENTAL START DATE:          4/10/21    7:00

DELIVERED BY:

ORDERED BY:

SIGNED BY:

SALES REP:

CLOSED BY:

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

COLUMBUS POE

DONELON GUZMAN

EMAIL CONFIRMATION

CASH CLARIDGE

RENTAL DAYS:                      28
INVOICE FROM DATE:          7/03/21
INVOICE THRU DATE:          7/31/21

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4200.00 | | 4200.00 |
| OTHER CHARGES | 185.92 | | 185.92 |
| RPP 15% of Rent Chgs | 630.00 | | 630.00 |
| TOTAL CHARGES | 5015.92 | | 5015.92 |

NET DUE                                    5015.92

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ | 473.00 | 78.83 | 473.00 | 1541.00 | 4200.00 | 4200.00 |
| | 800199446  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC3DJL6095 | | | | | | | |
| | LICENSE:  OK 3BU386 | | | | | | | |
| | 6596050 | | | | | | | |
| | MI OUT: 19369.00  MI IN: MIL CHG:.25 | | | | | | | 115.92 |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | | 70.00 |
| | VEHICLE LICENSING FEE        3790000001    2.50 per day | | | | | | | |

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
8/04/21

Invoice Number:    31405255-020

| AMOUNT DUE: | $ | 5369.20 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

Res/Quote Number:
**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

| RENTAL DAYS: | 28 |
|---|---|
| INVOICE FROM DATE: | 7/07/21 |
| INVOICE THRU DATE: | 8/04/21 |

PO# :

JOB NUMBER :              COLUMBUS POE

RENTAL START DATE:     4/15/20   12:00

DELIVERED BY:

ORDERED BY:               ALFONSO GARCIA

SIGNED BY:                WET SIGNATURE

SALES REP:                CASH CLARIDGE

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | | 4500.00 |
| OTHER CHARGES | 194.20 | | 194.20 |
| RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| TOTAL CHARGES | 5369.20 | | 5369.20 |

NET DUE                                    5369.20

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |
| | 800205953  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC6JDJL6091 | | | | | | |
| | LICENSE:  OK 3BW794 | | | | | | |
| | 6596050 | | | | | | |
| | MI OUT: 34817.30  MI IN: MIL CHG:.25 | | | | | | |
| | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | 124.20 |
| | VEHICLE LICENSING FEE          3790000001 | 2.50 per day | | | | | 70.00 |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
8/25/21

|||||||||||||||||||||||||||||

Invoice Number:        **32213482-003**

Res/Quote Number: 53597430

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for **FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 3487.88 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
|---|---|---|---|
| HERC RENTALS ( 403) | BEHIND LANDFILL ALONG FENCE | INVOICE FROM DATE: | 7/28/21 |
| 830 PENDALE ROAD | 1000 CAMINO REAL BLVD | INVOICE THRU DATE: | 8/25/21 |
| EL PASO, TX 79907 | SUNLAND PARK, NM 88063 | | |

Ph: 915-590-9399
Fax:915-590-9975

PO# :

JOB NUMBER :        1 - BEHIND LANDFILL

RENTAL START DATE:        6/30/21    8:00

DELIVERED BY:

ORDERED BY:        DONNELLON,P.GUZMAN

SIGNED BY:        ON RENT CONFIRMATION

SALES REP:        CASH CLARIDGE

CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

NET DUE        3487.88

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
|  | 800210781  Make: SKYTRAK  Model: 10054  Ser #: 0160086821 | | | | | | |
|  | 4601070 | | | | | | |
|  | HR OUT: 2809.50  HR IN: HR CHG: | | | | | | |
|  | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | 58.90 |
|  | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | 7.73 |



Page   1

**CUSTOMER COPY**
**PROGRESS BILLING**
9/01/21

Invoice Number:    31405255-021

| | |
|---|---|
| AMOUNT DUE: | $      5369.20 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:        2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

---

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS:            28
INVOICE FROM DATE:      8/04/21
INVOICE THRU DATE:      9/01/21

PO# :

JOB NUMBER :                    COLUMBUS POE

RENTAL START DATE:      4/15/20   12:00

DELIVERED BY:

ORDERED BY:                     ALFONSO GARCIA

SIGNED BY:                      WET SIGNATURE

SALES REP:                      CASH CLARIDGE

CLOSED BY:

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 4500.00 | | 4500.00 |
| OTHER CHARGES | 194.20 | | 194.20 |
| RPP 15% of Rent Chgs | 675.00 | | 675.00 |
| TOTAL CHARGES | 5369.20 | | 5369.20 |
| NET DUE | | | 5369.20 |

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 4500.00 |
| | 800205953  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC6JDJL6091 | | | | | | |
| | LICENSE:  OK 3BW794 | | | | | | |
| | 6596050 | | | | | | |
| | MI OUT: 34817.30  MI IN: MIL CHG:.25 | | | | | | |
| | EMISSIONS & ENV SURCHARGE       EMISSIONS | | | | | | 124.20 |
| | VEHICLE LICENSING FEE           3790000001 | | 2.50 per day | | | | 70.00 |

