IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HERC RENTALS, INC.,

        Plaintiff,

vs.                                                                                                     No. 1:22-cv-00675-JFR-GJF

ULTIMATE CONCRETE, LLC
JESSE GUZMAN, Individually, and
THE TRAVELERS COMPANIES, INC.

        Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT THE TRAVELERS COMPANIES, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

COMES NOW, Plaintiff, Herc Rentals, Inc., by and through its counsel, the Danoff Law Firm (Brett J. Danoff and Ryan P. Danoff), and pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendant Travelers Property Casualty Company of America, improperly named in the Complaint as "The Travelers Companies, Inc.,".

Date: October 5, 2022

                                                Respectfully submitted,

                                                DANOFF LAW FIRM

                                                /s/Brett J. Danoff
                                                Brett J. Danoff
                                                Ryan P. Danoff
                                                *Attorneys for Plaintiff*
                                                1225 Rio Grande Blvd. NW
                                                Albuquerque, NM 87104
                                                Telephone No.: (505) 262-2383
                                                Facsimile No.: (505) 266-4330

Email: bdanoff@danofflaw.com<br>rdanoff@danofflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2022, the foregoing was electronically filed and served via the Court's CM/ECF filing system, which caused the following counsel of record to be served by electronic means:

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
Jennifer A. Noya
Sonya R. Burke
500 Fourth Street NW, Suite 1000
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: 505-848-1800
*Attorneys for Defendant Travelers*

DANOFF LAW FIRM

/s/Brett J. Danoff
Brett J. Danoff