---

Page   1



CUSTOMER COPY
**ORIGINAL INVOICE**
9/09/21

Invoice Number:   31387675-022

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

| AMOUNT DUE: | $ | 1065.10 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

CUSTOMER NUMBER:   2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
CAMP RAMSEY
UNNAMED ROAD
DEMING, NM  88030

| | | RENTAL DAYS/HOURS: | 19/16.30 |
|---|---|---|---|
| | | INVOICE FROM DATE: | 8/20/21   14:01 |
| | | INVOICE THRU DATE: | 9/09/21   7:18 |

PO# :

JOB NUMBER :                    1 - ELP 2-3

RENTAL START DATE:         4/03/20   14:00

DELIVERED BY:                              HERC

ORDERED BY:                       JESSE GUZMAN

SIGNED BY:          RA REWRITE - VOID TSS

SALES REP:                       CASH CLARIDGE

CLOSED BY:            JAMES A. MENCHACA

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 482.00 | | 482.00 |
| OTHER CHARGES | 60.80 | | 60.80 |
| RPP 15% of Rent Chgs | 72.30 | | 72.30 |
| DELIVERY/PICK UP | 450.00 | | 450.00 |
| TOTAL CHARGES | 1065.10 | | 1065.10 |

NET DUE                                                    1065.10

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ | 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | 482.00 |

800168308  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFE4JDJJ3507
LICENSE: OK 3GF575
6596050
MI OUT: 21982.70  MI IN: 21982.70  MI USED: 0
05/26/20 Total Miles from Prior Exchange
06/24/21 Total Miles from Prior Exchange
    TOTAL: 0       FREE: 0       EXCESS: 0
                                    MIL CHG: .25

| | | | |
|---|---|---|---|
| RATE WAS PRORATED | | | |
| EMISSIONS & ENV SURCHARGE | EMISSIONS | | 13.30 |
| VEHICLE LICENSING FEE | 3790000001 | 2.50 per day | 47.50 |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com



Page   1

**CUSTOMER COPY**
**ORIGINAL INVOICE**
9/09/21

Invoice Number:      31405255-022

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
· **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
    **DAMAGE and CLEANUP FEES.**

AMOUNT DUE:                    $      495.00

| AMOUNT ENCLOSED: | $ |
|---|---|

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:                  2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

-- -- -- -- -- -- To insure accurate and timely posting, detach and send top portion with your payment -- -- -- -- -- --

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS/HOURS:          7/18.32
INVOICE FROM DATE:     9/01/21  12:01
INVOICE THRU DATE:     9/09/21   7:19

PO# :

JOB NUMBER :                       COLUMBUS POE

RENTAL START DATE:      4/15/20   12:00

DELIVERED BY:                           HERC

ORDERED BY:                    ALFONSO GARCIA

SIGNED BY:                      WET SIGNATURE

SALES REP:                      CASH CLARIDGE

CLOSED BY:                   JAMES A. MENCHACA

|  | Original | Adjustments | Total |
|---|---|---|---|
| OTHER CHARGES | 45.00 |  | 45.00 |
| DELIVERY/PICK UP | 450.00 |  | 450.00 |
| TOTAL CHARGES | 495.00 |  | 495.00 |

NET DUE                                               495.00

| QTY | EQUIPMENT # | HRS/ MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | 8/ 595.00 | 99.17 | 595.00 | 1750.00 | 4500.00 | N/C |

800205953  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC6JDJL6091
LICENSE:  OK 3BW794
6596050
MI OUT: 34817.30  MI IN: 34817.30  MI USED: 0
05/06/20 Total Miles from Prior Exchange
05/27/20 Total Miles from Prior Exchange
04/12/21 Total Miles from Prior Exchange
    TOTAL; 0    FREE: 0    EXCESS; 0
                                    MIL CHG: .25

EMISSIONS & ENV SURCHARGE        EMISSIONS                                N/C
VEHICLE LICENSING FEE            3790000001      2.50 per day             N/C
SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | TRANS SRVC SURCHARGE |  | 45.000 | -45.00- |

3710000001 - TRANS SERVICE SURCHARGE

DATE                 TYPE                                        AMOUNT
                                                              CONTINUED

Page   2



**CUSTOMER COPY**
**ORIGINAL INVOICE**
9/09/21
Customer Number: 2998242

Invoice Number:   31405255-022

Res/Quote Number:

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|--|------|-----|------|-----|------|--------|--------|
| 4/15/20 | | DEPOSIT RECEIVED | | | | | | | |

For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com

Page 1



CUSTOMER COPY
## ORIGINAL INVOICE
9/13/21

Invoice Number:     32050450-006

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

AMOUNT DUE:                    $      495.00

| AMOUNT ENCLOSED: | $ _____ |

CUSTOMER NUMBER:                2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

---

To insure accurate and timely posting, detach and send top portion with your payment

---

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL HOURS:                          .47
INVOICE FROM DATE:      8/28/21   7:01
INVOICE THRU DATE:      8/28/21   7:28

PO#:

JOB NUMBER :                    COLUMBUS POE
RENTAL START DATE:      4/10/21    7:00
DELIVERED BY:                          HERC
ORDERED BY:                   DONELON GUZMAN
SIGNED BY:                 EMAIL CONFIRMATION
SALES REP:                    CASH CLARIDGE
CLOSED BY:               JAMES A. MENCHACA

|  | Original | Adjustments | Total |
|---|---|---|---|
| OTHER CHARGES | 45.00 |  | 45.00 |
| DELIVERY/PICK UP | 450.00 |  | 450.00 |
| TOTAL CHARGES | 495.00 |  | 495.00 |

NET DUE                                     495.00

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TRUCK WATER 4000 GALLON DSL | | 8/ | 473.00 | 78.83 | 473.00 | 1541.00 | 4200.00 | N/C |

800199446  Make: FREIGHTLIN  Model: M2-106  Ser #: 3ALHCYFC3JDJL6095
LICENSE:  OK 3BU386
6596050
MI OUT: 19369.00  MI IN: 19369.00  MI USED: 0
                              MIL CHG: .25

UNIT RETURNED WITH BROKEN WINDSHIELD                                N/C
EMISSIONS & ENV SURCHARGE      EMISSIONS                            N/C
VEHICLE LICENSING FEE       3790000001    2.50 per day

| SALES ITEMS: | | | | |
|---|---|---|---|---|
| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
| 1 | TRANS SRVC SURCHARGE | | 45.000 | 45.00 |
|  | 3710000001 - TRANS SERVICE SURCHARGE | | | |



Page  1

**CUSTOMER COPY**
**PROGRESS BILLING**
9/15/21

Res/Quote Number:

Invoice Number:    31394467-020

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT DUE:                    $    3487.90

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

SHIPPING ADDRESS:
ELP 46
NM-9
ANTHONY, NM  88021

RENTAL DAYS:                         28
INVOICE FROM DATE:                 8/18/21
INVOICE THRU DATE:                 9/15/21

PO# :
JOB NUMBER :                        COLUMBUS POE
RENTAL START DATE:        4/01/20    7:00
DELIVERED BY:
ORDERED BY:                     ALFONSO GARCIA
SIGNED BY:              RA REWRITE - VOID TSS
SALES REP:                       CASH CLARIDGE
CLOSED BY:

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 2975.00 | | 2975.00 |
| OTHER CHARGES | 66.65 | | 66.65 |
| RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| TOTAL CHARGES | 3487.90 | | 3487.90 |

NET DUE                                    3487.90

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800277034  Make: SKYTRAK  Model: 10042  Ser #: 0160102881 | | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 88.00  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | | 7.74 |

Page  1


**HERC**Rentals™

CUSTOMER COPY
**PROGRESS BILLING**
9/18/21

Invoice Number:    **31804474-011**

AMOUNT DUE:              $        3751.68

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT
  LATE CHARGES MAY APPLY
Customer is responsible for FUEL, FLATS,
  DAMAGE and CLEANUP FEES.**

AMOUNT ENCLOSED:                $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

| | | | | | |
|---|---|---|---|---|---|
| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS: | | | 28 |
| HERC RENTALS ( 403 ) | ELP C/D 520 | INVOICE FROM DATE: | | | 8/21/21 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | | | 9/18/21 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | | | |

Ph: 915-590-9399
Fax:915-590-9975

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | 480-979 | RENTAL CHARGES | 3200.00 | | 3200.00 |
| JOB NUMBER : | 1 - ELP C/D 520 | OTHER CHARGES | 71.68 | | 71.68 |
| RENTAL START DATE: | 11/14/20   12:00 | RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| DELIVERED BY: | | TOTAL CHARGES | 3751.68 | | 3751.68 |

ORDERED BY:         DONNELLON.P.GUZMAN
SIGNED BY:          PHYSICAL PO
SALES REP:          CASH CLARIDGE
CLOSED BY:

NET DUE                                3751.68

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800260263  Make: SKYTRAK  Model: 10042  Ser #: 0160097975 | | | | | | | |
| | 4601060 | | | | | | | |
| | HR OUT: 1921.75  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE     EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX      2201000001 | | | | | | | 8.32 |



Page 1

CUSTOMER COPY
**PROGRESS BILLING**
9/22/21

Res/Quote Number: 53431399

Invoice Number:    32042819-007

**PAYMENT TERMS ARE DUE UPON RECEIPT
LATE CHARGES MAY APPLY**
Customer is responsible for FUEL, FLATS,
   DAMAGE and CLEANUP FEES.

| AMOUNT DUE: | $ | 4437.53 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:                2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| RENTED FROM: | | SHIPPING ADDRESS: | RENTAL DAYS: | 28 |
| --- | --- | --- | --- | --- |
| HERC RENTALS ( 403 ) | | ELP 46 | INVOICE FROM DATE: | 8/25/21 |
| 830 PENDALE ROAD | | NM-9 | INVOICE THRU DATE: | 9/22/21 |
| EL PASO, TX 79907 | | ANTHONY, NM 88021 | | |
| Ph: 915-590-9399 | | | | |
| Fax:915-590-9975 | | | | |

|  | Original | Adjustments | Total |
| --- | --- | --- | --- |
| PO# : | 480-1367 | RENTAL CHARGES | 3785.00 | | 3785.00 |
| | | OTHER CHARGES | 84.78 | | 84.78 |
| JOB NUMBER : | COLUMBUS POE | RPP 15% of Rent Chgs | 567.75 | | 567.75 |
| RENTAL START DATE: | 4/07/21  12:00 | TOTAL CHARGES | 4437.53 | | 4437.53 |
| DELIVERED BY: | | | | |
| ORDERED BY: | DONNELLON,P.GUZMAN | | | |
| SIGNED BY: | WET SIGNATURE | | | |
| SALES REP: | CASH CLARIDGE | | | |
| CLOSED BY: | | | | |

NET DUE                                                              4437.53

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | BOOM STRAIGHT 80FT 4WD DSL HIGH CAP | 8/ | 615.00 | 102.50 | 615.00 | 1550.00 | 3785.00 | 3785.00 |
| | 800218662  Make: GENIE Model: S-80XC  Ser #: S80XCH-528 | | | | | | | |
| | 4104242 | | | | | | | |
| | HR OUT: 1792.30  HR IN: HR CHG: | | | | | | | |
| | EMISSIONS & ENV SURCHARGE       EMISSIONS | | | | | | | 74.94 |
| | TX SPECIAL INVENTORY TAX        2201000001 | | | | | | | 9.84 |



**Page   1**

CUSTOMER COPY
**PROGRESS BILLING**
9/22/21

Res/Quote Number: 53597430

**PAYMENT TERMS ARE DUE UPON RECEIPT**
LATE CHARGES MAY APPLY
**Customer is responsible for FUEL, FLATS,**
DAMAGE and CLEANUP FEES.

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

Invoice Number:   32213482-004

| AMOUNT DUE: | $ | 3487.88 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

POU :

JOB NUMBER :         1 - BEHIND LANDFILL

RENTAL START DATE:      6/30/21    8:00

DELIVERED BY:

ORDERED BY:        DONNELLON,P.GUZMAN

SIGNED BY:         ON RENT CONFIRMATION

SALES REP:         CASH CLARIDGE

CLOSED BY:

SHIPPING ADDRESS:
BEHIND LANDFILL ALONG FENCE
1000 CAMINO REAL BLVD
SUNLAND PARK, NM  88063

RENTAL DAYS:                    28
INVOICE FROM DATE:        8/25/21
INVOICE THRU DATE:        9/22/21

|  | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 3200.00 | 225.00- | 2975.00 |
| OTHER CHARGES | 71.68 | 5.05- | 66.63 |
| RPP 15% of Rent Chgs | 480.00 | 33.75- | 446.25 |
| TOTAL CHARGES | 3751.68 | 263.80- | 3487.88 |

NET DUE                                        3487.88

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 2975.00 |
|  | 800210781  Make: SKYTRAK  Model: 10054  Ser #: 0160086821 | | | | | | | |
|  | 4601070 | | | | | | | |
|  | HR OUT: 2809.50  HR IN: HR CHG: | | | | | | | |
|  | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 58.90 |
|  | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | | 7.73 |

Page   1



**CUSTOMER COPY**
**PROGRESS BILLING**
9/27/21

| | | |
|---|---|---|
| Invoice Number: | 32165971-004 | |
| AMOUNT DUE: | $ | 1885.22 |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

AMOUNT ENCLOSED: $ _____

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER: 2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

RENTED FROM:
HERC RENTALS   ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax:915-590-9975

POI :

JOB NUMBER :

RENTAL START DATE:       6/07/21   11:55

DELIVERED BY:

ORDERED BY:                DONNELLON,P.GUZMAN

SIGNED BY:                 ON RENT CONFIRMATION

SALES REP:                 CASH CLARIDGE

CLOSED BY:

SHIPPING ADDRESS:
PORT OF ENTRY
NM-11
COLUMBUS, NM  88029

PORT OF ENTRY

| | | |
|---|---|---|
| RENTAL DAYS: | | 28 |
| INVOICE FROM DATE: | | 8/30/21 |
| INVOICE THRU DATE: | | 9/27/21 |

| | Original | Adjustments | Total |
|---|---|---|---|
| RENTAL CHARGES | 1608.00 | | 1608.00 |
| OTHER CHARGES | 36.02 | | 36.02 |
| RPP 15% of Rent Chgs | 241.20 | | 241.20 |
| TOTAL CHARGES | 1885.22 | | 1885.22 |

NET DUE                                                           1885.22

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM ARTICULATED 45FT 4WD DSL | 8/ | 282.00 | 47.00 | 282.00 | 732.00 | 1608.00 | 1608.00 |

468450236  Make: GENIE  Model: Z-45/25  Ser #: Z452513A45771
4103110
HR OUT: 2445.60  HR IN: HR CHG:
EMISSIONS & ENV SURCHARGE      EMISSIONS                                          31.84
TX SPECIAL INVENTORY TAX        2201000001                                         4.18

Page   1



CUSTOMER COPY
**ORIGINAL INVOICE**
10/11/21

Invoice Number:     32165971-005

| | |
|---|---|
| **AMOUNT DUE:** | $     800.51 |
| AMOUNT ENCLOSED: | $ _____ |

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT
LATE CHARGES MAY APPLY
Customer is responsible for FUEL, FLATS,
DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:          2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

_____ To insure accurate and timely posting, detach and send top portion with your payment _____

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS/HOURS: | | 11/ 2.22 |
|---|---|---|---|---|
| HERC RENTALS  ( 403 ) | PORT OF ENTRY | INVOICE FROM DATE: | 9/27/21 | 11:56 |
| 830 PENDALE ROAD | NM-11 | INVOICE THRU DATE: | 10/08/21 | 14:08 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | | |

Ph: 915-590-9399
Fax:915-590-9975

| | | | Original | Adjustments | Total |
|---|---|---|---|---|---|
| PO# : | | RENTAL CHARGES | 631.62 | | 631.62 |
| JOB NUMBER : | PORT OF ENTRY | OTHER CHARGES | 14.15 | | 14.15 |
| RENTAL START DATE: | 6/07/21   11:55 | RPP 15% of Rent Chgs | 94.74 | | 94.74 |
| DELIVERED BY: | HERC | FUEL CHARGES | 60.00 | | 60.00 |
| ORDERED BY: | DONNELLON.P.GUZMAN | TOTAL CHARGES | 800.51 | | 800.51 |
| SIGNED BY: | ON RENT CONFIRMATION | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | JAMES A. MENCHACA | | | | |

NET DUE                                                                        800.51

| QTY | EQUIPMENT # | | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BOOM ARTICULATED 45FT 4WD DSL | | 8/ | 282.00 | 47.00 | 282.00 | 732.00 | 1608.00 | 631.62 |
| | 468450236  Make: GENIE  Model: Z-45/25  Ser #: Z452513A45771 | | | | | | | | |
| | 4103110 | Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 2445.600  HR IN: 2522.400  TOTAL: 76.800 | | | | | | | | |
| | FREE: 720.000   EXCESS: 0   HRS CHG: 10.050 | | | | | | | | |
| | UNIT WAS PRORATED | | | | | | | | |
| | EMISSIONS & ENV SURCHARGE | EMISSIONS | | | | | | | 12.51 |
| | TX SPECIAL INVENTORY TAX | 2201000001 | | | | | | | 1.64 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | AMOUNT |
|---|---|---|---|---|---|
| 8 | REFUEL | EA | 7.500 | | 60.00 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | | |

| DATE | TYPE | | AMOUNT |
|---|---|---|---|
| 6/07/21 | DEPOSIT RECEIVED | | |



Page   1

**CUSTOMER COPY**
**ORIGINAL INVOICE**
10/11/21

Invoice Number:   32213482-005

AMOUNT DUE:          $     2638.08

AMOUNT ENCLOSED:     $ _____

Res/Quote Number: 53597430
**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer Is responsible for FUEL, FLATS,**
**DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:              2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment
--------------------------------------------------------------------------------

RENTED FROM:
HERC RENTALS  ( 403 )
830 PENDALE ROAD
EL PASO, TX  79907
Ph: 915-590-9399
Fax: 915-590-9975

SHIPPING ADDRESS:
BEHIND LANDFILL ALONG FENCE
1000 CAMINO REAL BLVD
SUNLAND PARK, NM  88063

RENTAL DAYS/HOURS:              16/ 6.13
INVOICE FROM DATE:         9/22/21    8:01
INVOICE THRU DATE:        10/08/21   14:08

PO# :                        480-1504
JOB NUMBER :          1 - BEHIND LANDFILL
RENTAL START DATE:         6/30/21    8:00
DELIVERED BY:                     HERC
ORDERED BY:          DONNELLON.P.GUZMAN
SIGNED BY:           ON RENT CONFIRMATION
SALES REP:                CASH CLARIDGE
CLOSED BY:           JAMES A. MENCHACA

|                      | Original | Adjustments | Total   |
|----------------------|----------|-------------|---------|
| RENTAL CHARGES       | 1700.00  |             | 1700.00 |
| OTHER CHARGES        | 83.08    |             | 83.08   |
| RPP 15% of Rent Chgs | 255.00   |             | 255.00  |
| FUEL CHARGES         | 150.00   |             | 150.00  |
| DELIVERY/PICK UP     | 450.00   |             | 450.00  |
| TOTAL CHARGES        | 2638.08  |             | 2638.08 |

NET DUE                                          2638.08

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|------|-----|------|-----|------|--------|--------|
| 1 | TELEHANDLER 10000LB 50-56FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 1700.00 |
|   | 800210781  Make: SKYTRAK  Model: 10054  Ser #: 0160086821 | | | | | | | |
|   | 4601070        Hours Free: | | | | 8 | 40 | 160 | |

HR OUT: 2809.500  HR IN: 3123.600  TOTAL: 314.100
06/29/21 Total Hours from Prior Exchange
   TOTAL: 314.100   FREE: 640.000   EXCESS: 0
                                HRS CHG: 20.000

UNIT WAS PRORATED
UNIT RETURNED WITH DAMAGES EMAIL WITH
PICTURES SENT 10/11
EMISSIONS & ENV SURCHARGE       EMISSIONS                           33.66
TX SPECIAL INVENTORY TAX        2201000001                           4.42
SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | AMOUNT |
|-----|-------------|------|-------|--------|
| 20 | REFUEL | EA | 7.500 | 150.00 |
|    | 3741000001 - REFUEL SERVICE FEE - REVENU | | | |
| 1  | TRANS SRVC SURCHARGE |  | 45.000 | 45.00 |
|    | 3710000001 - TRANS SERVICE SURCHARGE | | | |

CONTINUED

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**



Page   2

**CUSTOMER COPY**
## ORIGINAL INVOICE
10/11/21
Customer Number: 2998242

Invoice Number:   32213482-005

Res/Quote Number: 53597430

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

**Customer is responsible for FUEL, FLATS, DAMAGE and CLEANUP FEES.**

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|-----|-------------|------|-----|------|-----|------|--------|--------|

| DATE | TYPE | AMOUNT |
|------|------|--------|
| 6/29/21 | DEPOSIT RECEIVED | |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page  1

 **HercRentals**™

**CUSTOMER COPY**
**ORIGINAL INVOICE**
10/12/21

Invoice Number:    31394467-021

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ 4036.68 |
|---|---|
| AMOUNT ENCLOSED: | $ _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

- - - - - - To insure accurate and timely posting, detach and send top portion with your payment - - - - - -

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS/HOURS: | 23/ 7.13 |
|---|---|---|---|
| HERC RENTALS ( 403) | ELP 46 | INVOICE FROM DATE: | 9/15/21    7:01 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 10/08/21   14:08 |
| EL PASO, TX  79907 | ANTHONY, NM  88021 | | |
| Ph: 915-590-9399 | | | |
| Fax:915-590-9975 | | | |

| | | Original | Adjustments | Total |
|---|---|---|---|---|
| PO# : | | RENTAL CHARGES | 2975.00 | | 2975.00 |
| JOB NUMBER : | COLUMBUS POE | OTHER CHARGES | 66.65 | | 66.65 |
| | | RPP 15% of Rent Chgs | 446.25 | | 446.25 |
| RENTAL START DATE: | 4/01/20    7:00 | FUEL CHARGES | 98.78 | | 98.78 |
| DELIVERED BY: | HERC | DELIVERY/PICK UP | 450.00 | | 450.00 |
| ORDERED BY: | ALFONSO GARCIA | TOTAL CHARGES | 4036.68 | | 4036.68 |
| SIGNED BY: | RA REWRITE - VOID TSS | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | JAMES A. MENCHACA | | | | |
| | | NET DUE | | | 4036.68 |

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 2975.00 | 2975.00 |
| | 800277034  Make: SKYTRAK  Model: 10042  Ser #: 0160102881 | | | | | | | |
| | 4601060                   Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 88.000  HR IN: 2011.800  TOTAL: 1923.800 | | | | | | | |
| | FREE: 3200.000    EXCESS: 0    HRS CHG: 18.594 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE        EMISSIONS | | | | | | | 58.91 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | | 7.74 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13.17 | REFUEL | EA | 7.500 | | | | | 98.78 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | | | | | |

**For GREAT DEALS on USED EQUIPMENT - Visit us at HercRentals.com**

Page   1



CUSTOMER COPY
**ORIGINAL INVOICE**
10/12/21

| | |
|---|---|
| Invoice Number: | 31804474-012 |

| AMOUNT DUE: | $ | 3799.61 |
|---|---|---|

| AMOUNT ENCLOSED: | $ _____ |
|---|---|

Res/Quote Number:

**PAYMENT TERMS ARE DUE UPON RECEIPT**
   **LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
   **DAMAGE and CLEANUP FEES.**

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX 79938

CUSTOMER NUMBER:                    2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

To insure accurate and timely posting, detach and send top portion with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| RENTED FROM: | SHIPPING ADDRESS: | RENTAL DAYS/HOURS: | | 20/ 2.13 |
|---|---|---|---|---|
| HERC RENTALS  ( 403 ) | ELP C/D 520 | INVOICE FROM DATE: | 9/18/21 | 12:01 |
| 830 PENDALE ROAD | NM-9 | INVOICE THRU DATE: | 10/08/21 | 14:08 |
| EL PASO, TX  79907 | COLUMBUS, NM  88029 | | | |

Ph: 915-590-9399
Fax:915-590-9975

| | | | Original | Adjustments | Total |
|---|---|---|---|---|---|
| PO# : | 480-979 | RENTAL CHARGES | 3200.00 | | 3200.00 |
| JOB NUMBER : | 1 - ELP C/D 520 | OTHER CHARGES | 71.68 | | 71.68 |
| | | RPP 15% of Rent Chgs | 480.00 | | 480.00 |
| RENTAL START DATE: | 11/14/20   12:00 | FUEL CHARGES | 47.93 | | 47.93 |
| DELIVERED BY: | HERC | TOTAL CHARGES | 3799.61 | | 3799.61 |
| ORDERED BY: | DONNELLON,P.GUZMAN | | | | |
| SIGNED BY: | PHYSICAL PO | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | JAMES A. MENCHACA | | | | |

NET DUE                                             3799.61

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TELEHANDLER 10000LB 42-44FT LIFT ROPS | 8/ | 650.00 | 108.33 | 650.00 | 2100.00 | 3200.00 | 3200.00 |
| | 800260263  Make: SKYTRAK  Model: 10042  Ser #: 0160097975 | | | | | | | |
| | 4601060            Hours Free: | | | | 8 | 40 | 160 | |
| | HR OUT: 1921.750  HR IN: 2838.800  TOTAL: 917.050 | | | | | | | |
| | FREE: 1920.000    EXCESS: 0    HRS CHG: 20.000 | | | | | | | |
| | EMISSIONS & ENV SURCHARGE    EMISSIONS | | | | | | | 63.36 |
| | TX SPECIAL INVENTORY TAX    2201000001 | | | | | | | 8.32 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6.39 | REFUEL | EA | 7.500 | | | | | 47.93 |
| | 3741000001 - REFUEL SERVICE FEE - REVENU | | | | | | | |



Page  1

**CUSTOMER COPY**
**ORIGINAL INVOICE**
10/19/21

Invoice Number:     32042819-008

Res/Quote Number: 53431399

**PAYMENT TERMS ARE DUE UPON RECEIPT**
**LATE CHARGES MAY APPLY**
**Customer is responsible for FUEL, FLATS,**
  **DAMAGE and CLEANUP FEES.**

| AMOUNT DUE: | $ | 4706.75 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | _____ |

ULTIMATE CONCRETE LLC
12380 EDGEMERE BLVD 102 PMB 13
EL PASO, TX  79938

CUSTOMER NUMBER:            2998242

MAIL PAYMENT TO:
HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

To insure accurate and timely posting, detach and send top portion with your payment

| RENTED FROM: | | SHIPPING ADDRESS: | | RENTAL DAYS/HOURS: | | 23/ 3.43 |
|---|---|---|---|---|---|---|
| HERC RENTALS  ( 403 ) | | ELP 46 | | INVOICE FROM DATE: | 9/22/21 | 12:01 |
| 830 PENDALE ROAD | | NN-9 | | INVOICE THRU DATE: | 10/15/21 | 15:26 |
| EL PASO, TX  79907 | | ANTHONY, NM  88021 | | | | |

Ph: 915-590-9399
Fax:915-590-9975

| | | | Original | Adjustments | Total |
|---|---|---|---|---|---|
| PO# : | | | RENTAL CHARGES | 3785.00 | | 3785.00 |
| JOB NUMBER : | 480-1367 | OTHER CHARGES | 84.78 | | 84.78 |
| | COLUMBUS POE | RPP 15% of Rent Chgs | 567.75 | | 567.75 |
| RENTAL START DATE: | 4/07/21  12:00 | FUEL CHARGES | 269.22 | | 269.22 |
| DELIVERED BY: | HERC | TOTAL CHARGES | 4706.75 | | 4706.75 |
| ORDERED BY: | DONNELLON.P.GUZMAN | | | | |
| SIGNED BY: | WET SIGNATURE | | | | |
| SALES REP: | CASH CLARIDGE | | | | |
| CLOSED BY: | JAMES A. MENCHACA | | | | |

NET DUE                                4706.75

| QTY | EQUIPMENT # | HRS/ | MIN | HOUR | DAY | WEEK | 4 WEEK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOOM STRAIGHT 80FT 4WD DSL HIGH CAP | 8/ | 615.00 | 102.50 | 615.00 | 1550.00 | 3785.00 | 3785.00 |

800218662  Make: GENIE  Model: S-80XC  Ser #: S80XCH-528
4104242            Hours Free:                            8        40      160
HR OUT: 1792.300  HR IN: 1989.300  TOTAL: 197.000
06/10/21 Total Hours from Prior Exchange
   TOTAL: 197.000   FREE: 1120.000   EXCESS: 0
                              HRS CHG: 23.656

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | EMISSIONS & ENV SURCHARGE      EMISSIONS | | | | | | | 74.94 |
| | TX SPECIAL INVENTORY TAX       2201000001 | | | | | | | 9.84 |

SALES ITEMS:

| QTY | ITEM NUMBER | UNIT | PRICE | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25.64 | REFUEL | EA | 10.500 | | | | | 269.22 |

   3741000001 - REFUEL SERVICE FEE - REVENU

## **SUMMONS**

District Court:  First Judicial
Santa Fe County, New Mexico
225 Montezuma Avenue
Santa Fe, NM  87504
(505) 455-8250

Case Number:  <u>D-101-CV-2022-01470</u>

Judge:  <u>Matthew Justin Wilson</u>

| | | | |
|---|---|---|---|
| Plaintiff(s) | Herc Rentals, Inc. | Defendant:<br>Address: | The Travelers Companies, Inc<br>Office of the Superintendent of Insurance<br>1120 Paseo De Peralta<br>Santa Fe, NM  87501 |
| v. | | | |

Defendant(s)    Ultimate Concrete, LLC.,
               Jesse Guzman, Individually, and
               The Travelers Companies, Inc.

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

     1.     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

     2.     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with this Summons is determined by Rule 1-004 NMRA).  The Court's address is listed above.

     3.     You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

     4.     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

     5.     You are entitled to a jury trial in most types of lawsuits.  To ask for a Jury Trial, you must request one in writing and pay a jury fee.

     6.     If you need an interpreter, you must ask for one in writing.

     7.     You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at <u>www.nmbar.org</u>; 1-800-876-6227; or 1-505-797-6066.

Santa fe County on 08-15-2022

Dated: _____

Kathleen Vigil



<u>/s/ Brett J. Danoff</u>
**Brett J. Danoff**
**Ryan P. Danoff**
Danoff Law Firm
*Attorneys for Plaintiff*
1225 Rio Grande Blvd. NW
Albuquerque, NM  87104
Phone:  (505) 262-2383
Fax:  (505) 266-4330
Email:  <u>bdanoff@danofflaw.com</u>
Email:  <u>rdanoff@danofflaw.com</u>

# RETURN OF SERVICE

**STATE OF NEW MEXICO**     )
                            ) ss.
**COUNTY OF SANTA FE**      )

I, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the within Summons in _____ County on the _____ day of _____, 20_____, by delivering a copy of this Summons, with a copy of the Complaint attached, in the following manner:

(Check one box and fill in appropriate blanks)

[  ]   To Defendant _____ (used when Defendant accepts a copy of the Summons and Complaint or refuses to accept the Summons and Complaint).

[  ]   To Defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service).

After attempting to serve the Summons and Complaint on the Defendant by personal service or by mail or commercial courier service, by delivering a copy of this Summons, with a copy of the Complaint attached, in the following manner:

[  ]   To _____, a person over the age of 15 years and residing at the usual place of abode of Defendant, _____ (used when the Defendant is not presently at place of abode) and by mailing by first class mail to the Defendant at _____ (insert Defendant's last known mailing address) a copy of the Summons and Complaint.

[  ]   To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailing by first class mail to the Defendant at _____ (insert Defendant's business address) and by mailing the Summons and Complaint by first class mail to the Defendant at _____ (insert Defendant's last known mailing address).

[  ]   To _____, an agent authorized to receive service of process for Defendant, _____ .

[  ]   To _____ (parent) (guardian) (custodian) (conservator) (guardian ad litem) of Defendant, _____, (used when Defendant is a minor or an incompetent person).

[  ]   To _____, _____,
       name of person                 title of person authorized to receive service
(Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

FEES: _____          _____
                                    Signature of Person Making Service

                                    _____
                                    Title (if any)

Subscribed and sworn to before me this _____ day of _____, 2022.

_____          _____
Judge, Notary or other officer authorized to administer oaths          Expiration date

_____          *Notarization not required for Sheriff or Deputy Sheriff of a NM county
Official title

surance

7020 0640 0002 1325 9344

US POSTAGE PITNEY BOWES

ZIP 87501   $ 017.15⁰
02 4W
0000371432 AUG 19 2022

Travelers Casualty and Surety
Company of America
C/O CSC
110 East Broadway St
Hobbs, NM 88240

2928





7020 0640 0002 1325 9344

Office of Superintendent of Insurance
Attn: Service of Process
P. O Box 1689
Santa Fe, NM 87504-1689

Travelers Casualty and Surety
Company of America
C/O CSC
110 East Broadway St
Hobbs, NM 88240

2928